# Exhibit 4

## U.S. Patent No. 9,491,564 ("'564 Patent")

Accused Instrumentalities: Amazon's devices that support Amazon Device Messaging and any/all versions and variations thereof since the issuance of the asserted patent. This includes, without limitation, Fire OS devices, Fire TV devices (including Fire TV Sticks, Fire TV Cubes, etc.), Fire tablets supporting ADM (second-generation Kindle Fire tablets and later) (e.g., Fire 7, Fire HD 8, Fire HD 10, Fire Max 11, Kids Editions of Fire 7, Fire HD 8, Fire HD 10, Fire Max 11), Echo Show devices. See, e.g., https://developer.amazon.com/docs/device-specs/ft-device-specifications-firehd-models.html (identifying Fire HD 8 2024, 12th Gen, Fire HD 10 (2023, 13th Gen.), Fire Max 11 (2023 13 Gen) Fire HD 8 (2022, 12th Gen), Fire HD 10 (2021, 11th Gen), Fire HD 8 (2020, 10th Gen), Fire HD 10 (2019, 9th Gen), Fire HD 8 (2018, 8th Gen), Fire HD 10 (2017, 7th Gen), Fire HD 8 (2015), Fire HD 8 (2016), Fire HD 8 (2017), Fire HD 10 (2015), Fire 7 (2022, 12th Gen), Fire 7 (2017, 7th Gen)). See, e.g., https://developer.amazon.com/docs/fire-tv/fire-os-overview.html:

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| TCL QM64L Premium QD-Mini LED TV (2026) | AFTCHE92D8 | Android Level 34 (Android 14) | Fire OS 14 |
| Onida 4K Smart Fire TV (2026) | AFTAR04B9A | Android Level 34 (Android 14) | Fire OS 14 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Amazon Fire TV Omni QLED Series (2025) | AFTP0C9BD3 / AFTP09D4D7 | Android Level 30 (Android 11) | Fire OS 8 |
| Amazon Fire TV 2-Series (2025) | AFTCU864A2 / AFTCUD6595 | Android Level 30 (Android 11) | Fire OS 8 |
| Amazon Fire TV 4-Series (2025) | AFTNA1322D / AFTNA67200 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Stick 4K Plus (2025) | AFTMA08C15 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Stick 4K Select (2025) | AFTCA002 | N/A | Vega OS version: OS 1.1 |

| Fire TV Device | Build Model | Android Level | OS Version |
| --- | --- | --- | --- |
| Fire TV JVC - 4K UHD LCD TV (2025) | AFTWYM01 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Panasonic - W95B/W90B/W80B 4K UHD LCD TV (2025) | AFTWYM01 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Panasonic - Z95B/Z90B Series 4K UHD HDR OLED TV (2025) | AFTTOR001 | Android Level 30 (Android 11) | Fire OS 8 |
| Xiaomi TV 4K HDR TV (2026) | AFTBR92D74 | Android Level 30 (Android 11) | Fire OS 8 |
| TCL 4K Smart Fire TV QLED Panels (2025) | AFTMA475B1 | Android Level 30 (Android 11) | Fire OS 8 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Echo Show 21 (2024) | AEOSY | Android Level 28 (Android 9) | Fire OS 7 |
| Echo Show 15 - Gen 2 (2024) | AEOCY | Android Level 28 (Android 9) | Fire OS 7 |
| Regal 4K LED Fire TV (2025) | AFTSH3F7EF | Android Level 30 (Android 11) | Fire OS 8 |
| 4K Fire TV QLED Smart TV (2024) | AFTSH3F7EF | Android Level 30 (Android 11) | Fire OS 8 |
| 4K Ultra HD Smart TV (2024) | AFTPOF46A5 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Stick HD Alexa Voice Remote (2024) | AFTSS | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Funai 4K - Fire TV (2024) | UF560 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Panasonic - W95A/W90A/W80A 4K UHD LCD TV (2024) | AFTWYM01 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Panasonic - Z85A Series 4K UHD HDR OLED TV (2024) | AFTWYM01 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Panasonic - Z95A/Z93A/Z90A Series 4K UHD HDR OLED TV (2024) | AFTTOR001 | Android Level 30 (Android 11) | Fire OS 8 |
| Panasonic 4K MX800 series with Fire TV (2023) | AFTBOXE1 | Android Level 28 (Android 9) | Fire OS 7 |
| Redmi 108cm (43 inches) 4K Ultra HD smart LED Fire TV (2023) | AFTBTX4 | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| TCL Class S3 1080p LED Smart TV with Fire TV (2023) | AFTMD002 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Stick 4K Max - 2nd Gen (2023) - 16 GB | AFTKRT | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Stick 4K - 2nd Gen (2023) - 8 GB | AFTKM | Android Level 30 (Android 11) | Fire OS 8 |
| TCL 32" FHD, 40" FHD Fire TV (2023) | AFTSHN02 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV - TCL S4 Series 4K UHD HDR LED (2023) | AFTMD001 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV - TCL Q6 4K QLED HDR (2023) | AFTMD001 | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
| --- | --- | --- | --- |
| Fire TV 2-Series (2023) | AFTKA002 / AFTKAUK002 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV - Hisense 4K UHD (2022) | AFTHA004 | Android Level 28 (Android 9) | Fire OS 7 |
| Toshiba 4K UHD - Fire TV (2022) | AFTHA004 | Android Level 28 (Android 9) | Fire OS 7 |
| BMW (2022) | AFTLBT962E2 | Android Level 28 (Android 9) | Fire OS 7 |
| Echo Show 15 (2021) | AEOHY | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Omni QLED Series (2022) | AFTTIFF43 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Cube - 3rd Gen (2022) | AFTGAZL | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Xiaomi F2 4K - Fire TV (2022) | AFTANNA0 | Android Level 28 (Android 9) | Fire OS 7 |
| Hisense U6 4K UHD - Fire TV (2022) | AFTHA001 | Android Level 28 (Android 9) | Fire OS 7 |
| Funai 4K - Fire TV (2022) | AFTMON001, AFTMON002 | Android Level 28 (Android 9) | Fire OS 7 |
| JVC 4K - Fire TV with Freeview Play (2021) | AFTJULI1 | Android Level 28 (Android 9) | Fire OS 7 |
| ok 4K - Fire TV (2021) | AFTANNA0 | Android Level 28 (Android 9) | Fire OS 7 |
| Toshiba 4K Far-field UHD - Fire TV (2021) | AFTHA003 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Stick 4K Max - 1st Gen (2021) | AFTKA | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Stellantis (Jeep) - Wagoneer/Grand Wagoneer | AFTLFT962X3 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Omni Series (2021) | AFTTIFF43 | Android Level 28 (Android 9) | Fire OS 7 |
| Toshiba V35 Series LED FHD/HD - Fire TV (2021) | AFTHA002 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV 4-Series (2021) | AFTTI43 | Android Level 28 (Android 9) | Fire OS 7 |
| Toshiba 4K UHD - Fire TV (2021) | AFTHA001 | Android Level 28 (Android 9) | Fire OS 7 |
| AmazonBasics 4K - Fire TV (2020) | AFTPR001 | Android Level 28 (Android 9) | Fire OS 7 |
| AmazonBasics HD/FHD - Fire TV (2020) | AFTBU001 | API Level 25 (Android 7.1) | Fire OS 6 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Technika 4K - Fire TV (2020) | `` | Android Level 28 (Android 9) | Fire OS 7 |
| JVC 2K - Fire TV (2020) | AFTWMST22 | Android Level 28 (Android 9) | Fire OS 7 |
| Onida HD/FHD - Fire TV (2020) [Available in two sizes] | AFTTIFF55 | API Level 25 (Android 7.1) | Fire OS 6 |
| ok 4K - Fire TV (2020) | AFTWI001 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Stick - 3rd Gen (2020) | AFTSSS | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Stick Lite - 1st Gen (2020) | AFTSS | Android Level 28 (Android 9) | Fire OS 7 |
| Toshiba 4K UHD - Fire TV (2020) | AFTDCT31 | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
| --- | --- | --- | --- |
| Insignia 4K UHD - Fire TV (2020) | AFTDCT31 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Stick - 2nd Gen (2016-2019) | AFTT | Android Level 22 (Android 5.1) | Fire OS 5 |
| Toshiba HD - Fire TV (2018-2020) | AFTBAMR311 | API Level 25 (Android 7.1) | Fire OS 6 |
| Insignia HD - Fire TV (2018-2020) | AFTEAMR311 | API Level 25 (Android 7.1) | Fire OS 6 |
| Toshiba 4K - Fire TV (2018-2019) | AFTKMST12 | API Level 25 (Android 7.1) | Fire OS 6 |
| Onida HD - Fire TV (2019) | AFTLE | API Level 25 (Android 7.1) | Fire OS 6 |
| Fire TV Cube - 2nd Gen (2019) | AFTR | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Grundig OLED 4K - Fire TV (2019) | AFTEUFF014 | Android Level 28 (Android 9) | Fire OS 7 |
| Grundig Vision 7, 4K - Fire TV (2019) | AFTEU014 | Android Level 28 (Android 9) | Fire OS 7 |
| JVC 4K - Fire TV (2019) | AFTSO001 | Android Level 28 (Android 9) | Fire OS 7 |
| Nebula Soundbar - Fire TV Edition (2019) | AFTMM | API Level 25 (Android 7.1) | Fire OS 6 |
| TCL Soundbar with Built-in Subwoofer - Fire TV Edition (2019) | AFTMM | API Level 25 (Android 7.1) | Fire OS 6 |
| Grundig Vision 6 HD - Fire TV (2019) | AFTEU011 | Android Level 28 (Android 9) | Fire OS 7 |
| Insignia 4K - Fire TV (2018) | AFTJMST12 | API Level 25 (Android 7.1) | Fire OS 6 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Fire TV Cube - 1st Gen (2018) | AFTA | API Level 25 (Android 7.1) | Fire OS 6 |
| Fire TV Stick 4K - 1st Gen (2018) | AFTMM | API Level 25 (Android 7.1) | Fire OS 6 |
| Fire TV Stick - Basic Edition (2017) | AFTT | Android Level 22 (Android 5.1) | Fire OS 5 |
| Element 4K - Fire TV (2017) | AFTRS | Android Level 22 (Android 5.1) | Fire OS 5 |
| Fire TV - 3rd Gen (2017) | AFTN | API Level 25 (Android 7.1) | Fire OS 6 |
| Fire TV - 2nd Gen (2015) | AFTS | Android Level 22 (Android 5.1) | Fire OS 5 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Fire TV Stick - 1st Gen (2014) | AFTM | Android Level 22 (Android 5.1) | Fire OS 5 |
| Fire TV - 1st Gen (2014) | AFTB | Android Level 22 (Android 5.1) | Fire OS 5 |

| Issued Claim(s) | Public Documentation |
|---|---|
| 1. [1pre]. A mobile end-user device comprising: | To the extent the preamble is limiting, each of the accused products/instrumentalities is a mobile end-user device.<br><br>Each of Amazon's devices that support Amazon Device Messaging is a wireless mobile end-user device. For example, Fire OS devices such as Fire Tablets Fire 7, Fire HD 8, Fire HD 10, Fire Max 11, and Kids Editions variants are consumer wireless end-user devices running Fire OS. Each Fire OS device can be moved to different locations to connect to a wireless network. Fire OS is a mobile operating system for devices with wireless connectivity. Each device running Fire OS with ADM (including all identified above) operates in accordance with the Fire OS and ADM functionality described for an exemplary device below. *See, e.g.*: |

# Fire OS Overview

Fire OS is the operating system that runs Amazon's Fire TV and tablets. Fire OS is a fork of Android, so if your app runs on Android, it will most likely run on Amazon's Fire devices too. As a developer, you might not have to adjust your Android code at all to publish your app on Amazon's OS.

https://developer.amazon.com/docs/fire-tv/fire-os-overview.html

# Fire OS versions

There are multiple versions of Fire OS:

- **Fire OS 14**: Based on Android 14 (API level 34), Android 13 (API level 33), Android 12L (API level 32), and Android 12 (API level 31). For more details, see Developing for Amazon Fire OS 14.

- **Fire OS 8**: Based on Android 10 (API level 29) and Android 11 (API level 30). For more details, see Developing for Amazon Fire OS 8.

- **Fire OS 7**: Based on Android 9 (Pie, API level 28). For more details, see Developing for Amazon Fire OS 7.

- **Fire OS 6**: Based on Android 7.1 (Nougat, API level 25). For more details, see Developing for Amazon Fire OS 6.

- **Fire OS 5**: Based on Android 5.1 (Lollipop, API level 22).

https://developer.amazon.com/docs/fire-tv/fire-os-overview.html

# Differences in services

At the core, both Fire OS and Android share the same foundation. The main way Fire OS differs from Android is in the services. Instead of using Google's services (for activities such as browsing, location, messaging, payments, and so on), Fire OS might use Amazon's services. Most notably, Amazon uses the Amazon Appstore to list your app while Google uses Google Play Store.

If your Android app connects into Google services, porting your Android app to Fire OS might require you to use Amazon services instead.

When you're building your app, follow the standard Android documentation. Where there are differences to account for with Amazon's Fire OS, they're noted in the documentation on this site.

The goal is to provide as much parity as possible with Android (minus Google's services) so that you don't have to learn another development technique or change your existing Android app.

 Tip: For details on the differences between Android TV development and Fire TV development, see Fire TV Development Versus Android TV Development.

The following table contrasts services from Google with similar services from Amazon.

| Google Android | Fire OS |
|---|---|
| Firebase Cloud Messaging | A3L Messaging or Amazon Device Messaging |
| Google Play In-App Billing | Appstore Billing Compatibility SDK or Amazon In-App Purchasing API |
| Cast SDK | Matter Casting |
| Google Mobile Ads SDK | Amazon Publisher Services |
| Sign-In with Google | A3L Authentication or Login with Amazon |
| Google Play Developer API | App Submission API |

*Last updated: Mar 30, 2026*

https://developer.amazon.com/docs/fire-tv/fire-os-overview.html



Page 18 of 54



https://developer.amazon.com/apps-and-games/services-and-apis

| | |
|---|---|
| | ## Message flow<br><br>At a high level, the delivery flow for a message that you send by ADM is as follows:<br><br>1. **Your server** sends a message containing JSON data to **ADM servers**.<br><br>2. **ADM servers** send the message to the **ADM client** on the device on which **your app** is installed.<br><br>3. The **ADM client** obtains the JSON message data and passes it to **your app** as a set of extras attached to an Android Intent object.<br><br>*Message passage from your server to an instance of your app*<br><br>https://developer.amazon.com/docs/adm/overview.html#message-flow |
| [1a] a wireless modem configurable to exchange data via a connection to a wireless network; | Each accused product/instrumentality comprises a wireless modem configurable to exchange data via a connection to a wireless network.<br><br>For example, as with each accused product, an Amazon accused device running Fire OS that supports ADM comprises at least one wireless modem to support communications relating to ADM. For example, Fire OS tablets use integrated wireless chipsets that support secure connections to wireless networks, such as Wi-Fi networks. Fire OS devices all have a wireless modem to exchange data via a connection to a wireless network, such as a Wi-Fi network. *See, e.g.*:<br><br>**Wifi**       Dual band 802.11 a/b/g/n/ac, 2.4GHz and 5.0GHz |

| | https://developer.amazon.com/docs/device-specs/ft-device-specifications-firehd-models.html (Fire HD 8 specifications) <br><br> **wifi Connectivity** — Dual-band wifi. Wi-Fi 6 (802.11 ax) is supported. Supports public and private wifi networks or hotspots that use the dual-band 802.11a/b/g/n/ac/ax standards with support for security standard of WEP, WPA3 OWE, WPA/WPA2/WPA3 Personal and WPA/WPA2/WPA3 Enterprise. <br><br> https://www.amazon.com/Amazon-powerful-display-octa-core-processor/dp/B0B1VQ1ZQY?th=1 (Fire Max 11 specifications) <br><br> **Wifi Connectivity** — Wifi 6E (802.1ax) is supported. Tri-band, dual-antenna wifi (MIMO). Supports 802.11a/b/g/n/ac wifi networks. Does not support connecting to ad-hoc (or IBSS) wifi networks. <br><br> https://www.amazon.com/dp/B0C5DPSW5Y?ref=amzdv_ucc_dp_lod__B0C5DPSW5Y&th=1 (Echo Show 15 specifications) |
|---|---|



## Message flow

At a high level, the delivery flow for a message that you send by ADM is as follows:

1. **Your server** sends a message containing JSON data to **ADM servers**.

2. **ADM servers** send the message to the **ADM client** on the device on which **your app** is installed.

3. The **ADM client** obtains the JSON message data and passes it to **your app** as a set of extras attached to an Android Intent object.

*Message passage from your server to an instance of your app*

https://developer.amazon.com/docs/adm/overview.html#message-flow

| [1b] an inter-process software communication bus providing secure communication between an executing device link agent and respective executing processes for a plurality of software components, wherein providing secure communication comprises receiving access authorization information from a secure server, and allowing access to the bus only for software component identified by the access authorization information; and | Each of the accused products/instrumentalities comprises an inter-process software communication bus providing secure communication between an executing device link agent and respective executing processes for a plurality of software components, wherein providing secure communication comprises receiving access authorization information from a secure server, and allowing access to the bus only for software component identified by the access authorization information. |
|---|---|
| | Amazon Device Messaging relies on an inter-process software communication bus for secure communication between the ADM client and the apps. As with each accused product, an Amazon accused device running Fire OS that supports ADM comprises at least one Fire OS inter-process software communication bus providing secure communication of Amazon Device Messaging push messages between an executing device link agent and respective executing processes for a plurality of software components. Fire OS provides inter-process communication, such as explicit intent mechanism and/or Android OS permissions, so that only the targeted, authorized application process receives the ADM message or notification. *See, e.g.*: |

Page 22 of 54

# Message flow

At a high level, the delivery flow for a message that you send by ADM is as follows:

1. **Your server** sends a message containing JSON data to **ADM servers**.

2. **ADM servers** send the message to the **ADM client** on the device on which **your app** is installed.

3. The **ADM client** obtains the JSON message data and passes it to **your app** as a set of extras attached to an Android Intent object.



*Message passage from your server to an instance of your app*

https://developer.amazon.com/docs/adm/overview.html#message-flow

Providing secure communication with ADM includes receiving access authorization information from a secure server associated with the ADM backend and allowing access to the bus only for software component identified by the access authorization information.

## Identification and security

When working with ADM, you use the following elements to identify your servers, your app, and the destinations for your messages. Each of these works together to help ensure that your data belongs to you alone.

- **Registration ID.** A registration ID identifies a unique instance of your app, running on a specific device, registered to a specific user. When it is first installed on a given device, your app requests a registration ID from ADM, as described in Integrate Your App. Your servers use the registration ID to direct messages to the correct device/user. If the user uninstalls then re-installs your app on the same device, your app's registration ID might change.

- **API key.** An API key is metadata that ADM uses to differentiate between your app and other apps on a given device. The API key is assigned to you by Amazon; see Obtain Credentials for details.

- **OAuth Client Credentials.** Your client credentials are two pieces of data: a "client identifier" and a "client secret" value. These credentials are assigned to you by Amazon; see Obtain Credentials for details. Your servers use both pieces of these credentials in their requests to obtain access tokens.

- **Access Token.** An access token is short-lived metadata that confirms your server's identity to ADM, so that you can send messages. Your servers obtain their access tokens by providing your client credentials in a request call to ADM Servers. When one of your servers requests an access token, the response to that request includes both the access token and its lifespan in seconds. See Request an Access Token for more information.

https://developer.amazon.com/docs/adm/overview.html#identification-and-security

As with each accused product, an Amazon accused device running Fire OS that supports ADM establishes a connection between the device's wireless modem and a wireless network (such as a Wi-Fi network) and establishes, through the connection, a secure message link to Amazon Device Messaging backend and/or an ADM secure server. For example, there is a secure message link established between the Amazon Fire Tablet running Fire OS and the ADM device-side software and Amazon's ADM server and/or backend. The secure message link is secured by at least an encryption protocol. The link supports communications including control messages, acknowledgements, heartbeats, or other control messages. Each accused device maintains the secure message link to Amazon ADM backend comprising a secure server.

| | As with each accused product, an Amazon accused device running Fire OS with ADM functionality provides secure communication from an executing device link agent to respective executing processes for software components (e.g., a Fire OS process runs that corresponds to an end-user application) in which the device link agent (e.g., the ADM software on the device, e.g., Fire OS, ADM client, ADM client software, and/or ADM app software) receives access authorization information from a secure server corresponding to the ADM server-side backend, and allows access to the secure communication via the bus only for the software component identified by the access authorization information. For example, Amazon's ADM device-side software, including for example its ADM clients and/or apps, map identifiers in ADM messages from the ADM backend (such as with a "Registration ID," "API key," token, credentials, keys, application identifier, etc.) to software processes corresponding to applications that are authorized / registered to receive the message, and allows access to the messages (such as content, extras, payload, "Data message," "Notification message," keys, etc.) only to the corresponding software process for the application identified by the access authorization information as the specific registered app that is authorized to receive the ADM push message. For example, the ADM software maps the application identifier in the message, e.g., an identifier for a specific client app or software process (e.g., application package name), to a corresponding software process and forward the data to the application via secure interprocess communication service (e.g., Android explicit intent mechanism and/or Android OS permissions) so that only the targeted, authorized application process receives the ADM message or notification. |
|---|---|
| | As another example, the Fire OS comprises at least one executing device link agent for ADM. As an example, Fire OS includes ADM components for supporting Amazon Device Messaging and receiving ADM messages via secure communication link to Amazon ADM backend. As another example, Amazon devices running Fire OS comprise an executing device link agent (e.g., ADM software, e.g., ADM client, ADM client software and/or ADM app software) executing in a secure execution environment of Fire OS. For example, ADM client and/or |

| | related ADM software uses or instantiates at least one secure execution environment for receiving messages from ADM backend. For example, Fire OS is built on AOSP, which supports using a secure execution environment for an application or service. |
|---|---|
| | • **Protected.** As a sender, your servers are verified via the OAuth 2.0 client credentials flow. As your message is passed to a device, the endpoint connections are authenticated and protected with industry-standard SSL encryption. And ADM uses Android permissions on the device to direct the message to your app only. |
| | https://developer.amazon.com/docs/adm/overview.html#adm-architecture |
| | **ADM client** |
| | • Handles your app's registration process with ADM servers. |
| | • Receives messages from ADM servers and passes them to your app. |
| | **Your app** |
| | • Registers with the **ADM client** to receive messages from **your servers**. |
| | • Receives incoming messages from the **ADM client** and handles those messages. |
| | https://developer.amazon.com/docs/adm/overview.html#roles-and-responsibilities |

Page 26 of 54

# Identification and security

When working with ADM, you use the following elements to identify your servers, your app, and the destinations for your messages. Each of these works together to help ensure that your data belongs to you alone.

- **Registration ID.** A registration ID identifies a unique instance of your app, running on a specific device, registered to a specific user. When it is first installed on a given device, your app requests a registration ID from ADM, as described in Integrate Your App. Your servers use the registration ID to direct messages to the correct device/user. If the user uninstalls then re-installs your app on the same device, your app's registration ID might change.

- **API key.** An API key is metadata that ADM uses to differentiate between your app and other apps on a given device. The API key is assigned to you by Amazon; see Obtain Credentials for details.

- **OAuth Client Credentials.** Your client credentials are two pieces of data: a "client identifier" and a "client secret" value. These credentials are assigned to you by Amazon; see Obtain Credentials for details. Your servers use both pieces of these credentials in their requests to obtain access tokens.

- **Access Token.** An access token is short-lived metadata that confirms your server's identity to ADM, so that you can send messages. Your servers obtain their access tokens by providing your client credentials in a request call to ADM Servers. When one of your servers requests an access token, the response to that request includes both the access token and its lifespan in seconds. See Request an Access Token for more information.

https://developer.amazon.com/docs/adm/overview.html#identification-and-security

| Registration ID | A specific instance of your app | ADM servers, via the ADM client on the device on which the app instance is installed. | Your servers, ADM servers, and the ADM client, to route messages to the correct instance of your app. | Unique per install of the app, on a given device, for a specific user. If the registration ID becomes invalid or inactive, messages directed to the registration ID fail and ADM returns an appropriate error message. For example, if the user uninstalls then re-installs your app, you might receive a new registration ID. |

https://developer.amazon.com/docs/adm/overview.html#adm-identifiers-and-credentials

- Data message – key-value pair required.
- Notification message – title and content required, other fields optional.
- Data & Notification message – key-value pair and title and content required, other fields optional.

https://developer.amazon.com/docs/adm/message-types.html

## Message payloads and uniqueness

Using ADM, you can send messages with a payload of up to 6KB in size. For example, an instant-message program might send a message with a payload like the following:

```
"data":
    {
    "from":"Sam",
    "message":"Hey, Max. How are you?",
    "time":"10/26/2012 09:10:00"
    }
```

https://developer.amazon.com/docs/adm/send-message.html

**Q: How do users see messages that I've sent?**

What your app does with the messages is up to you. ADM is simply a transport mechanism, optimized to queue your messages and deliver them to a targeted instance of your app, even if your app isn't running. For example, upon receiving a message, your app could send this message to the notification tray, display a custom user interface, or perform some other function specific to your needs.

https://developer.amazon.com/docs/adm/faq-adm.html

Page 28 of 54

# Fire OS Overview

Fire OS is the operating system that runs Amazon's Fire TV and tablets. Fire OS is a fork of Android, so if your app runs on Android, it will most likely run on Amazon's Fire devices too. As a developer, you might not have to adjust your Android code at all to publish your app on Amazon's OS.

https://developer.amazon.com/docs/fire-tv/fire-os-overview.html

## Application Sandbox

The Android platform takes advantage of the Linux user-based protection to identify and isolate app resources. This isolates apps from each other and protects apps and the system from malicious apps. To do this, Android assigns a unique user ID (UID) to each Android app and runs it in its own process.

Android uses the UID to set up a kernel-level Application Sandbox. The kernel enforces security between apps and the system at the process level through standard Linux facilities such as user and group IDs that are assigned to apps. By default, apps can't interact with each other and have limited access to the OS. If app A tries to do something malicious, such as read app B's data or dial the phone without permission, it's prevented from doing so because it doesn't have the

Page 29 of 54

appropriate default user privileges. The sandbox is simple, auditable, and based on decades-old UNIX-style user separation of processes and file permissions.

Because the Application Sandbox is in the kernel, this security model extends to both native code and OS apps. All of the software above the kernel, such as OS libraries, app framework, app runtime, and all apps, run within the Application Sandbox. On some platforms, developers are constrained to a specific development framework, set of APIs, or language. On Android, there are no restrictions on how an app can be written that are required to enforce security; in this respect, native code is as sandboxed as interpreted code.

## Protections

Generally, to break out of the Application Sandbox in a properly configured device, one must compromise the security of the Linux kernel. However, similar to other security features, individual protections enforcing the app sandbox are not invulnerable, so defense-in-depth is important to prevent single vulnerabilities from leading to compromise of the OS or other apps.

Android relies on a number of protections to enforce the app sandbox. These enforcements have been introduced over time and have significantly strengthened the original UID-based discretionary access control (DAC) sandbox. Previous Android releases included the following protections:

- In Android 5.0, SELinux provided mandatory access control (MAC) separation between the system and apps. However, all third-party apps ran within the same SELinux context so inter-app isolation was primarily enforced by UID DAC.

- In Android 6.0, the SELinux sandbox was extended to isolate apps across the per-physical-user boundary. In addition, Android also set safer defaults for app data: For apps with targetSdkVersion >= 24, default DAC permissions on an app's home dir changed from 751 to 700. This provided safer default for private app data (although apps can override these defaults).

- In Android 8.0, all apps were set to run with a seccomp-bpf filter that limited the syscalls that apps were allowed to use, thus strengthening the app/kernel boundary.

- In Android 9 all nonprivileged apps with targetSdkVersion >= 28 must run in individual SELinux sandboxes, providing MAC on a per-app basis. This protection improves app separation, prevents overriding safe defaults, and (most significantly) prevents apps from making their data world accessible.

- In Android 10 apps have a limited raw view of the filesystem, with no direct access to paths like /sdcard/DCIM. However, apps retain full raw access to their package-specific paths, as returned by any applicable methods, such as Context.getExternalFilesDir().

https://source.android.com/docs/security/app-sandbox

## Security considerations

Here are some security considerations for sending and receiving broadcasts:

- If many apps have registered to receive the same broadcast in their manifest, it can cause the system to launch a lot of apps, causing a

Page 31 of 54

substantial impact on both device performance and user experience. To avoid this, prefer using context registration over manifest declaration. Sometimes, the Android system itself enforces the use of context-registered receivers. For example, the CONNECTIVITY ACTION broadcast is delivered only to context-registered receivers.

- Don't broadcast sensitive information using an implicit intent. Any app can read the information if it registers to receive the broadcast. There are three ways to control who can receive your broadcasts:

  - You can specify a permission when sending a broadcast.

  - In Android 4.0 (API level 14) and higher, you can specify a package with setPackage(String) when sending a broadcast. The system restricts the broadcast to the set of apps that match the package.

https://developer.android.com/develop/background-work/background-tasks/broadcasts

Android has built-in security features that significantly reduce the frequency and impact of application security issues. The system is designed so that you can typically build your apps with the default system and file permissions and avoid difficult decisions about security.

The following core security features help you build secure apps:

- The Android application sandbox, which isolates your app data and code execution from other apps.

- An application framework with robust implementations of common security functionality such as cryptography, permissions, and secure interprocess communication (IPC).

- Technologies like address space layout randomization (ASLR), no-execute (NX), ProPolice, safe_iop, OpenBSD dlmalloc and calloc, and Linux mmap_min_addr to mitigate risks associated with common memory management errors.

- User-granted permissions to restrict access to system features and user data.

- Application-defined permissions to control application data on a per-app basis.

It's important to be familiar with the Android security best practices on this page. Following these practices as general coding habits help you avoid inadvertently introducing security issues that adversely affect your users.

///

Interprocess communication

Some apps attempt to implement IPC using traditional Linux techniques such as network sockets and shared files. However, we recommend instead that you use Android system functionality for IPC such as Intent, Binder or Messenger with a Service, and BroadcastReceiver. The Android IPC mechanisms let you verify the identity of the application connecting to your IPC and set security policy for each IPC mechanism.

| | |
|---|---|
| | Many of the security elements are shared across IPC mechanisms. If your IPC mechanism isn't intended for use by other applications, set the android:exported attribute to false in the component's manifest element, such as for the <service> element. This is useful for applications that consist of multiple processes within the same UID or if you decide late in development that you don't actually want to expose functionality as IPC, but you don't want to rewrite the code.<br><br>If your IPC is accessible to other applications, you can apply a security policy by using the <permission> element. If the IPC is between apps that are your own and are signed with the same key, use a signature-level permission in the android:protectionLevel.<br><br>Intents<br><br>For activities and broadcast receivers, intents are the preferred mechanism for asynchronous IPC on Android. Depending on your application requirements, you might use sendBroadcast, sendOrderedBroadcast, or an explicit intent to a specific application component. For security purposes, explicit intents are preferred.<br><br>**Caution**: If you use an intent to bind to a **\*\*Service\*\***, use an explicit intent to keep your app secure. Using an implicit intent to start a service is a security hazard, because you can't be certain what service will respond to the intent and the user can't see which service starts. Beginning with Android 5.0 (API level 21), the system throws an exception if you call \*\*bindService()\*\* with an implicit intent.<br><br><br>https://developer.android.com/privacy-and-security/security-tips |

## Mitigations

Unless the application requires it, make intents explicit by calling setPackage(). This allows the intent to be interpreted only by a specific component (either in-app or from other applications), preventing untrusted applications from intercepting the data sent along with the intent. The following snippet shows how to make an intent explicit:

KotlinJava

```
val intent = Intent("android.intent.action.CREATE_DOCUMENT").apply {
    addCategory("android.intent.category.OPENABLE")
    setPackage("com.some.packagename")
    setType("*/*")
    putExtra("android.intent.extra.LOCAL_ONLY", true)
    putExtra("android.intent.extra.TITLE", "Some Title")
}
startActivity(intent)
```

https://developer.android.com/privacy-and-security/risks/implicit-intent-hijacking

https://developer.android.com/guide/components/intents-filters (To ensure that your app is secure, always use an explicit intent…)

<table>
<tr>
<td></td>
<td>https://source.android.com/docs/security/features (Android assigns a unique user ID (UID) to each Android app and runs it in its own process. Android uses this UID to set up a kernel-level App Sandbox.)

There is literal infringement. There would also be infringement under the doctrine of equivalents because the accused products are insubstantially different from the claim requirements. For example, the accused products perform substantially the same function in substantially the same way of supporting Amazon Device Messaging from an Amazon backend for ADM (e.g., which comprises a secure server and which is a server-side backend for ADM) to achieve substantially the same result.</td>
</tr>
<tr>
<td>[1c] the device link agent, configured to:

maintain a secure message link through the wireless network and an Internet network to a message link server, the message link server operating a message service that receives messages over a network from a plurality of network functions;

receive secure messages from the message link server over the secure message link, the received messages identified for delivery to multiple ones of the software components, and including message content received by the message link server from multiple ones of the network functions; and</td>
<td>Each of the accused products/instrumentalities comprises the device link agent, configured to maintain a secure message link through the wireless network and an Internet network to a message link server, the message link server operating a message service that receives messages over a network from a plurality of network functions; receive secure messages from the message link server over the secure message link, the received messages identified for delivery to multiple ones of the software components, and including message content received by the message link server from multiple ones of the network functions; and for software components identified by the access authorization information, route messages identified for delivery to a given one of those software components via the inter-process communication bus to a software process corresponding to the given software component.

See 1[b].

As with each accused product, an Amazon accused device running Fire OS that supports ADM establishes a connection between the device's wireless modem and a wireless network (such as a Wi-Fi network) and establishes and maintains, through the connection, a secure message link to Amazon Device Messaging backend or an ADM secure server. For example, there is a secure message link established between an Amazon Fire Tablet running Fire OS and the ADM device-</td>
</tr>
</table>

| | |
|---|---|
| for software components identified by the access authorization information, route messages identified for delivery to a given one of those software components via the inter-process communication bus to a software process corresponding to the given software component. | side software (device link agent) and Amazon's ADM server or backend. The secure message link is secured by at least an encryption protocol. The link supports communications including control messages, acknowledgements, heartbeats, or other control messages. Each accused device maintains the secure message link to Amazon ADM backend. *See, e.g.*:<br><br><br>&bull; **Protected.** As a sender, your servers are verified via the OAuth 2.0 client credentials flow. As your message is passed to a device, the endpoint connections are authenticated and protected with industry-standard SSL encryption. And ADM uses Android permissions on the device to direct the message to your app only.<br><br>https://developer.amazon.com/docs/adm/overview.html#adm-architecture<br><br><br>For example, the ADM backend comprises a message link server that operates a message service that receives messages over a network from a plurality of network functions corresponding to for example application servers requesting delivery of push messages via ADM indicating the targeted app. ADM sends the message to the ADM device-side software on the device. The ADM device-side software (device link agent) receives secure messages from the ADM secure backend over the secure message link to the ADM backend. The ADM push messages are identified for delivery to particular software components with message content from the corresponding requesting application server targeting the particular software component. For example, see Amazon developer documentation cited below. |

## Message flow

At a high level, the delivery flow for a message that you send by ADM is as follows:

1. **Your server** sends a message containing JSON data to **ADM servers**.

2. **ADM servers** send the message to the **ADM client** on the device on which **your app** is installed.

3. The **ADM client** obtains the JSON message data and passes it to **your app** as a set of extras attached to an Android Intent object.



*Message passage from your server to an instance of your app*

https://developer.amazon.com/docs/adm/overview.html#message-flow

Further, for software components identified by the access authorization information as the registered software application being targeted to receive the push messages, the ADM device-side software routes messages via the inter-process communication bus to the software process corresponding to the targeted authorized software component. See [1b]. For example, ADM uses Fire OS built-in secure inter-process communication utilizing Fire OS AOSP-based secure inter-process communication such as explicit intent IPC and/or permission to route the message to only a process corresponding to the authorized software component (e.g., the authorized app to receive the message).

For example, Amazon's ADM device-side software, including for example its ADM clients and/or device-side software, map identifiers in ADM messages from the ADM backend (such as with a "Registration ID," "API key," token, credentials, keys, application identifier, etc.) to software processes corresponding to applications that are authorized / registered to receive the message, and allows access to the messages (such as content, extras, payload, "Data message,"

| | |
|---|---|
| | "Notification message," keys, etc.) only to the corresponding software process for the application identified by the access authorization information as the specific registered app that is authorized to receive the ADM push message. For example, the ADM software maps the application identifier in the message, e.g., an identifier for a specific client app or software process (e.g., application package name), to a corresponding software process and forward the data to the application via secure interprocess communication service (e.g., Android explicit intent mechanism and/or permission) so that only the targeted, authorized application process receives the ADM message or notification.<br><br>## Identification and security<br><br>When working with ADM, you use the following elements to identify your servers, your app, and the destinations for your messages. Each of these works together to help ensure that your data belongs to you alone.<br><br>• **Registration ID.** A registration ID identifies a unique instance of your app, running on a specific device, registered to a specific user. When it is first installed on a given device, your app requests a registration ID from ADM, as described in Integrate Your App. Your servers use the registration ID to direct messages to the correct device/user. If the user uninstalls then re-installs your app on the same device, your app's registration ID might change.<br><br>• **API key.** An API key is metadata that ADM uses to differentiate between your app and other apps on a given device. The API key is assigned to you by Amazon; see Obtain Credentials for details.<br><br>• **OAuth Client Credentials.** Your client credentials are two pieces of data: a "client identifier" and a "client secret" value. These credentials are assigned to you by Amazon; see Obtain Credentials for details. Your servers use both pieces of these credentials in their requests to obtain access tokens.<br><br>• **Access Token.** An access token is short-lived metadata that confirms your server's identity to ADM, so that you can send messages. Your servers obtain their access tokens by providing your client credentials in a request call to ADM Servers. When one of your servers requests an access token, the response to that request includes both the access token and its lifespan in seconds. See Request an Access Token for more information.<br><br>https://developer.amazon.com/docs/adm/overview.html#identification-and-security |

Page 39 of 54

As with each accused product, an Amazon accused device running Fire OS that supports ADM comprises at least one Fire OS secure execution environment. For example, Fire OS uses or instantiates at least one secure execution environment for receiving messages from ADM backend. For example, Fire OS is built on AOSP, which supports using a secure execution environment for an application or service. As an example, Fire OS incorporates Android OS functionality for securely executing an app or service in a secure, isolated sandbox in which data of the sandboxed app or service is accessible only to that UID/process. ADM delivers messages to the secure execution environment and data is stored in a secure memory partition accessible only from the secure execution environment. Linux kernel plus SELinux policies provide UID-level isolation for running a process in a secure execution environment with isolated secure memory that cannot be accessed by unauthorized processes.

**ADM client**

- Handles your app's registration process with ADM servers.
- Receives messages from ADM servers and passes them to your app.

**Your app**

- Registers with the **ADM client** to receive messages from **your servers**.
- Receives incoming messages from the **ADM client** and handles those messages.

https://developer.amazon.com/docs/adm/overview.html#roles-and-responsibilities

# Identification and security

When working with ADM, you use the following elements to identify your servers, your app, and the destinations for your messages. Each of these works together to help ensure that your data belongs to you alone.

- **Registration ID.** A registration ID identifies a unique instance of your app, running on a specific device, registered to a specific user. When it is first installed on a given device, your app requests a registration ID from ADM, as described in Integrate Your App. Your servers use the registration ID to direct messages to the correct device/user. If the user uninstalls then re-installs your app on the same device, your app's registration ID might change.

- **API key.** An API key is metadata that ADM uses to differentiate between your app and other apps on a given device. The API key is assigned to you by Amazon; see Obtain Credentials for details.

- **OAuth Client Credentials.** Your client credentials are two pieces of data: a "client identifier" and a "client secret" value. These credentials are assigned to you by Amazon; see Obtain Credentials for details. Your servers use both pieces of these credentials in their requests to obtain access tokens.

- **Access Token.** An access token is short-lived metadata that confirms your server's identity to ADM, so that you can send messages. Your servers obtain their access tokens by providing your client credentials in a request call to ADM Servers. When one of your servers requests an access token, the response to that request includes both the access token and its lifespan in seconds. See Request an Access Token for more information.

https://developer.amazon.com/docs/adm/overview.html#identification-and-security

| Registration ID | A specific instance of your app | ADM servers, via the ADM client on the device on which the app instance is installed. | Your servers, ADM servers, and the ADM client, to route messages to the correct instance of your app. | Unique per install of the app, on a given device, for a specific user. If the registration ID becomes invalid or inactive, messages directed to the registration ID fail and ADM returns an appropriate error message. For example, if the user uninstalls then re-installs your app, you might receive a new registration ID. |

https://developer.amazon.com/docs/adm/overview.html#adm-identifiers-and-credentials

Page 41 of 54

- Data message – key-value pair required.
- Notification message – title and content required, other fields optional.
- Data & Notification message – key-value pair and title and content required, other fields optional.

https://developer.amazon.com/docs/adm/message-types.html

## Message payloads and uniqueness

Using ADM, you can send messages with a payload of up to 6KB in size. For example, an instant-message program might send a message with a payload like the following:

```
"data":
    {
    "from":"Sam",
    "message":"Hey, Max. How are you?",
    "time":"10/26/2012 09:10:00"
    }
```

https://developer.amazon.com/docs/adm/send-message.html

**Q: How do users see messages that I've sent?**

What your app does with the messages is up to you. ADM is simply a transport mechanism, optimized to queue your messages and deliver them to a targeted instance of your app, even if your app isn't running. For example, upon receiving a message, your app could send this message to the notification tray, display a custom user interface, or perform some other function specific to your needs.

https://developer.amazon.com/docs/adm/faq-adm.html

# Fire OS Overview

Fire OS is the operating system that runs Amazon's Fire TV and tablets. Fire OS is a fork of Android, so if your app runs on Android, it will most likely run on Amazon's Fire devices too. As a developer, you might not have to adjust your Android code at all to publish your app on Amazon's OS.

https://developer.amazon.com/docs/fire-tv/fire-os-overview.html

## Application Sandbox

The Android platform takes advantage of the Linux user-based protection to identify and isolate app resources. This isolates apps from each other and protects apps and the system from malicious apps. To do this, Android assigns a unique user ID (UID) to each Android app and runs it in its own process.

Android uses the UID to set up a kernel-level Application Sandbox. The kernel enforces security between apps and the system at the process level through standard Linux facilities such as user and group IDs that are assigned to apps. By default, apps can't interact with each other and have limited access to the OS. If app A tries to do something malicious, such as read app B's data or dial the phone without permission, it's prevented from doing so because it doesn't have the

appropriate default user privileges. The sandbox is simple, auditable, and based on decades-old UNIX-style user separation of processes and file permissions.

Because the Application Sandbox is in the kernel, this security model extends to both native code and OS apps. All of the software above the kernel, such as OS libraries, app framework, app runtime, and all apps, run within the Application Sandbox. On some platforms, developers are constrained to a specific development framework, set of APIs, or language. On Android, there are no restrictions on how an app can be written that are required to enforce security; in this respect, native code is as sandboxed as interpreted code.

## Protections

Generally, to break out of the Application Sandbox in a properly configured device, one must compromise the security of the Linux kernel. However, similar to other security features, individual protections enforcing the app sandbox are not invulnerable, so defense-in-depth is important to prevent single vulnerabilities from leading to compromise of the OS or other apps.

Android relies on a number of protections to enforce the app sandbox. These enforcements have been introduced over time and have significantly strengthened the original UID-based discretionary access control (DAC) sandbox. Previous Android releases included the following protections:

- In Android 5.0, SELinux provided mandatory access control (MAC) separation between the system and apps. However, all third-party apps ran within the same SELinux context so inter-app isolation was primarily enforced by UID DAC.

- In Android 6.0, the SELinux sandbox was extended to isolate apps across the per-physical-user boundary. In addition, Android also set safer defaults for app data: For apps with targetSdkVersion >= 24, default DAC permissions on an app's home dir changed from 751 to 700. This provided safer default for private app data (although apps can override these defaults).

- In Android 8.0, all apps were set to run with a seccomp-bpf filter that limited the syscalls that apps were allowed to use, thus strengthening the app/kernel boundary.

- In Android 9 all nonprivileged apps with targetSdkVersion >= 28 must run in individual SELinux sandboxes, providing MAC on a per-app basis. This protection improves app separation, prevents overriding safe defaults, and (most significantly) prevents apps from making their data world accessible.

- In Android 10 apps have a limited raw view of the filesystem, with no direct access to paths like /sdcard/DCIM. However, apps retain full raw access to their package-specific paths, as returned by any applicable methods, such as Context.getExternalFilesDir().

https://source.android.com/docs/security/app-sandbox

## Security considerations

Here are some security considerations for sending and receiving broadcasts:

- If many apps have registered to receive the same broadcast in their manifest, it can cause the system to launch a lot of apps, causing a

Page 45 of 54

substantial impact on both device performance and user experience. To avoid this, prefer using context registration over manifest declaration. Sometimes, the Android system itself enforces the use of context-registered receivers. For example, the CONNECTIVITY_ACTION broadcast is delivered only to context-registered receivers.

- Don't broadcast sensitive information using an implicit intent. Any app can read the information if it registers to receive the broadcast. There are three ways to control who can receive your broadcasts:

  - You can specify a permission when sending a broadcast.

  - In Android 4.0 (API level 14) and higher, you can specify a package with setPackage(String) when sending a broadcast. The system restricts the broadcast to the set of apps that match the package.

https://developer.android.com/develop/background-work/background-tasks/broadcasts

Android has built-in security features that significantly reduce the frequency and impact of application security issues. The system is designed so that you can typically build your apps with the default system and file permissions and avoid difficult decisions about security.

The following core security features help you build secure apps:

- The Android application sandbox, which isolates your app data and code execution from other apps.

- An application framework with robust implementations of common security functionality such as cryptography, permissions, and secure interprocess communication (IPC).

- Technologies like address space layout randomization (ASLR), no-execute (NX), ProPolice, safe_iop, OpenBSDdlmalloc and calloc, and Linux mmap_min_addr to mitigate risks associated with common memory management errors.

- User-granted permissions to restrict access to system features and user data.

- Application-defined permissions to control application data on a per-app basis.

It's important to be familiar with the Android security best practices on this page. Following these practices as general coding habits help you avoid inadvertently introducing security issues that adversely affect your users.

///

## Interprocess communication

Some apps attempt to implement IPC using traditional Linux techniques such as network sockets and shared files. However, we recommend instead that you use Android system functionality for IPC such as Intent, Binder orMessenger with a Service, and BroadcastReceiver. The Android IPC mechanisms let you verify the identity of the application connecting to your IPC and set security policy for each IPC mechanism.

Page 47 of 54

Many of the security elements are shared across IPC mechanisms. If your IPC mechanism isn't intended for use by other applications, set the android:exported attribute to false in the component's manifest element, such as for the <service> element. This is useful for applications that consist of multiple processes within the same UID or if you decide late in development that you don't actually want to expose functionality as IPC, but you don't want to rewrite the code.

If your IPC is accessible to other applications, you can apply a security policy by using the <permission> element. If the IPC is between apps that are your own and are signed with the same key, use a signature-level permission in the android:protectionLevel.

Intents

For activities and broadcast receivers, intents are the preferred mechanism for asynchronous IPC on Android. Depending on your application requirements, you might use sendBroadcast, sendOrderedBroadcast, or an explicit intent to a specific application component. For security purposes, explicit intents are preferred.

**Caution**: If you use an intent to bind to a **Service**, use an explicit intent to keep your app secure. Using an implicit intent to start a service is a security hazard, because you can't be certain what service will respond to the intent and the user can't see which service starts. Beginning with Android 5.0 (API level 21), the system throws an exception if you call **bindService()** with an implicit intent.

https://developer.android.com/privacy-and-security/security-tips

## Mitigations

Unless the application requires it, make intents explicit by calling setPackage(). This allows the intent to be interpreted only by a specific component (either in-app or from other applications), preventing untrusted applications from intercepting the data sent along with the intent. The following snippet shows how to make an intent explicit:

[KotlinJava](#)

```
val intent = Intent("android.intent.action.CREATE_DOCUMENT").apply {
    addCategory("android.intent.category.OPENABLE")
    setPackage("com.some.packagename")
    setType("*/*")
    putExtra("android.intent.extra.LOCAL_ONLY", true)
    putExtra("android.intent.extra.TITLE", "Some Title")
}
startActivity(intent)
```

https://developer.android.com/privacy-and-security/risks/implicit-intent-hijacking

https://developer.android.com/guide/components/intents-filters (To ensure that your app is secure, always use an explicit intent…)

| | https://source.android.com/docs/security/features (Android assigns a unique user ID (UID) to each Android app and runs it in its own process. Android uses this UID to set up a kernel-level App Sandbox.) |
|---|---|
| | ## Security-Enhanced Linux in Android<br><br>As part of the Android security model, Android uses Security-Enhanced Linux (SELinux) to enforce mandatory access control (MAC) over all processes, even processes running with root/superuser privileges (Linux capabilities). Many companies and organizations have contributed to Android's SELinux implementation. With SELinux, Android can better protect and confine system services, control access to application data and system logs, reduce the effects of malicious software, and protect users from potential flaws in code on mobile devices.<br><br>SELinux operates on the principle of default denial: Anything not explicitly allowed is denied. SELinux can operate in two global modes:<br><br>• *Permissive* mode, in which permission denials are logged but not enforced.<br><br>• *Enforcing* mode, in which permissions denials are both logged **and** enforced.<br><br>Android includes SELinux in enforcing mode and a corresponding security policy that works by default across AOSP. In enforcing mode, disallowed actions are prevented and all attempted violations are logged by the kernel to dmesg and logcat. When developing, you should use these errors to refine your software and |

Page 50 of 54

| | SELinux policies before enforcing them. For more details, see Implementing SELinux.

SELinux also supports a *per-domain permissive* mode in which specific domains (processes) can be made permissive while placing the rest of the system in global enforcing mode. A domain is simply a label identifying a process or set of processes in the security policy, where all processes labeled with the same domain are treated identically by the security policy. Per-domain permissive mode enables incremental application of SELinux to an ever-increasing portion of the system and policy development for new services (while keeping the rest of the system enforcing).

## Background

The Android security model is based in part on the concept of application sandboxes. Each application runs in its own sandbox. Prior to Android 4.3, these sandboxes were defined by the creation of a unique Linux UID for each application at time of installation. Android 4.3 and later uses SELinux to further define the boundaries of the Android application sandbox.

In Android 5.0 and later, SELinux is fully enforced, building on the permissive release of Android 4.3 and the partial enforcement of Android 4.4. With this change, Android shifted from enforcement on a limited set of crucial domains (installd, netd, vold and zygote) to everything (more than 60 domains). Specifically:

- Everything is in enforcing mode in Android 5.x and higher.
- No processes other than init should run in the init domain. |

Page 51 of 54

|  | - Any generic denial (for a block_device, socket_device, default_service) indicates that device needs a special domain.<br><br>Android 6.0 hardened the system by reducing the permissiveness of our policy to include better isolation between users, IOCTL filtering, reduced threat of exposed services, further tightening of SELinux domains, and extremely limited /proc access.<br><br>Android 7.0 updated SELinux configuration to further lock down the application sandbox and reduce attack surface. This release also broke up the monolithic mediaserver stack into smaller processes to reduce the scope of their permissions. For more details, see Protecting Android with more Linux kernel defenses and Hardening the media stack.<br><br>Android 8.0 updated SELinux to work with Treble, which separates the lower-level vendor code from the Android system framework. This release updated SELinux policy to allow device manufacturers and SOC vendors to update their parts of the policy, build their images (vendor.img, boot.img, etc.), then update those images independent of the platform or vice versa.<br><br>While it is possible to have higher/newer platform (framework) version running on the device, the opposite case is not supported; the vendor images (vendor.img/odm.img) cannot have a newer version than the platform (system.img). So, a newer platform version might introduce SELinux compatibility issues because the platform SELinux policy is at a newer version than vendor SELinux parts of the policy. The Android 8.0 model provides a method to retain compatibility to prevent unnecessary simultaneous OTAs. |
|---|---|

Page 52 of 54

## Additional resources

For help constructing useful SELinux policies, refer to the following resources.

**Note:** Some SELinux concepts are not used by Android. For further details, see Specificity.

- The SELinux Notebook, up-to-date reference for SELinux. This document contains further details on the policy language, the meaning of each of the keywords and how security contexts are computed.
- Your visual how-to guide for SELinux policy enforcement
- Security Enhancements for Linux
- Security Enhanced (SE) Android: Bringing Flexible MAC to Android
- Implementing SELinux as a Linux Security Module
- Configuring the SELinux Policy

https://source.android.com/docs/security/features/selinux

There is literal infringement. There would also be infringement under the doctrine of equivalents because the accused products are insubstantially different from the claim requirements. For example, the accused products perform substantially the same function in substantially the same way of supporting Amazon Device Messaging from an Amazon backend for ADM (e.g., which

Page 53 of 54

| | comprises a message link server and which is a server-side backend for ADM) to achieve substantially the same result. |
|---|---|