# Exhibit 5

## U.S. Patent No. 11,966,464 ("'464 Patent")

Accused Instrumentalities: Amazon's devices that support Amazon Device Messaging and any/all versions and variations thereof since the issuance of the asserted patent. This includes, without limitation, Fire OS devices, Fire TV devices (including Fire TV Sticks, Fire TV Cubes, etc.), Fire tablets supporting ADM (second-generation Kindle Fire tablets and later) (e.g., Fire 7, Fire HD 8, Fire HD 10, Fire Max 11, Kids Editions of Fire 7, Fire HD 8, Fire HD 10, Fire Max 11), Echo Show devices. See, e.g., https://developer.amazon.com/docs/device-specs/ft-device-specifications-firehd-models.html (identifying Fire HD 8 2024, 12th Gen, Fire HD 10 (2023, 13th Gen.), Fire Max 11 (2023 13 Gen) Fire HD 8 (2022, 12th Gen), Fire HD 10 (2021, 11th Gen), Fire HD 8 (2020, 10th Gen), Fire HD 10 (2019, 9th Gen), Fire HD 8 (2018, 8th Gen), Fire HD 10 (2017, 7th Gen), Fire HD 8 (2015), Fire HD 8 (2016), Fire HD 8 (2017), Fire HD 10 (2015), Fire 7 (2022, 12th Gen), Fire 7 (2017, 7th Gen)). See, e.g., https://developer.amazon.com/docs/fire-tv/fire-os-overview.html:

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| TCL QM64L Premium QD-Mini LED TV (2026) | AFTCHE92D8 | Android Level 34 (Android 14) | Fire OS 14 |
| Onida 4K Smart Fire TV (2026) | AFTAR04B9A | Android Level 34 (Android 14) | Fire OS 14 |
| Amazon Fire TV Omni QLED Series (2025) | AFTP0C9BD3 / AFTP09D4D7 | Android Level 30 (Android 11) | Fire OS 8 |

| Fire TV Device | Build Model | Android Level | OS Version |
| --- | --- | --- | --- |
| Amazon Fire TV 2-Series (2025) | AFTCU864A2 / AFTCUD6595 | Android Level 30 (Android 11) | Fire OS 8 |
| Amazon Fire TV 4-Series (2025) | AFTNA1322D / AFTNA67200 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Stick 4K Plus (2025) | AFTMA08C15 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Stick 4K Select (2025) | AFTCA002 | N/A | Vega OS version: OS 1.1 |
| Fire TV JVC - 4K UHD LCD TV (2025) | AFTWYM01 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Panasonic - W95B/W90B/W80B 4K UHD LCD TV (2025) | AFTWYM01 | Android Level 30 (Android 11) | Fire OS 8 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Fire TV Panasonic - Z95B/Z90B Series 4K UHD HDR OLED TV (2025) | AFTTOR001 | Android Level 30 (Android 11) | Fire OS 8 |
| Xiaomi TV 4K HDR TV (2026) | AFTBR92D74 | Android Level 30 (Android 11) | Fire OS 8 |
| TCL 4K Smart Fire TV QLED Panels (2025) | AFTMA475B1 | Android Level 30 (Android 11) | Fire OS 8 |
| Echo Show 21 (2024) | AEOSY | Android Level 28 (Android 9) | Fire OS 7 |
| Echo Show 15 - Gen 2 (2024) | AEOCY | Android Level 28 (Android 9) | Fire OS 7 |
| Regal 4K LED Fire TV (2025) | AFTSH3F7EF | Android Level 30 (Android 11) | Fire OS 8 |

| Fire TV Device | Build Model | Android Level | OS Version |
| --- | --- | --- | --- |
| 4K Fire TV QLED Smart TV (2024) | AFTSH3F7EF | Android Level 30 (Android 11) | Fire OS 8 |
| 4K Ultra HD Smart TV (2024) | AFTPOF46A5 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Stick HD Alexa Voice Remote (2024) | AFTSS | Android Level 28 (Android 9) | Fire OS 7 |
| Funai 4K - Fire TV (2024) | UF560 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Panasonic - W95A/W90A/W80A 4K UHD LCD TV (2024) | AFTWYM01 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Panasonic - Z85A Series 4K UHD HDR OLED TV (2024) | AFTWYM01 | Android Level 30 (Android 11) | Fire OS 8 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Fire TV Panasonic - Z95A/Z93A/Z90A Series 4K UHD HDR OLED TV (2024) | AFTTOR001 | Android Level 30 (Android 11) | Fire OS 8 |
| Panasonic 4K MX800 series with Fire TV (2023) | AFTBOXE1 | Android Level 28 (Android 9) | Fire OS 7 |
| Redmi 108cm (43 inches) 4K Ultra HD smart LED Fire TV (2023) | AFTBTX4 | Android Level 28 (Android 9) | Fire OS 7 |
| TCL Class S3 1080p LED Smart TV with Fire TV (2023) | AFTMD002 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Stick 4K Max - 2nd Gen (2023) - 16 GB | AFTKRT | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Stick 4K - 2nd Gen (2023) - 8 GB | AFTKM | Android Level 30 (Android 11) | Fire OS 8 |
| TCL 32" FHD, 40" FHD Fire TV (2023) | AFTSHN02 | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Fire TV - TCL S4 Series 4K UHD HDR LED (2023) | AFTMD001 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV - TCL Q6 4K QLED HDR (2023) | AFTMD001 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV 2-Series (2023) | AFTKA002 / AFTKAUK002 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV - Hisense 4K UHD (2022) | AFTHA004 | Android Level 28 (Android 9) | Fire OS 7 |
| Toshiba 4K UHD - Fire TV (2022) | AFTHA004 | Android Level 28 (Android 9) | Fire OS 7 |
| BMW (2022) | AFTLBT962E2 | Android Level 28 (Android 9) | Fire OS 7 |
| Echo Show 15 (2021) | AEOHY | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Omni QLED Series (2022) | AFTTIFF43 | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Fire TV Cube - 3rd Gen (2022) | `AFTGAZL` | Android Level 28 (Android 9) | Fire OS 7 |
| Xiaomi F2 4K - Fire TV (2022) | `AFTANNA0` | Android Level 28 (Android 9) | Fire OS 7 |
| Hisense U6 4K UHD - Fire TV (2022) | `AFTHA001` | Android Level 28 (Android 9) | Fire OS 7 |
| Funai 4K - Fire TV (2022) | `AFTMON001,` `AFTMON002` | Android Level 28 (Android 9) | Fire OS 7 |
| JVC 4K - Fire TV with Freeview Play (2021) | `AFTJULI1` | Android Level 28 (Android 9) | Fire OS 7 |
| ok 4K - Fire TV (2021) | `AFTANNA0` | Android Level 28 (Android 9) | Fire OS 7 |
| Toshiba 4K Far-field UHD - Fire TV (2021) | `AFTHA003` | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Stick 4K Max - 1st Gen (2021) | `AFTKA` | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Stellantis (Jeep) - Wagoneer/Grand Wagoneer | `AFTLFT962X3` | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Omni Series (2021) | `AFTTIFF43` | Android Level 28 (Android 9) | Fire OS 7 |
| Toshiba V35 Series LED FHD/HD - Fire TV (2021) | `AFTHA002` | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV 4-Series (2021) | `AFTTI43` | Android Level 28 (Android 9) | Fire OS 7 |
| Toshiba 4K UHD - Fire TV (2021) | `AFTHA001` | Android Level 28 (Android 9) | Fire OS 7 |
| AmazonBasics 4K - Fire TV (2020) | `AFTPR001` | Android Level 28 (Android 9) | Fire OS 7 |
| AmazonBasics HD/FHD - Fire TV (2020) | `AFTBU001` | API Level 25 (Android 7.1) | Fire OS 6 |
| Technika 4K - Fire TV (2020) | `` ` `` `` | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
| --- | --- | --- | --- |
| JVC 2K - Fire TV (2020) | AFTWMST22 | Android Level 28 (Android 9) | Fire OS 7 |
| Onida HD/FHD - Fire TV (2020) [Available in two sizes] | AFTTIFF55 | API Level 25 (Android 7.1) | Fire OS 6 |
| ok 4K - Fire TV (2020) | AFTWI001 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Stick - 3rd Gen (2020) | AFTSSS | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Stick Lite - 1st Gen (2020) | AFTSS | Android Level 28 (Android 9) | Fire OS 7 |
| Toshiba 4K UHD - Fire TV (2020) | AFTDCT31 | Android Level 28 (Android 9) | Fire OS 7 |
| Insignia 4K UHD - Fire TV (2020) | AFTDCT31 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Stick - 2nd Gen (2016-2019) | AFTT | Android Level 22 (Android 5.1) | Fire OS 5 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Toshiba HD - Fire TV (2018-2020) | AFTBAMR311 | API Level 25 (Android 7.1) | Fire OS 6 |
| Insignia HD - Fire TV (2018-2020) | AFTEAMR311 | API Level 25 (Android 7.1) | Fire OS 6 |
| Toshiba 4K - Fire TV (2018-2019) | AFTKMST12 | API Level 25 (Android 7.1) | Fire OS 6 |
| Onida HD - Fire TV (2019) | AFTLE | API Level 25 (Android 7.1) | Fire OS 6 |
| Fire TV Cube - 2nd Gen (2019) | AFTR | Android Level 28 (Android 9) | Fire OS 7 |
| Grundig OLED 4K - Fire TV (2019) | AFTEUFF014 | Android Level 28 (Android 9) | Fire OS 7 |
| Grundig Vision 7, 4K - Fire TV (2019) | AFTEU014 | Android Level 28 (Android 9) | Fire OS 7 |
| JVC 4K - Fire TV (2019) | AFTSO001 | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
| --- | --- | --- | --- |
| Nebula Soundbar - Fire TV Edition (2019) | AFTMM | API Level 25 (Android 7.1) | Fire OS 6 |
| TCL Soundbar with Built-in Subwoofer - Fire TV Edition (2019) | AFTMM | API Level 25 (Android 7.1) | Fire OS 6 |
| Grundig Vision 6 HD - Fire TV (2019) | AFTEU011 | Android Level 28 (Android 9) | Fire OS 7 |
| Insignia 4K - Fire TV (2018) | AFTJMST12 | API Level 25 (Android 7.1) | Fire OS 6 |
| Fire TV Cube - 1st Gen (2018) | AFTA | API Level 25 (Android 7.1) | Fire OS 6 |
| Fire TV Stick 4K - 1st Gen (2018) | AFTMM | API Level 25 (Android 7.1) | Fire OS 6 |
| Fire TV Stick - Basic Edition (2017) | AFTT | Android Level 22 (Android 5.1) | Fire OS 5 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Element 4K - Fire TV (2017) | AFTRS | Android Level 22 (Android 5.1) | Fire OS 5 |
| Fire TV - 3rd Gen (2017) | AFTN | API Level 25 (Android 7.1) | Fire OS 6 |
| Fire TV - 2nd Gen (2015) | AFTS | Android Level 22 (Android 5.1) | Fire OS 5 |
| Fire TV Stick - 1st Gen (2014) | AFTM | Android Level 22 (Android 5.1) | Fire OS 5 |
| Fire TV - 1st Gen (2014) | AFTB | Android Level 22 (Android 5.1) | Fire OS 5 |

| Issued Claim(s) | Public Documentation |
|---|---|
| [11]. A wireless end-user device comprising: | To the extent the preamble is limiting, each of the accused products/instrumentalities is a wireless end-user device. |

Each of Amazon's devices that support Amazon Device Messaging is a wireless end-user device. For example, Fire OS devices such as Fire Tablets Fire 7, Fire HD 8, Fire HD 10, Fire Max 11, and Kids Editions variants are consumer wireless end-user devices running Fire OS. Each Fire OS device can be moved to different locations to connect to a wireless network. Fire OS is a mobile operating system for devices with wireless connectivity. Each device running Fire OS with ADM (including all identified above) operates in accordance with the Fire OS and ADM functionality described for an exemplary device below. *See, e.g.*:

https://developer.amazon.com/docs/fire-tv/fire-os-overview.html

# Fire OS Overview

Fire OS is the operating system that runs Amazon's Fire TV and tablets. Fire OS is a fork of Android, so if your app runs on Android, it will most likely run on Amazon's Fire devices too. As a developer, you might not have to adjust your Android code at all to publish your app on Amazon's OS.

# Fire OS versions

There are multiple versions of Fire OS:

- **Fire OS 14**: Based on Android 14 (API level 34), Android 13 (API level 33), Android 12L (API level 32), and Android 12 (API level 31). For more details, see Developing for Amazon Fire OS 14.

- **Fire OS 8**: Based on Android 10 (API level 29) and Android 11 (API level 30). For more details, see Developing for Amazon Fire OS 8.

Page 13 of 133

- **Fire OS 7**: Based on Android 9 (Pie, API level 28). For more details, see Developing for Amazon Fire OS 7.

- **Fire OS 6**: Based on Android 7.1 (Nougat, API level 25). For more details, see Developing for Amazon Fire OS 6.

- **Fire OS 5**: Based on Android 5.1 (Lollipop, API level 22).

# Differences in services

At the core, both Fire OS and Android share the same foundation. The main way Fire OS differs from Android is in the services. Instead of using Google's services (for activities such as browsing, location, messaging, payments, and so on), Fire OS might use Amazon's services. Most notably, Amazon uses the Amazon Appstore to list your app while Google uses Google Play Store.

If your Android app connects into Google services, porting your Android app to Fire OS might require you to use Amazon services instead.

When you're building your app, follow the standard Android documentation. Where there are differences to account for with Amazon's Fire OS, they're noted in the documentation on this site.

The goal is to provide as much parity as possible with Android (minus Google's services) so that you don't have to learn another development technique or change your existing Android app.

**Tip:** For details on the differences between Android TV development and Fire TV development, see Fire TV Development Versus Android TV Development.

The following table contrasts services from Google with similar services from Amazon.

| Google Android | Fire OS |
| --- | --- |
| Firebase Cloud Messaging | A3L Messaging<br>or Amazon Device Messaging |
| Google Play In-App Billing | Appstore Billing Compatibility SDK<br>or Amazon In-App Purchasing API |
| Cast SDK | Matter Casting |
| Google Mobile Ads SDK | Amazon Publisher Services |
| Sign-In with Google | A3L Authentication<br>or Login with Amazon |
| Google Play Developer API | App Submission API |

*Last updated: Mar 30, 2026*

https://developer.amazon.com/apps-and-games/services-and-apis





https://developer.amazon.com/docs/adm/overview.html#message-flow

| | |
|---|---|
| | **Message flow**<br><br>At a high level, the delivery flow for a message that you send by ADM is as follows:<br><br>1. **Your server** sends a message containing JSON data to **ADM servers**.<br><br>2. **ADM servers** send the message to the **ADM client** on the device on which **your app** is installed.<br><br>3. The **ADM client** obtains the JSON message data and passes it to **your app** as a set of extras attached to an Android Intent object.<br><br>Your Server → ADM Server → ADM Client → Your App<br><br>*Message passage from your server to an instance of your app* |
| [11a] a secure modem; | Each accused product/instrumentality comprises a secure modem.<br><br>For example, as with each accused product, an Amazon accused device running Fire OS that supports ADM comprises at least one secure modem to support communications relating to Amazon account set up, registration, managing OS settings, apps, and content, Amazon app store, Amazon location, backup, payment services, and for downloading and updating settings associated with the user's Amazon account. For example, Fire OS tablets use integrated wireless chipsets that support secure connections to wireless networks, such as Wi-Fi networks. The same is true of each accused Fire device identified in the list above. As an example, each Amazon Fire tablet and TV includes a secure Wi-Fi modem that supports advanced Wi-Fi security protocols and that is further secured by Fire OS.<br><br>On device setup, each accused device uses a secure modem to establish a secure connection to a Wi-Fi router. *See, e.g.*:<br><br>**Wifi**        Dual band 802.11 a/b/g/n/ac, 2.4GHz and 5.0GHz |

| | |
|---|---|
| | https://developer.amazon.com/docs/device-specs/ft-device-specifications-firehd-models.html (Fire HD 8 specifications) |

| | |
|---|---|
| **wifi Connectivity** | Dual-band wifi. Wi-Fi 6 (802.11 ax) is supported. Supports public and private wifi networks or hotspots that use the dual-band 802.11a/b/g/n/ac/ax standards with support for security standard of WEP, WPA3 OWE, WPA/WPA2/WPA3 Personal and WPA/WPA2/WPA3 Enterprise. |

https://www.amazon.com/Amazon-powerful-display-octa-core-processor/dp/B0B1VQ1ZQY?th=1 (Fire Max 11 specifications)

| | |
|---|---|
| **Wifi Connectivity** | Wifi 6E (802.1ax) is supported. Tri-band, dual-antenna wifi (MIMO). Supports 802.11a/b/g/n/ac wifi networks. Does not support connecting to ad-hoc (or IBSS) wifi networks. |

https://www.amazon.com/dp/B0C5DPSW5Y?ref=amzdv_ucc_dp_lod__B0C5DPSW5Y&th=1 (Echo Show 15 specifications)

## Message flow

At a high level, the delivery flow for a message that you send by ADM is as follows:

1. **Your server** sends a message containing JSON data to **ADM servers**.

2. **ADM servers** send the message to the **ADM client** on the device on which **your app** is installed.

3. The **ADM client** obtains the JSON message data and passes it to **your app** as a set of extras attached to an Android Intent object.



*Message passage from your server to an instance of your app*

| | |
|---|---|
| | https://developer.amazon.com/docs/adm/overview.html#message-flow <br><br>  |
| [11b] a secure execution environment; | Each accused product comprises a secure execution environment. <br><br> As with each accused product, an Amazon accused device running Fire OS that supports ADM comprises at least one Fire OS secure execution environment. For example, Fire OS uses a secure execution environment to support Amazon account set up, registration, managing OS settings, apps and app settings, content settings, privacy settings, Amazon app store, Amazon location, backup, payment services, Alexa settings, Prime settings, Simple Sign-in client, App Store, app store in-app purchasing, and for downloading and updating settings relating to the foregoing, which are associated with the user's Amazon account. To support these |

| | functionalities, each of the accused products/instrumentalities supports Fire OS and related services for secure communications relating to these functionalities, and ADM as a secure control channel for push messages. Fire OS and/or services or processes within Fire OS uses or instantiates at least one secure execution environment for receiving messages with settings from ADM backend or from Amazon backend, Amazon services backend, Amazon account services backend, or Fire OS backend. For example, Fire OS supports Android SELinux with full policy enforcement, which supports using a secure execution environment for a service in a secure, isolated sandbox in which data of the service is accessible only to that UID/process, with isolation enforced by SELinx. Amazon backend delivers messages to the secure execution environment and data is stored in a secure memory partition accessible only from the secure execution environment. Linux kernel plus SELinux policies provide UID-level isolation for running a process in a secure execution environment with isolated secure memory that cannot be accessed by unauthorized processes. For example, ADM device-side software runs in an isolated, secure execution environment separate from other processes. As another example, Fire OS uses secure execution environment for services associated with Amazon account set up, registration, managing OS settings, apps, and content, Amazon app store, Amazon location, backup, payment services, Alexa, Prime, privacy, user data, app data, account data, billing, parental-control PINs, time limits, allowed content lists, and for downloading and updating settings associated with the user's Amazon account. For example, com.amazon.* packages and Fire OS services run in Fire OS system services isolated SELinux enforced secure execution environment and related settings are stored in secure memory partition accessible only by the Amazon services. *See, e.g.*: |
|---|---|















# Fire OS Overview

Fire OS is the operating system that runs Amazon's Fire TV and tablets. Fire OS is a fork of Android, so if your app runs on Android, it will most likely run on Amazon's Fire devices too. As a developer, you might not have to adjust your Android code at all to publish your app on Amazon's OS.

https://developer.amazon.com/docs/fire-tv/fire-os-overview.html

## Application Sandbox

The Android platform takes advantage of the Linux user-based protection to identify and isolate app resources. This isolates apps from each other and protects apps and the system from malicious apps. To do this, Android assigns a unique user ID (UID) to each Android app and runs it in its own process.

Android uses the UID to set up a kernel-level Application Sandbox. The kernel enforces security between apps and the system at the process level through standard Linux facilities such as user and group IDs that are assigned to apps. By default, apps can't interact with each other and have limited access to the OS. If app A tries to do something malicious, such as read app B's data or dial the phone without permission, it's prevented from doing so because it doesn't have the appropriate default user privileges. The sandbox is simple, auditable, and based on decades-old UNIX-style user separation of processes and file permissions.

Because the Application Sandbox is in the kernel, this security model extends to both native code and OS apps. All of the software above the kernel, such as OS libraries, app framework, app runtime, and all apps, run within the Application Sandbox. On some platforms, developers are constrained to a specific development framework, set of APIs, or language. On Android, there are no restrictions on how an app can be written that are required to enforce security; in this respect, native code is as sandboxed as interpreted code.

## Protections

Generally, to break out of the Application Sandbox in a properly configured device, one must compromise the security of the Linux kernel. However, similar to other security features, individual protections enforcing the app sandbox are not invulnerable, so defense-in-depth is important to prevent single vulnerabilities from leading to compromise of the OS or other apps.

Android relies on a number of protections to enforce the app sandbox. These enforcements have been introduced over time and have significantly strengthened the original UID-based discretionary access control (DAC) sandbox. Previous Android releases included the following protections:

- In Android 5.0, SELinux provided mandatory access control (MAC) separation between the system and apps. However, all third-party apps ran within the same SELinux context so inter-app isolation was primarily enforced by UID DAC.

- In Android 6.0, the SELinux sandbox was extended to isolate apps across the per-physical-user boundary. In addition, Android also set safer defaults for app data: For apps with targetSdkVersion >= 24, default DAC permissions on

an app's home dir changed from 751 to 700. This provided safer default for private app data (although apps can override these defaults).

- In Android 8.0, all apps were set to run with a $seccomp\text{-}bpf$ filter that limited the syscalls that apps were allowed to use, thus strengthening the app/kernel boundary.

- In Android 9 all nonprivileged apps with $targetSdkVersion >= 28$ must run in individual SELinux sandboxes, providing MAC on a per-app basis. This protection improves app separation, prevents overriding safe defaults, and (most significantly) prevents apps from making their data world accessible.

- In Android 10 apps have a limited raw view of the filesystem, with no direct access to paths like /sdcard/DCIM. However, apps retain full raw access to their package-specific paths, as returned by any applicable methods, such as Context.getExternalFilesDir().

https://source.android.com/docs/security/app-sandbox

## Security-Enhanced Linux in Android

As part of the Android security model, Android uses Security-Enhanced Linux (SELinux) to enforce mandatory access control (MAC) over all processes, even processes running with root/superuser privileges (Linux capabilities). Many companies and organizations have contributed to Android's SELinux implementation. With SELinux, Android can better protect and confine system services, control access to application data and system logs, reduce the effects of

malicious software, and protect users from potential flaws in code on mobile devices.

SELinux operates on the principle of default denial: Anything not explicitly allowed is denied. SELinux can operate in two global modes:

- *Permissive* mode, in which permission denials are logged but not enforced.

- *Enforcing* mode, in which permissions denials are both logged **and** enforced.

Android includes SELinux in enforcing mode and a corresponding security policy that works by default across AOSP. In enforcing mode, disallowed actions are prevented and all attempted violations are logged by the kernel to dmesgand logcat. When developing, you should use these errors to refine your software and SELinux policies before enforcing them. For more details, see Implementing SELinux.

SELinux also supports a *per-domain permissive* mode in which specific domains (processes) can be made permissive while placing the rest of the system in global enforcing mode. A domain is simply a label identifying a process or set of processes in the security policy, where all processes labeled with the same domain are treated identically by the security policy. Per-domain permissive mode enables incremental application of SELinux to an ever-increasing portion of the system and policy development for new services (while keeping the rest of the system enforcing).

## Background

The Android security model is based in part on the concept of application sandboxes. Each application runs in its own sandbox. Prior to Android 4.3, these sandboxes were defined by the creation of a unique Linux UID for each application at time of installation. Android 4.3 and later uses SELinux to further define the boundaries of the Android application sandbox.

In Android 5.0 and later, SELinux is fully enforced, building on the permissive release of Android 4.3 and the partial enforcement of Android 4.4. With this change, Android shifted from enforcement on a limited set of crucial domains (installd, netd, vold and zygote) to everything (more than 60 domains). Specifically:

- Everything is in enforcing mode in Android 5.x and higher.

- No processes other than init should run in the init domain.

- Any generic denial (for a block_device, socket_device, default_service) indicates that device needs a special domain.

Android 6.0 hardened the system by reducing the permissiveness of our policy to include better isolation between users, IOCTL filtering, reduced threat of exposed services, further tightening of SELinux domains, and extremely limited /proc access.

Android 7.0 updated SELinux configuration to further lock down the application sandbox and reduce attack surface. This release also broke up the monolithic mediaserver stack into smaller processes to reduce the scope of their permissions.

| | For more details, see Protecting Android with more Linux kernel defenses and Hardening the media stack.<br><br>Android 8.0 updated SELinux to work with Treble, which separates the lower-level vendor code from the Android system framework. This release updated SELinux policy to allow device manufacturers and SOC vendors to update their parts of the policy, build their images ($vendor.img$, $boot.img$, etc.), then update those images independent of the platform or vice versa.<br><br>While it is possible to have higher/newer platform (framework) version running on the device, the opposite case is not supported; the vendor images ($vendor.img/odm.img$) cannot have a newer version than the platform ($system.img$). So, a newer platform version might introduce SELinux compatibility issues because the platform SELinux policy is at a newer version than vendor SELinux parts of the policy. The Android 8.0 model provides a method to retain compatibility to prevent unnecessary simultaneous OTAs.<br><br>## Additional resources<br><br>For help constructing useful SELinux policies, refer to the following resources.<br><br>**Note:** Some SELinux concepts are not used by Android. For further details, see Specificity.<br><br>• The SELinux Notebook, up-to-date reference for SELinux. This document contains further details on the policy language, the meaning of each of the keywords and how security contexts are computed.<br><br>• Your visual how-to guide for SELinux policy enforcement |
|---|---|

|  | • Security Enhancements for Linux<br><br>• Security Enhanced (SE) Android: Bringing Flexible MAC to Android<br><br>• Implementing SELinux as a Linux Security Module<br><br>• Configuring the SELinux Policy<br><br>https://source.android.com/docs/security/features/selinux |
|---|---|





https://developer.amazon.com/apps-and-games/services-and-apis

As another example, applications on the Fire OS device also use ADM to receive messages comprising settings from Amazon backend via a secure control channel provided by ADM; the settings are received in a secure execution environment and stored in a secure memory partition enforced by Fire OS and SELinux; and used to control the device.

# Message flow

At a high level, the delivery flow for a message that you send by ADM is as follows:

1. **Your server** sends a message containing JSON data to **ADM servers**.

2. **ADM servers** send the message to the **ADM client** on the device on which **your app** is installed.

3. The **ADM client** obtains the JSON message data and passes it to **your app** as a set of extras attached to an Android Intent object.



*Message passage from your server to an instance of your app*

https://developer.amazon.com/docs/adm/overview.html#message-flow

- **Protected.** As a sender, your servers are verified via the OAuth 2.0 client credentials flow. As your message is passed to a device, the endpoint connections are authenticated and protected with industry-standard SSL encryption. And ADM uses Android permissions on the device to direct the message to your app only.

https://developer.amazon.com/docs/adm/overview.html#adm-architecture

**ADM client**

- Handles your app's registration process with ADM servers.
- Receives messages from ADM servers and passes them to your app.

**Your app**

- Registers with the **ADM client** to receive messages from **your servers**.
- Receives incoming messages from the **ADM client** and handles those messages.

https://developer.amazon.com/docs/adm/overview.html#roles-and-responsibilities

| | As another example, Amazon device support for Amazon App Store and in-app purchasing shows there is support for at least one secure execution environment.<br><br>https://developer.amazon.com/docs/in-app-purchasing/iap-overview.html |
| --- | --- |
| [11c] a secure memory partition; and | Each accused product/instrumentality comprises a secure memory partition.<br><br>As with each accused product, an Amazon accused device running Fire OS that supports ADM comprises at least one secure memory partition. Fire OS supports use of a secure memory partition reserved for the service and/or process running in a secure execution environment enforced by Fire OS and SELinux, such as for one or more services associated with Amazon account set up, registration, managing OS settings, apps, and content, Amazon app store, app store in-app purchasing, Amazon location, backup, payment services, privacy, user data, app data, account data, billing, parental controls, PINs, time limits, allowed content lists, Simple Sign-in, and for downloading and updating settings associated with the user's Amazon account. These functionalities can be supported by ADM device-side software to securely receive settings, e.g., settings for Amazon services. For example, Fire OS supports SELinux, which supports using a secure execution environment for a process or service and providing it access to a secure memory partition inaccessible to other services and/or processes. As an example, Fire OS incorporates Android OS SELinux functionality for securely executing an app or service in a secure, isolated sandbox in which data of the sandboxed app or service is accessible only to that UID/process enforced by SELinux MAC. As an example, ADM facilitates delivery of messages to the secure execution environment via secure channel and data is stored in a secure memory partition accessible only from the secure execution environment. Linux kernel plus SELinux policies provide UID-level isolation for running a process in a secure execution environment with isolated secure memory that cannot be accessed by unauthorized processes. *See, e.g.*: |















# Fire OS Overview

Fire OS is the operating system that runs Amazon's Fire TV and tablets. Fire OS is a fork of Android, so if your app runs on Android, it will most likely run on Amazon's Fire devices too. As a developer, you might not have to adjust your Android code at all to publish your app on Amazon's OS.

https://developer.amazon.com/docs/fire-tv/fire-os-overview.html

Application Sandbox

The Android platform takes advantage of the Linux user-based protection to identify and isolate app resources. This isolates apps from each other and protects apps and the system from malicious apps. To do this, Android assigns a unique user ID (UID) to each Android app and runs it in its own process.

Android uses the UID to set up a kernel-level Application Sandbox. The kernel enforces security between apps and the system at the process level through standard Linux facilities such as user and group IDs that are assigned to apps. By default, apps can't interact with each other and have limited access to the OS. If app A tries to do something malicious, such as read app B's data or dial the phone without permission, it's prevented from doing so because it doesn't have the appropriate default user privileges. The sandbox is simple, auditable, and based on decades-old UNIX-style user separation of processes and file permissions.

Because the Application Sandbox is in the kernel, this security model extends to both native code and OS apps. All of the software above the kernel, such as OS

libraries, app framework, app runtime, and all apps, run within the Application Sandbox. On some platforms, developers are constrained to a specific development framework, set of APIs, or language. On Android, there are no restrictions on how an app can be written that are required to enforce security; in this respect, native code is as sandboxed as interpreted code.

## Protections

Generally, to break out of the Application Sandbox in a properly configured device, one must compromise the security of the Linux kernel. However, similar to other security features, individual protections enforcing the app sandbox are not invulnerable, so defense-in-depth is important to prevent single vulnerabilities from leading to compromise of the OS or other apps.

Android relies on a number of protections to enforce the app sandbox. These enforcements have been introduced over time and have significantly strengthened the original UID-based discretionary access control (DAC) sandbox. Previous Android releases included the following protections:

- In Android 5.0, SELinux provided mandatory access control (MAC) separation between the system and apps. However, all third-party apps ran within the same SELinux context so inter-app isolation was primarily enforced by UID DAC.

- In Android 6.0, the SELinux sandbox was extended to isolate apps across the per-physical-user boundary. In addition, Android also set safer defaults for app data: For apps with targetSdkVersion >= 24, default DAC permissions on an app's home dir changed from 751 to 700. This provided safer default for private app data (although apps can override these defaults).

Page 48 of 133

|  | <ul><li>In Android 8.0, all apps were set to run with a $seccomp\text{-}bpf$ filter that limited the syscalls that apps were allowed to use, thus strengthening the app/kernel boundary.</li><li>In Android 9 all nonprivileged apps with $targetSdkVersion >= 28$ must run in individual SELinux sandboxes, providing MAC on a per-app basis. This protection improves app separation, prevents overriding safe defaults, and (most significantly) prevents apps from making their data world accessible.</li><li>In Android 10 apps have a limited raw view of the filesystem, with no direct access to paths like /sdcard/DCIM. However, apps retain full raw access to their package-specific paths, as returned by any applicable methods, such as Context.getExternalFilesDir().</li></ul> https://source.android.com/docs/security/app-sandbox <br><br>Security-Enhanced Linux in Android<br><br>As part of the Android security model, Android uses Security-Enhanced Linux (SELinux) to enforce mandatory access control (MAC) over all processes, even processes running with root/superuser privileges (Linux capabilities). Many companies and organizations have contributed to Android's SELinux implementation. With SELinux, Android can better protect and confine system services, control access to application data and system logs, reduce the effects of malicious software, and protect users from potential flaws in code on mobile devices. |

SELinux operates on the principle of default denial: Anything not explicitly allowed is denied. SELinux can operate in two global modes:

- *Permissive* mode, in which permission denials are logged but not enforced.

- *Enforcing* mode, in which permissions denials are both logged **and** enforced.

Android includes SELinux in enforcing mode and a corresponding security policy that works by default across AOSP. In enforcing mode, disallowed actions are prevented and all attempted violations are logged by the kernel to dmesg and logcat. When developing, you should use these errors to refine your software and SELinux policies before enforcing them. For more details, see [Implementing SELinux](#).

SELinux also supports a *per-domain permissive* mode in which specific domains (processes) can be made permissive while placing the rest of the system in global enforcing mode. A domain is simply a label identifying a process or set of processes in the security policy, where all processes labeled with the same domain are treated identically by the security policy. Per-domain permissive mode enables incremental application of SELinux to an ever-increasing portion of the system and policy development for new services (while keeping the rest of the system enforcing).

## Background

The Android security model is based in part on the concept of [application sandboxes](#). Each application runs in its own sandbox. Prior to Android 4.3, these sandboxes were defined by the creation of a unique Linux UID for each

application at time of installation. Android 4.3 and later uses SELinux to further define the boundaries of the Android application sandbox.

In Android 5.0 and later, SELinux is fully enforced, building on the permissive release of Android 4.3 and the partial enforcement of Android 4.4. With this change, Android shifted from enforcement on a limited set of crucial domains (installd, netd, vold and zygote) to everything (more than 60 domains). Specifically:

- Everything is in enforcing mode in Android 5.x and higher.

- No processes other than init should run in the init domain.

- Any generic denial (for a block_device, socket_device, default_service) indicates that device needs a special domain.

Android 6.0 hardened the system by reducing the permissiveness of our policy to include better isolation between users, IOCTL filtering, reduced threat of exposed services, further tightening of SELinux domains, and extremely limited /proc access.

Android 7.0 updated SELinux configuration to further lock down the application sandbox and reduce attack surface. This release also broke up the monolithic mediaserver stack into smaller processes to reduce the scope of their permissions. For more details, see Protecting Android with more Linux kernel defenses and Hardening the media stack.

Android 8.0 updated SELinux to work with Treble, which separates the lower-level vendor code from the Android system framework. This release updated SELinux policy to allow device manufacturers and SOC vendors to update their parts of the

policy, build their images (vendor.img, boot.img, etc.), then update those images independent of the platform or vice versa.

While it is possible to have higher/newer platform (framework) version running on the device, the opposite case is not supported; the vendor images (vendor.img/odm.img) cannot have a newer version than the platform (system.img). So, a newer platform version might introduce SELinux compatibility issues because the platform SELinux policy is at a newer version than vendor SELinux parts of the policy. The Android 8.0 model provides a method to retain compatibility to prevent unnecessary simultaneous OTAs.

## Additional resources

For help constructing useful SELinux policies, refer to the following resources.

**Note:** Some SELinux concepts are not used by Android. For further details, see Specificity.

- The SELinux Notebook, up-to-date reference for SELinux. This document contains further details on the policy language, the meaning of each of the keywords and how security contexts are computed.

- Your visual how-to guide for SELinux policy enforcement

- Security Enhancements for Linux

- Security Enhanced (SE) Android: Bringing Flexible MAC to Android

- Implementing SELinux as a Linux Security Module

- Configuring the SELinux Policy

https://source.android.com/docs/security/features/selinux

As another example, applications on the Fire OS device also use ADM to receive messages comprising settings from Amazon backend via a secure control channel provided by ADM; the settings are received in a secure execution environment and stored in a secure memory partition enforced by Fire OS and SELinux; and used to control the device.

## Message flow

At a high level, the delivery flow for a message that you send by ADM is as follows:

1. **Your server** sends a message containing JSON data to **ADM servers**.

2. **ADM servers** send the message to the **ADM client** on the device on which **your app** is installed.

3. The **ADM client** obtains the JSON message data and passes it to **your app** as a set of extras attached to an Android Intent object.



*Message passage from your server to an instance of your app*

https://developer.amazon.com/docs/adm/overview.html#message-flow

- **Protected.** As a sender, your servers are verified via the OAuth 2.0 client credentials flow. As your message is passed to a device, the endpoint connections are authenticated and protected with industry-standard SSL encryption. And ADM uses Android permissions on the device to direct the message to your app only.

https://developer.amazon.com/docs/adm/overview.html#adm-architecture

Page 53 of 133

| | **ADM client**<br><br>• Handles your app's registration process with ADM servers.<br><br>• Receives messages from ADM servers and passes them to your app.<br><br>**Your app**<br><br>• Registers with the **ADM client** to receive messages from **your servers**.<br><br>• Receives incoming messages from the **ADM client** and handles those messages.<br><br>https://developer.amazon.com/docs/adm/overview.html#roles-and-responsibilities |
|---|---|
| [11d] a processor configured to: establish a connection between the secure modem and a wireless network; establish, through the connection, a secure control channel between the secure execution environment and a network service controller; | Each accused product/instrumentality comprises a processor configured to: establish a connection between the secure modem and a wireless network; and establish, through the connection, a secure control channel between the secure execution environment and a network service controller.<br><br>As with each accused product, an Amazon accused device running Fire OS that supports ADM establishes a connection between the device's secure modem and a wireless network (such as a Wi-Fi network, such as eero Wi-Fi) and establishes, through the connection, a secure control channel between the secure execution environment in the Fire OS and a network service controller associated with Amazon (such as Amazon backend, Amazon services backend, Amazon account services backend, Fire OS backend, Amazon app store backend, Amazon Device Messaging backend and/or an ADM server). For example, there is a secure control channel established between the Amazon Fire Tablet running Fire OS and Amazon's server or backend. The secure control channel is secured by at least an encryption protocol. The link supports communications including control messages, acknowledgements, heartbeats, system updates, account services, or other control messages. Each accused device maintains the secure control channel between Fire OS secure execution environment and Amazon backend. Amazon's backend communications with Fire OS devices facilitates control of network services relating to Fire OS, account services, and other network connectivity features for Fire OS devices. As another example, Amazon Device Messaging facilitates network messaging services. As another example, Amazon supports Amazon Device Management for enterprise, |

education environments. As another example, Amazon supports networking and Wi-Fi credential services for Amazon devices. *See, e.g.*:















# Fire OS Overview

Fire OS is the operating system that runs Amazon's Fire TV and tablets. Fire OS is a fork of Android, so if your app runs on Android, it will most likely run on Amazon's Fire devices too. As a developer, you might not have to adjust your Android code at all to publish your app on Amazon's OS.

# Fire OS versions

There are multiple versions of Fire OS:

- **Fire OS 14**: Based on Android 14 (API level 34), Android 13 (API level 33), Android 12L (API level 32), and Android 12 (API level 31). For more details, see Developing for Amazon Fire OS 14.

- **Fire OS 8**: Based on Android 10 (API level 29) and Android 11 (API level 30). For more details, see Developing for Amazon Fire OS 8.

- **Fire OS 7**: Based on Android 9 (Pie, API level 28). For more details, see Developing for Amazon Fire OS 7.

- **Fire OS 6**: Based on Android 7.1 (Nougat, API level 25). For more details, see Developing for Amazon Fire OS 6.

- **Fire OS 5**: Based on Android 5.1 (Lollipop, API level 22).

# Differences in services

At the core, both Fire OS and Android share the same foundation. The main way Fire OS differs from Android is in the services. Instead of using Google's services (for activities such as browsing, location, messaging, payments, and so on), Fire OS might use Amazon's services. Most notably, Amazon uses the Amazon Appstore to list your app while Google uses Google Play Store.

If your Android app connects into Google services, porting your Android app to Fire OS might require you to use Amazon services instead.

When you're building your app, follow the standard Android documentation. Where there are differences to account for with Amazon's Fire OS, they're noted in the documentation on this site.

The goal is to provide as much parity as possible with Android (minus Google's services) so that you don't have to learn another development technique or change your existing Android app.

 Tip: For details on the differences between Android TV development and Fire TV development, see Fire TV Development Versus Android TV Development.

The following table contrasts services from Google with similar services from Amazon.

| Google Android | Fire OS |
| --- | --- |
| Firebase Cloud Messaging | A3L Messaging or Amazon Device Messaging |

Page 63 of 133

| | |
|---|---|
| Google Play In-App Billing | Appstore Billing Compatibility SDK or Amazon In-App Purchasing API |
| Cast SDK | Matter Casting |
| Google Mobile Ads SDK | Amazon Publisher Services |
| Sign-In with Google | A3L Authentication or Login with Amazon |
| Google Play Developer API | App Submission API |

*Last updated: Mar 30, 2026*

https://developer.amazon.com/docs/fire-tv/fire-os-overview.html





https://developer.amazon.com/apps-and-games/services-and-apis

# Identification and security

When working with ADM, you use the following elements to identify your servers, your app, and the destinations for your messages. Each of these works together to help ensure that your data belongs to you alone.

- **Registration ID.** A registration ID identifies a unique instance of your app, running on a specific device, registered to a specific user. When it is first installed on a given device, your app requests a registration ID from ADM, as described in Integrate Your App. Your servers use the registration ID to direct messages to the correct device/user. If the user uninstalls then re-installs your app on the same device, your app's registration ID might change.

- **API key.** An API key is metadata that ADM uses to differentiate between your app and other apps on a given device. The API key is assigned to you by Amazon; see Obtain Credentials for details.

- **OAuth Client Credentials.** Your client credentials are two pieces of data: a "client identifier" and a "client secret" value. These credentials are assigned to you by Amazon; see Obtain Credentials for details. Your servers use both pieces of these credentials in their requests to obtain access tokens.

- **Access Token.** An access token is short-lived metadata that confirms your server's identity to ADM, so that you can send messages. Your servers obtain their access tokens by providing your client credentials in a request call to ADM Servers. When one of your servers requests an access token, the response to that request includes both the access token and its lifespan in seconds. See Request an Access Token for more information.

https://developer.amazon.com/docs/adm/overview.html#identification-and-security

| Registration ID | A specific instance of your app | ADM servers, via the ADM client on the device on which the app instance is installed. | Your servers, ADM servers, and the ADM client, to route messages to the correct instance of your app. | Unique per install of the app, on a given device, for a specific user. If the registration ID becomes invalid or inactive, messages directed to the registration ID fail and ADM returns an appropriate error message. For example, if the user uninstalls then re-installs your app, you might receive a new registration ID. |

https://developer.amazon.com/docs/adm/overview.html#adm-identifiers-and-credentials

Page 67 of 133

- Data message – key-value pair required.
- Notification message – title and content required, other fields optional.
- Data & Notification message – key-value pair and title and content required, other fields optional.

https://developer.amazon.com/docs/adm/message-types.html

## Message payloads and uniqueness

Using ADM, you can send messages with a payload of up to 6KB in size. For example, an instant-message program might send a message with a payload like the following:

```
"data":
    {
    "from":"Sam",
    "message":"Hey, Max. How are you?",
    "time":"10/26/2012 09:10:00"
    }
```

https://developer.amazon.com/docs/adm/send-message.html

**Q: How do users see messages that I've sent?**

What your app does with the messages is up to you. ADM is simply a transport mechanism, optimized to queue your messages and deliver them to a targeted instance of your app, even if your app isn't running. For example, upon receiving a message, your app could send this message to the notification tray, display a custom user interface, or perform some other function specific to your needs.

https://developer.amazon.com/docs/adm/faq-adm.html

# Fire OS Overview

Fire OS is the operating system that runs Amazon's Fire TV and tablets. Fire OS is a fork of Android, so if your app runs on Android, it will most likely run on Amazon's Fire

devices too. As a developer, you might not have to adjust your Android code at all to publish your app on Amazon's OS.

https://developer.amazon.com/docs/fire-tv/fire-os-overview.html

Application Sandbox

The Android platform takes advantage of the Linux user-based protection to identify and isolate app resources. This isolates apps from each other and protects apps and the system from malicious apps. To do this, Android assigns a unique user ID (UID) to each Android app and runs it in its own process.

Android uses the UID to set up a kernel-level Application Sandbox. The kernel enforces security between apps and the system at the process level through standard Linux facilities such as user and group IDs that are assigned to apps. By default, apps can't interact with each other and have limited access to the OS. If app A tries to do something malicious, such as read app B's data or dial the phone without permission, it's prevented from doing so because it doesn't have the appropriate default user privileges. The sandbox is simple, auditable, and based on decades-old UNIX-style user separation of processes and file permissions.

Because the Application Sandbox is in the kernel, this security model extends to both native code and OS apps. All of the software above the kernel, such as OS libraries, app framework, app runtime, and all apps, run within the Application Sandbox. On some platforms, developers are constrained to a specific development framework, set of APIs, or language. On Android, there are no

restrictions on how an app can be written that are required to enforce security; in this respect, native code is as sandboxed as interpreted code.

## Protections

Generally, to break out of the Application Sandbox in a properly configured device, one must compromise the security of the Linux kernel. However, similar to other security features, individual protections enforcing the app sandbox are not invulnerable, so defense-in-depth is important to prevent single vulnerabilities from leading to compromise of the OS or other apps.

Android relies on a number of protections to enforce the app sandbox. These enforcements have been introduced over time and have significantly strengthened the original UID-based discretionary access control (DAC) sandbox. Previous Android releases included the following protections:

- In Android 5.0, SELinux provided mandatory access control (MAC) separation between the system and apps. However, all third-party apps ran within the same SELinux context so inter-app isolation was primarily enforced by UID DAC.

- In Android 6.0, the SELinux sandbox was extended to isolate apps across the per-physical-user boundary. In addition, Android also set safer defaults for app data: For apps with targetSdkVersion >= 24, default DAC permissions on an app's home dir changed from 751 to 700. This provided safer default for private app data (although apps can override these defaults).

|  | <ul><li>In Android 8.0, all apps were set to run with a $\text{seccomp-bpf}$ filter that limited the syscalls that apps were allowed to use, thus strengthening the app/kernel boundary.</li><li>In Android 9 all nonprivileged apps with $\text{targetSdkVersion} >= 28$ must run in individual SELinux sandboxes, providing MAC on a per-app basis. This protection improves app separation, prevents overriding safe defaults, and (most significantly) prevents apps from making their data world accessible.</li><li>In Android 10 apps have a limited raw view of the filesystem, with no direct access to paths like /sdcard/DCIM. However, apps retain full raw access to their package-specific paths, as returned by any applicable methods, such as Context.getExternalFilesDir().</li></ul>https://source.android.com/docs/security/app-sandbox<br><br>Security-Enhanced Linux in Android<br><br>As part of the Android security model, Android uses Security-Enhanced Linux (SELinux) to enforce mandatory access control (MAC) over all processes, even processes running with root/superuser privileges (Linux capabilities). Many companies and organizations have contributed to Android's SELinux implementation. With SELinux, Android can better protect and confine system services, control access to application data and system logs, reduce the effects of malicious software, and protect users from potential flaws in code on mobile devices. |
|---|---|

SELinux operates on the principle of default denial: Anything not explicitly allowed is denied. SELinux can operate in two global modes:

- *Permissive* mode, in which permission denials are logged but not enforced.

- *Enforcing* mode, in which permissions denials are both logged **and** enforced.

Android includes SELinux in enforcing mode and a corresponding security policy that works by default across AOSP. In enforcing mode, disallowed actions are prevented and all attempted violations are logged by the kernel to dmesg and logcat. When developing, you should use these errors to refine your software and SELinux policies before enforcing them. For more details, see Implementing SELinux.

SELinux also supports a *per-domain permissive* mode in which specific domains (processes) can be made permissive while placing the rest of the system in global enforcing mode. A domain is simply a label identifying a process or set of processes in the security policy, where all processes labeled with the same domain are treated identically by the security policy. Per-domain permissive mode enables incremental application of SELinux to an ever-increasing portion of the system and policy development for new services (while keeping the rest of the system enforcing).

## Background

The Android security model is based in part on the concept of application sandboxes. Each application runs in its own sandbox. Prior to Android 4.3, these sandboxes were defined by the creation of a unique Linux UID for each

application at time of installation. Android 4.3 and later uses SELinux to further define the boundaries of the Android application sandbox.

In Android 5.0 and later, SELinux is fully enforced, building on the permissive release of Android 4.3 and the partial enforcement of Android 4.4. With this change, Android shifted from enforcement on a limited set of crucial domains (installd, netd, vold and zygote) to everything (more than 60 domains). Specifically:

- Everything is in enforcing mode in Android 5.x and higher.

- No processes other than init should run in the init domain.

- Any generic denial (for a block_device, socket_device, default_service) indicates that device needs a special domain.

Android 6.0 hardened the system by reducing the permissiveness of our policy to include better isolation between users, IOCTL filtering, reduced threat of exposed services, further tightening of SELinux domains, and extremely limited /proc access.

Android 7.0 updated SELinux configuration to further lock down the application sandbox and reduce attack surface. This release also broke up the monolithic mediaserver stack into smaller processes to reduce the scope of their permissions. For more details, see Protecting Android with more Linux kernel defenses and Hardening the media stack.

Android 8.0 updated SELinux to work with Treble, which separates the lower-level vendor code from the Android system framework. This release updated SELinux policy to allow device manufacturers and SOC vendors to update their parts of the

policy, build their images (vendor.img, boot.img, etc.), then update those images independent of the platform or vice versa.

While it is possible to have higher/newer platform (framework) version running on the device, the opposite case is not supported; the vendor images (vendor.img/odm.img) cannot have a newer version than the platform (system.img). So, a newer platform version might introduce SELinux compatibility issues because the platform SELinux policy is at a newer version than vendor SELinux parts of the policy. The Android 8.0 model provides a method to retain compatibility to prevent unnecessary simultaneous OTAs.

## Additional resources

For help constructing useful SELinux policies, refer to the following resources.

**Note:** Some SELinux concepts are not used by Android. For further details, see Specificity.

- The SELinux Notebook, up-to-date reference for SELinux. This document contains further details on the policy language, the meaning of each of the keywords and how security contexts are computed.

- Your visual how-to guide for SELinux policy enforcement

- Security Enhancements for Linux

- Security Enhanced (SE) Android: Bringing Flexible MAC to Android

- Implementing SELinux as a Linux Security Module

- Configuring the SELinux Policy

https://source.android.com/docs/security/features/selinux

As another example, Amazon devices support Simple Sign-in. This shows that Fire OS devices with Simple Sign-in establish a connection between the secure modem and a wireless network and establish, through the connection, a secure control channel between the secure execution environment and a network service controller.

https://developer.amazon.com/docs/ssi/customer-experience.html

# Customer Experience

This page describes the Simple Sign-in customer experience.

# First-time sign-in or new customer sign-up

The following diagram shows the high-level process when a customer signs in to a Simple Sign-in enabled app for the first time and completes the account linking process. The same process occurs when a customer creates a new account for the app and completes account linking.



**Simple Sign-in:** First device experience

First-time app sign-in high-level diagram

1.  Alice signs in to your app by manually entering her login credentials. Alternatively, Alice creates a new account for your app on her device, "Alice's Fire TV," which is registered to her Amazon account.

2.  After Alice successfully signs in (or signs up with her new account), your app sends a request to your app server to issue a token that represents Alice's identity.

3.  Your server generates a token and returns it back to the app.

4.  Your app sends a message to the Simple Sign-in client to get consent from Alice to link her login identity with her Amazon account. Your app includes the token in the request.

5.  The Simple Sign-in client prompts Alice to provide her consent to link accounts.

6. When Alice confirms her approval, the Simple Sign-in client sets up account linking. The token persists on the Simple Sign-in server.

7. The Simple Sign-in client communicates with your app, sharing the customer's consent and the account linking status.

The following images show the dialog that a customer sees when prompted to link their account.

On a Fire TV:

Fire TV dialog

On a Fire tablet:

Fire tablet dialog

Consent dialog information

- The modal dialog displays on top of your app.

- The dialog displays only when your app sends a request to the Simple Sign-in client.

- The contents on the dialog, such as the app name and icon, are customized to the app to that triggers the dialog.

- The login name (blurred out in the images) is the email address for the user's app account, and is not stored on Amazon servers. The app sends this data along with the request to display the consent dialog. This is not stored or used anywhere beyond this dialog.

# Detailed first-time sign-in and account linking

The following sequence diagram shows the end-to-end flow for various usage scenarios for first-time sign-in.



Account linking setup sequence diagram

# Simplified sign-in on subsequent devices

A customer who has previously linked their app account signs in to the app on a new device and experiences a simplified sign-in flow. The simplified sign-in flow can also occur on the original device if the user signs out. The following diagram shows the simplified flow.



Subsequent device app sign-in high-level diagram

1. Alice installs your app on another device, "Alice's 2nd Fire TV", which is also registered to her Amazon account. Alice launches the app and navigates to the sign-in flow.

2. Before offering the standard login options, your app sends a message to the Simple Sign-in client to look for any linked accounts that can offer Simple Sign-in.

3. Because Alice's login identity for the app is already linked with her Amazon account, the Simple Sign-in client prompts her to confirm Simple Sign-in using a linked account.

4. After Alice confirms Simple Sign-in, the Simple Sign-in client fetches the link token corresponding to the linked account from the Simple Sign-in server, and shares the token with your app.

5. Your app makes a sign-in request to your server using the token. Your server processes and completes the sign-in request by authenticating Alice, using the token. In case of any failures, the Simple Sign-in flow ends and the app gracefully resorts to standard sign-in options.

# Login selection dialog

On devices a user hasn't previously signed in on, the app sign-in flow uses the login selection dialog. When a user has one or more accounts linked, the dialog recommends that the user picks a linked account to sign in to the app. The dialog shows a list of all active linked accounts. Each linked account on the dialog displays a user-recognizable identifier, such as a profile name, login name, or email address.

The following images show the login selection dialog.

On a Fire TV:



Fire TV dialog

On a Fire tablet:

Fire tablet dialog

Login dialog information

- The modal dialog displays on top of your app.

- Your app controls the timing for when this dialog displays. The dialog displays only when your app sends a request to the Simple Sign-in client. As a user navigates through dialogs, it's your app's responsibility to detect a user's intent to sign in and take an eligible user through the Simple Sign-in flow, before beginning the standard sign-in flow.

- The contents on the dialog, such as the app name and icon, are customized to the app to that triggers the dialog.

- The login name (blurred out in the images) is the email address that corresponds to the user's app account, and is not stored on Amazon servers. For each linked app account, the app queries the login name from the app server. It then collates and shares the data along with the request to display this dialog.

# Detailed subsequent device sign-in with linked accounts

When a customer tries to sign in to an app on a subsequent device, they have the option to sign in using a previously linked app account. The following sequence diagram shows the flow when a user signs in with a subsequent device.



New device sign in with linked account sequence diagram

# First launch after upgrade

The first time a user launches the app after it's upgraded to a version that supports Simple Sign-in, the app initiates a user consent flow to set up account linking for that logged-in user. The following sequence diagram shows the upgrade flow.



First-time launch after upgrade sequence diagram

| | |
|---|---|
| | https://developer.amazon.com/docs/ssi/faq.html<br>https://developer.amazon.com/docs/ssi/token-mechanism.html<br><br>As another example, Amazon Fire OS devices support Amazon App Store and in-app purchasing. With these features, Amazon devices establish a connection between the secure modem and a wireless network and establish through the connection a secure control channel between the secure execution environment and the Amazon network service controller.<br><br>https://developer.amazon.com/docs/in-app-purchasing/iap-overview.html<br><br># What is In-App Purchasing (IAP)?<br><br>With In-App Purchasing (IAP), your app's users can purchase various types of digital items within your app, such as extra lives for a game or a subscription to premium content.<br><br>The following scenarios describe potential use cases for IAP:<br><br>• Create a "freemium" model for your app where the app itself is free, but you charge a premium for advanced services or functionality.<br><br>• Allow your customers to purchase items to enhance their gaming experience, such as currency, extra moves, or lives.<br><br>• Unlock bonus levels or mini-games by allowing customers to purchase access to this content.<br><br>• Enable customers to subscribe to content available within your app. |

The IAP API handles details about purchase flow, payment processing, providing a receipt to your app, and managing rights to the purchasable content, so that you do not have to code these things yourself.

# Amazon's role in IAP

The Amazon Appstore plays an integral part of the IAP API workflow. Amazon runs the purchase workflow, starting when the customer decides to purchase an item and ending when Amazon provides the app either a receipt for the purchase or a status code, in the case of a failed purchase. You do not need to provide purchase dialogs, transaction timeout logic, or "Thank You" dialogs. The Amazon Appstore provides all of these pieces of a transaction.

Once a user initiates a purchase, the Amazon Appstore client app surfaces and presents an Amazon-branded user interface to complete the transaction. This app presents the user interface for all aspects of the purchase workflow:

- Logic to display the purchasable item.

- Perform the purchase.

- Handle any preconditions or error scenarios.

If a purchase is unsuccessful, the Amazon Appstore presents the relevant messaging to the customer; your app should not message the customer. For example, if the customer does not have a valid credit card on file, the Amazon Appstore redirects the customer to a page where they can update their payment information. Do not provide a confirmation or other interstitial dialog to the customer regarding the purchase flow.

The following table summarizes the separation of responsibility between your app and the Amazon Appstore when implementing IAP:

| Responsibility | Your App | Amazon |
|---|---|---|
| Presents the catalog of in-app items to the customer for purchase. | | |
| Unlocks purchasable functionality. | | |
| Manages the purchase flow. | | |
| Performs payment processing. | | |
| Handles secure communication with the Amazon platform, including payment security. | | |
| Verifies entitlements and validates purchase receipts. | | |
| Manages billing for auto-renewing subscriptions. | | |
| Manages billing for revoking of entitlements. | | |

| | |
|---|---|
| | Verifies receipts for subscriptions and entitlements before providing content to user. |
| | Downloads remotely delivered content. |
| | Displays and uses downloaded digital goods. |
| | Tracks customer purchases and consumable inventory. |

# IAP components

If you are new to working with Amazon IAP, familiarize yourself with the following components, which are all involved in implementing this feature:

| Name | Description |
|---|---|
| Appstore SDK IAP API | Your app uses the IAP API from the Appstore SDK to implement and fulfill in-app purchases. |
| Appstore SDK API Reference | Lists and descriptions of the APIs contained in the Appstore SDK, which include the IAP API. |

| | |
|---|---|
| Amazon Appstore | Handles payment processing, alerts, fulfillment, and other back-end functionality. |
| App Tester | Test your app locally before publishing to the Amazon Appstore. |
| Receipt Verification Service (RVS) | Verify the validity of transaction receipts. RVS supports a sandbox environment and a production environment. |
| Live App Testing | Beta test your app with a select group of users in a production environment. |

There is literal infringement. There would also be infringement under the doctrine of equivalents because the accused products are insubstantially different from the claim requirements. For example, the accused products perform substantially the same function of establishing a secure control channel to and receiving messages from a network service controller in substantially the same way of establishing a secure control channel to and receiving messages from an Amazon backend for Amazon services (e.g., which comprises a network service controller and which is a server-side backend for controlling Amazon services which use or rely on network connectivity) to achieve substantially the same result.

| | |
|---|---|
| [11e] [a processor configured to:] receive, at the secure execution environment, via the secure control | Each of the accused products/instrumentalities has a processor configured to receive, at the secure execution environment, via the secure control channel, one or more messages from the network service controller, the one or more messages comprising one or more settings; |

| | |
|---|---|
| channel, one or more messages from the network service controller, the one or more messages comprising one or more settings;<br>store the one or more settings in the secure memory partition accessible only from the secure execution environment; and<br>control the wireless end-user device using the one or more settings. | store the one or more settings in the secure memory partition accessible only from the secure execution environment; and control the wireless end-user device using the one or more settings.<br><br>See [11b], [11c], [11d].<br><br>As with each accused product, an Amazon accused device running Fire OS that supports ADM is configured to receive, at the Fire OS secure execution environment, via the secure control channel to Amazon's network service controller (the Amazon backend, Fire OS backend, Amazon account services backend, Amazon services backend, and/or ADM backend), one or more messages comprising one or more settings; store the settings in the Fire OS secure memory partition accessible only from the Fire OS secure execution environment; and control the wireless end-user device using the one or more settings.<br><br>As an example, Amazon Fire OS account settings, Amazon services settings, billing-related settings, app-related settings, login-related settings, privacy settings, account settings, and/or credential-related settings are received at the secure execution environment from the Amazon network service controller and stored in the secure memory partition and used to control the wireless end-user device. For example, Fire OS devices including tablets and TV products support receiving, at the secure execution environment, via the secure control channel to Amazon, Fire OS settings that relate to services associated with Amazon account set up, registration, managing OS settings, apps, and content, Amazon app store, Amazon location, backup, payment services, privacy, user data, app data, account settings, kid settings, parental PIN, access controls, content controls, Prime settings, Alexa settings, billing settings, and for downloading and updating settings associated with the user's Amazon account, as well as device data, app usage data, interest-based ads data, over the air viewing data, privacy settings, location-based services, billing services, OS services. The settings are stored in the secure memory partition and control the wireless end-user device.<br><br>As an example, Fire OS settings are shown in the following exemplary Fire OS screenshots. *See, e.g.*: |















Digital Services and Device Support ›
Amazon Device and Digital Services Terms, Warranties, and Notices ›
Amazon Device Terms, Warranties, and Notices ›

# Privacy Settings FAQs for Fire TV Products, Fire TV Edition devices, Fire tablets and Kindle e-readers

We know you care how information about you is used, and we appreciate your trust that we will do so carefully and sensibly. This FAQ describes the privacy settings available to you for Amazon Fire TV devices, Amazon Ember devices , or Fire TV devices that are developed and manufactured by a third party (collectively, "Fire TV Products"), Fire tablets and Kindle e-readers ("Amazon Devices").

Visit www.amazon.com/privacynotice to learn more about how we handle personal data.

**1. What information is collected by Amazon Devices?**

The operating system of your Amazon Device collects data about your use of the device and its features, such as your navigation of the home screen, selection of device settings (such as device language, display size, WiFi and Bluetooth options), or open and close of apps and services.

Apps and services may also collect info when you use them on Amazon Devices (see **FAQ 8** and **FAQ 9**).

**2. What does Amazon do with information collected through the device operating system?**

We use this data to provide you with the features of your device, for example, to fulfill the actions you take on the device (such as opening an app), to allow you to restore the settings on your device, and to help you troubleshoot when you experience technical issues. We also use it to develop and improve products and features for all our customers and to gain insights into how our products are being used, assess customer engagement, identify potential quality issues, analyze our business, and customize marketing offers.

 **3. Can I control what information is collected by Fire TV Products or what Amazon does with that information?**

| | Yes, there are several ways you can control what data is collected by Fire TV Products, or how we use data collected by Fire TV Products.<br><br>Device Usage Data: You may opt out of processing of your personal data relating to the use of your Fire TV Products collected by the operating system of that device ("device usage data") for marketing and product improvement purposes via **Settings > Preferences > Privacy Settings > Device Usage Data.** If you turn this setting off, we will stop processing this device usage data for purposes of serving you customized marketing offers and improving our products and features. Turning this setting off will not affect:<br><br> &bull; Your ability to use features of the device (such as Parental Controls, or the "Recents" row), as we will continue to collect and process your data to deliver these features to you;<br> &bull; Whether you receive marketing offers, though those offers may be less relevant to you;<br> &bull; The processing of data other than device usage data to show you interest-based advertising (to learn more, see "Interest-based Ads" setting below) or<br> &bull; The processing of data related to your use of Amazon services, such as Prime Video, on the device (see **FAQ 8**).<br><br>App Usage Data: You may opt out of Amazon's collection of your data relating to open, close, and duration of use of third-party apps on your Fire TV Products via **Settings > Preferences > Privacy Settings > Collect App Usage Data**.<br><br>Interest-based Ads: The advertising ID is a resettable identifier we make available to apps on certain Amazon devices for advertising and analytics purposes. You can instruct apps that use your device's advertising ID not to use that ID to build profiles for advertising purposes or target you with interest-based ads on the device via **Settings > Preferences > Privacy Settings > Interest-based Ads**.<br><br>Over-the-air Viewing Data: On smart TVs with Fire TV, you may opt out of providing information to Amazon on your use of over-the-air TV content received through an antenna connected directly to your TV via **Settings > Preferences > Privacy Settings**.<br><br>For certain smart TVs with Fire TV, you can view and manage the above settings from your Amazon account by visiting www.amazon.com/mycd and selecting **Privacy Settings > Amazon Devices Privacy**. |
|---|---|

**4. Can I control what information is collected by Fire tablets or what Amazon does with that information?**

Yes, there are several ways you can control what data is collected by Fire tablets or how we use data collected by Fire tablets.

Device Usage Data: You may opt out of processing of your personal data relating to the use of your Fire tablets collected by the operating system of that device ("device usage data") for marketing and product improvement purposes via Settings > Security & Privacy > Device Usage Data. If you turn this setting off, we will stop processing this device usage data for purposes of serving you customized marketing offers and improving our products and features. Turning this setting off will not affect:

- Your ability to use features of the device (such as data syncing or backup features or Special Offers we display if you purchased a device that includes Special Offers), as we will continue to collect and process your data to deliver these features to you;
- Whether you receive marketing offers, though those offers may be less relevant to you;
- The processing of data other than device usage data to show you interest-based advertising (to learn more, see "Interest-based Ads" setting below) or
- The processing of data related to your use of Amazon services, such as Prime Video, on the device (see **FAQ 8**).

App Usage Data: You may opt out of Amazon's collection of your data relating to open, close, and duration of use of third-party apps on your Fire tablet via **Settings > Apps & Games > Collect App Usage Data**.

Interest-based Ads: An Advertising ID is a user-resettable, unique identifier we make available to apps on certain Amazon devices for advertising and analytics purposes. You can instruct apps that use your device's Advertising ID not to use that ID to build profiles or show you interest-based ads via **Settings > Apps & Games > Advertising ID > Interest-based Ads**.

Location-Based Services: Location-based services allow maps, other apps, and Amazon to use your estimated location and related information. You can turn off location-based services for your device, or for individual apps, at **Settings > Wireless > Location-Based Services**. For more about location-based services, please visit www.amazon.com/help/TabletLBS.

| | |
|---|---|
| | For Fire tablets, the above settings are configurable on a profile basis.

For certain Fire tablets, you can view and manage the above settings from your Amazon account by visiting www.amazon.com/mycd and selecting **Privacy Settings > Amazon Devices Privacy**.

**5. Can I control what information is collected by Kindle e-readers or what Amazon does with that information?**

Yes, you may opt out of processing of your personal data relating to the use of your Kindle e-reader collected by the operating system of that device ("device usage data") for marketing and product improvement purposes via **All Settings > Device Options > Advanced Options > Privacy**. If you turn this setting off, we will stop processing this device usage data for the purposes of serving you customized marketing offers and improving our products and features. Turning this setting off will not affect:

    • Your ability to use features of the device, such as data syncing or backup features or Special Offers we display if you purchased a device that includes Special Offers, as we will continue to collect and process your data to deliver those features to you;
    • Whether you receive marketing offers, though those offers may be less relevant to you; or
    • The processing of data related to your use of Amazon services on this device (see **FAQ 8**).

For certain Kindle e-readers, you can view and manage the above setting from your Amazon account by visiting www.amazon.com/mycd and selecting **Privacy Settings > Amazon Devices Privacy**.

**6. If I set my preferences on one Amazon Device, will the setting be applied to all my devices?**

No, these settings are device-specific. In addition, if you use multiple user profiles on a tablet, you will choose your settings for each profile.

**7. Where can I manage privacy settings for my Fire TV Product, Fire tablet, or Kindle e-reader?** |

<table>
<tr><td></td><td>

You can access many of these settings through the device settings on your device. You can also edit privacy settings for certain devices from your Amazon account, by visiting www.amazon.com/mycd and selecting **Privacy Settings > Amazon Devices Privacy**.

**8. Where can I learn more about privacy options for Amazon apps or services that I use on my Amazon Device?**

To learn more about privacy options relating to an Amazon service (such as Prime Video), please consult the settings for the relevant service or app. For more information about your privacy options relating to Alexa and Echo devices, visit https://www.amazon.com/help/AlexaPrivacy.

**9. Where can I learn more about privacy options for third-party apps or services that I use on my Amazon Device?**

To learn more about privacy options relating to a third-party app or service, we suggest you review the settings and privacy notice for the relevant app or service, or contact the developer or provider of the app or service.

https://www.amazon.com/gp/help/customer/display.html?nodeId=GQFYXZHZB2H629WN

# Managing Your Device, Content, and Account

Get help with general queries relating to your device, digital content, and Amazon account.

</td></tr>
</table>



## Share Content Using Family Library
Family members in your Amazon Household can access more eBooks and other digital content through Family Library.

*Popular Articles*

- How to Change Your Amazon Device Name
- How to Update Your Amazon Payment Method
- Cancel Your Amazon Kids+ Subscription
- What's Transferred After Account Country Change?
- Accessibility for Devices and Digital Services
- How to Report Lost or Stolen Amazon Device
- Manage Kids+ Settings via Parent Dashboard
- Add or Delete a Child Profile in Parent Dashboard

https://www.amazon.com/gp/help/customer/display.html?nodeId=T68VFqFJIs6UdJJhzE&ref_=hp_200875610_Set-Daily-Time-Limits--Total-S

# How to Update Your Amazon Payment Method

Keeping your payment methods up to date prevents purchase and digital service interruptions.

---

Keep your Amazon shopping and digital services running smoothly by updating your payment information. Follow these steps to update your payment method:

1. Sign in and visit Your Payments
2. Select Settings and update your Default Purchase Preference
3. Choose an existing payment method or add a new one
4. Verify your details and select Continue

**Important:**

- Your billing address must match your country of residence
- Payment method updates don't reflect on existing orders that are in process
- To change payment on pending orders, visit Your Orders

Common Payment Issues and Solutions:

- Expired Cards: To prevent declined payments, update your card's expiration date
- Incorrect Billing Details: Ensure your name and address match your card exactly
- Regional Restrictions: Use a payment method that matches your country of residence

https://www.amazon.com/gp/help/customer/display.html?nodeId=GPVBVQ28CKHD7ZQW&ref_=hp_200875610_How-to-Update-Your-Amazon-Paym





[https://developer.amazon.com/apps-and-games/services-and-apis](https://developer.amazon.com/apps-and-games/services-and-apis)

Fire OS and Amazon-related services discussed above use ADM secure connection to receive messages from Amazon backend. As another example, applications on the Fire OS device also use ADM to receive messages comprising settings from Amazon backend via a secure control channel provided by ADM; the settings are received in a secure execution environment and stored in a secure memory partition enforced by Fire OS and SELinux; and used to control the device.

# Message flow

At a high level, the delivery flow for a message that you send by ADM is as follows:

1. **Your server** sends a message containing JSON data to **ADM servers**.
2. **ADM servers** send the message to the **ADM client** on the device on which **your app** is installed.
3. The **ADM client** obtains the JSON message data and passes it to **your app** as a set of extras attached to an Android Intent object.



*Message passage from your server to an instance of your app*

https://developer.amazon.com/docs/adm/overview.html#message-flow

- **Protected.** As a sender, your servers are verified via the OAuth 2.0 client credentials flow. As your message is passed to a device, the endpoint connections are authenticated and protected with industry-standard SSL encryption. And ADM uses Android permissions on the device to direct the message to your app only.

https://developer.amazon.com/docs/adm/overview.html#adm-architecture

**ADM client**

- Handles your app's registration process with ADM servers.
- Receives messages from ADM servers and passes them to your app.

**Your app**

- Registers with the **ADM client** to receive messages from **your servers**.
- Receives incoming messages from the **ADM client** and handles those messages.

https://developer.amazon.com/docs/adm/overview.html#roles-and-responsibilities

# Identification and security

When working with ADM, you use the following elements to identify your servers, your app, and the destinations for your messages. Each of these works together to help ensure that your data belongs to you alone.

- **Registration ID.** A registration ID identifies a unique instance of your app, running on a specific device, registered to a specific user. When it is first installed on a given device, your app requests a registration ID from ADM, as described in Integrate Your App. Your servers use the registration ID to direct messages to the correct device/user. If the user uninstalls then re-installs your app on the same device, your app's registration ID might change.

- **API key.** An API key is metadata that ADM uses to differentiate between your app and other apps on a given device. The API key is assigned to you by Amazon; see Obtain Credentials for details.

- **OAuth Client Credentials.** Your client credentials are two pieces of data: a "client identifier" and a "client secret" value. These credentials are assigned to you by Amazon; see Obtain Credentials for details. Your servers use both pieces of these credentials in their requests to obtain access tokens.

- **Access Token.** An access token is short-lived metadata that confirms your server's identity to ADM, so that you can send messages. Your servers obtain their access tokens by providing your client credentials in a request call to ADM Servers. When one of your servers requests an access token, the response to that request includes both the access token and its lifespan in seconds. See Request an Access Token for more information.

https://developer.amazon.com/docs/adm/overview.html#identification-and-security

| Registration ID | A specific instance of your app | ADM servers, via the ADM client on the device on which the app instance is installed. | Your servers, ADM servers, and the ADM client, to route messages to the correct instance of your app. | Unique per install of the app, on a given device, for a specific user. If the registration ID becomes invalid or inactive, messages directed to the registration ID fail and ADM returns an appropriate error message. For example, if the user uninstalls then re-installs your app, you might receive a new registration ID. |

https://developer.amazon.com/docs/adm/overview.html#adm-identifiers-and-credentials

- Data message – key-value pair required.
- Notification message – title and content required, other fields optional.
- Data & Notification message – key-value pair and title and content required, other fields optional.

https://developer.amazon.com/docs/adm/message-types.html

## Message payloads and uniqueness

Using ADM, you can send messages with a payload of up to 6KB in size. For example, an instant-message program might send a message with a payload like the following:

```
"data":
    {
    "from":"Sam",
    "message":"Hey, Max. How are you?",
    "time":"10/26/2012 09:10:00"
    }
```

https://developer.amazon.com/docs/adm/send-message.html

**Q: How do users see messages that I've sent?**

What your app does with the messages is up to you. ADM is simply a transport mechanism, optimized to queue your messages and deliver them to a targeted instance of your app, even if your app isn't running. For example, upon receiving a message, your app could send this message to the notification tray, display a custom user interface, or perform some other function specific to your needs.

https://developer.amazon.com/docs/adm/faq-adm.html

# Fire OS Overview

Fire OS is the operating system that runs Amazon's Fire TV and tablets. Fire OS is a fork of Android, so if your app runs on Android, it will most likely run on Amazon's Fire

devices too. As a developer, you might not have to adjust your Android code at all to publish your app on Amazon's OS.

https://developer.amazon.com/docs/fire-tv/fire-os-overview.html

Application Sandbox

The Android platform takes advantage of the Linux user-based protection to identify and isolate app resources. This isolates apps from each other and protects apps and the system from malicious apps. To do this, Android assigns a unique user ID (UID) to each Android app and runs it in its own process.

Android uses the UID to set up a kernel-level Application Sandbox. The kernel enforces security between apps and the system at the process level through standard Linux facilities such as user and group IDs that are assigned to apps. By default, apps can't interact with each other and have limited access to the OS. If app A tries to do something malicious, such as read app B's data or dial the phone without permission, it's prevented from doing so because it doesn't have the appropriate default user privileges. The sandbox is simple, auditable, and based on decades-old UNIX-style user separation of processes and file permissions.

Because the Application Sandbox is in the kernel, this security model extends to both native code and OS apps. All of the software above the kernel, such as OS libraries, app framework, app runtime, and all apps, run within the Application Sandbox. On some platforms, developers are constrained to a specific development framework, set of APIs, or language. On Android, there are no

Page 111 of 133

restrictions on how an app can be written that are required to enforce security; in this respect, native code is as sandboxed as interpreted code.

## Protections

Generally, to break out of the Application Sandbox in a properly configured device, one must compromise the security of the Linux kernel. However, similar to other security features, individual protections enforcing the app sandbox are not invulnerable, so defense-in-depth is important to prevent single vulnerabilities from leading to compromise of the OS or other apps.

Android relies on a number of protections to enforce the app sandbox. These enforcements have been introduced over time and have significantly strengthened the original UID-based discretionary access control (DAC) sandbox. Previous Android releases included the following protections:

- In Android 5.0, SELinux provided mandatory access control (MAC) separation between the system and apps. However, all third-party apps ran within the same SELinux context so inter-app isolation was primarily enforced by UID DAC.

- In Android 6.0, the SELinux sandbox was extended to isolate apps across the per-physical-user boundary. In addition, Android also set safer defaults for app data: For apps with targetSdkVersion >= 24, default DAC permissions on an app's home dir changed from 751 to 700. This provided safer default for private app data (although apps can override these defaults).

- In Android 8.0, all apps were set to run with a seccomp-bpf filter that limited the syscalls that apps were allowed to use, thus strengthening the app/kernel boundary.

- In Android 9 all nonprivileged apps with targetSdkVersion >= 28 must run in individual SELinux sandboxes, providing MAC on a per-app basis. This protection improves app separation, prevents overriding safe defaults, and (most significantly) prevents apps from making their data world accessible.

- In Android 10 apps have a limited raw view of the filesystem, with no direct access to paths like /sdcard/DCIM. However, apps retain full raw access to their package-specific paths, as returned by any applicable methods, such as Context.getExternalFilesDir().

https://source.android.com/docs/security/app-sandbox

Security-Enhanced Linux in Android

As part of the Android security model, Android uses Security-Enhanced Linux (SELinux) to enforce mandatory access control (MAC) over all processes, even processes running with root/superuser privileges (Linux capabilities). Many companies and organizations have contributed to Android's SELinux implementation. With SELinux, Android can better protect and confine system services, control access to application data and system logs, reduce the effects of malicious software, and protect users from potential flaws in code on mobile devices.

SELinux operates on the principle of default denial: Anything not explicitly allowed is denied. SELinux can operate in two global modes:

- *Permissive* mode, in which permission denials are logged but not enforced.

- *Enforcing* mode, in which permissions denials are both logged **and** enforced.

Android includes SELinux in enforcing mode and a corresponding security policy that works by default across AOSP. In enforcing mode, disallowed actions are prevented and all attempted violations are logged by the kernel to dmesg and logcat. When developing, you should use these errors to refine your software and SELinux policies before enforcing them. For more details, see Implementing SELinux.

SELinux also supports a *per-domain permissive* mode in which specific domains (processes) can be made permissive while placing the rest of the system in global enforcing mode. A domain is simply a label identifying a process or set of processes in the security policy, where all processes labeled with the same domain are treated identically by the security policy. Per-domain permissive mode enables incremental application of SELinux to an ever-increasing portion of the system and policy development for new services (while keeping the rest of the system enforcing).

## Background

The Android security model is based in part on the concept of application sandboxes. Each application runs in its own sandbox. Prior to Android 4.3, these sandboxes were defined by the creation of a unique Linux UID for each

application at time of installation. Android 4.3 and later uses SELinux to further define the boundaries of the Android application sandbox.

In Android 5.0 and later, SELinux is fully enforced, building on the permissive release of Android 4.3 and the partial enforcement of Android 4.4. With this change, Android shifted from enforcement on a limited set of crucial domains (installd, netd, vold and zygote) to everything (more than 60 domains). Specifically:

- Everything is in enforcing mode in Android 5.x and higher.

- No processes other than init should run in the init domain.

- Any generic denial (for a block_device, socket_device, default_service) indicates that device needs a special domain.

Android 6.0 hardened the system by reducing the permissiveness of our policy to include better isolation between users, IOCTL filtering, reduced threat of exposed services, further tightening of SELinux domains, and extremely limited /proc access.

Android 7.0 updated SELinux configuration to further lock down the application sandbox and reduce attack surface. This release also broke up the monolithic mediaserver stack into smaller processes to reduce the scope of their permissions. For more details, see Protecting Android with more Linux kernel defenses and Hardening the media stack.

Android 8.0 updated SELinux to work with Treble, which separates the lower-level vendor code from the Android system framework. This release updated SELinux policy to allow device manufacturers and SOC vendors to update their parts of the

Page 115 of 133

policy, build their images (vendor.img, boot.img, etc.), then update those images independent of the platform or vice versa.

While it is possible to have higher/newer platform (framework) version running on the device, the opposite case is not supported; the vendor images (vendor.img/odm.img) cannot have a newer version than the platform (system.img). So, a newer platform version might introduce SELinux compatibility issues because the platform SELinux policy is at a newer version than vendor SELinux parts of the policy. The Android 8.0 model provides a method to retain compatibility to prevent unnecessary simultaneous OTAs.

## Additional resources

For help constructing useful SELinux policies, refer to the following resources.

**Note:** Some SELinux concepts are not used by Android. For further details, see Specificity.

- The SELinux Notebook, up-to-date reference for SELinux. This document contains further details on the policy language, the meaning of each of the keywords and how security contexts are computed.

- Your visual how-to guide for SELinux policy enforcement

- Security Enhancements for Linux

- Security Enhanced (SE) Android: Bringing Flexible MAC to Android

- Implementing SELinux as a Linux Security Module

- Configuring the SELinux Policy

https://source.android.com/docs/security/features/selinux

As another example, Amazon devices can receive settings for eero, Ring, Sidewalk, Echo, Alexa, Prime, and other Amazon services.

As another example, Amazon Fire OS devices support Simple Sign-In. With Simple Sign-in, Amazon devices receive, at the secure execution environment, via the secure control channel, one or more messages from the network service controller, the one or more messages comprising one or more settings; store the one or more settings in the secure memory partition accessible only from the secure execution environment; and control the wireless end-user device using the one or more settings.

https://developer.amazon.com/docs/ssi/customer-experience.html

# Customer Experience

This page describes the Simple Sign-in customer experience.

# First-time sign-in or new customer sign-up

The following diagram shows the high-level process when a customer signs in to a Simple Sign-in enabled app for the first time and completes the account linking process. The same process occurs when a customer creates a new account for the app and completes account linking.

Page 117 of 133



**Simple Sign-in:** First device experience

"Alice"

App package

App server

Simple sign-in
client

Simple sign-in
server

First-time app sign-in high-level diagram

8.  Alice signs in to your app by manually entering her login credentials. Alternatively, Alice creates a new account for your app on her device, "Alice's Fire TV," which is registered to her Amazon account.

9.  After Alice successfully signs in (or signs up with her new account), your app sends a request to your app server to issue a token that represents Alice's identity.

10. Your server generates a token and returns it back to the app.

11. Your app sends a message to the Simple Sign-in client to get consent from Alice to link her login identity with her Amazon account. Your app includes the token in the request.

12. The Simple Sign-in client prompts Alice to provide her consent to link accounts.

13. When Alice confirms her approval, the Simple Sign-in client sets up account linking. The token persists on the Simple Sign-in server.

14. The Simple Sign-in client communicates with your app, sharing the customer's consent and the account linking status.

The following images show the dialog that a customer sees when prompted to link their account.

On a Fire TV:

Fire TV dialog

On a Fire tablet:

 Fire tablet dialog

## Consent dialog information

- The modal dialog displays on top of your app.

- The dialog displays only when your app sends a request to the Simple Sign-in client.

- The contents on the dialog, such as the app name and icon, are customized to the app to that triggers the dialog.

- The login name (blurred out in the images) is the email address for the user's app account, and is not stored on Amazon servers. The app sends this data along with the request to display the consent dialog. This is not stored or used anywhere beyond this dialog.

# Detailed first-time sign-in and account linking

The following sequence diagram shows the end-to-end flow for various usage scenarios for first-time sign-in.



Account linking setup sequence diagram

# Simplified sign-in on subsequent devices

A customer who has previously linked their app account signs in to the app on a new device and experiences a simplified sign-in flow. The simplified sign-in flow can also occur on the original device if the user signs out. The following diagram shows the simplified flow.



Subsequent device app sign-in high-level diagram

6. Alice installs your app on another device, "Alice's 2nd Fire TV", which is also registered to her Amazon account. Alice launches the app and navigates to the sign-in flow.

7. Before offering the standard login options, your app sends a message to the Simple Sign-in client to look for any linked accounts that can offer Simple Sign-in.

8. Because Alice's login identity for the app is already linked with her Amazon account, the Simple Sign-in client prompts her to confirm Simple Sign-in using a linked account.

9. After Alice confirms Simple Sign-in, the Simple Sign-in client fetches the link token corresponding to the linked account from the Simple Sign-in server, and shares the token with your app.

10. Your app makes a sign-in request to your server using the token. Your server processes and completes the sign-in request by authenticating Alice, using the token. In case of any failures, the Simple Sign-in flow ends and the app gracefully resorts to standard sign-in options.

# Login selection dialog

On devices a user hasn't previously signed in on, the app sign-in flow uses the login selection dialog. When a user has one or more accounts linked, the dialog recommends that the user picks a linked account to sign in to the app. The dialog shows a list of all active linked accounts. Each linked account on the dialog displays a user-recognizable identifier, such as a profile name, login name, or email address.

The following images show the login selection dialog.

On a Fire TV:



Fire TV dialog

On a Fire tablet:

Fire tablet dialog

Login dialog information

- The modal dialog displays on top of your app.

- Your app controls the timing for when this dialog displays. The dialog displays only when your app sends a request to the Simple Sign-in client. As a user navigates through dialogs, it's your app's responsibility to detect a user's intent to sign in and take an eligible user through the Simple Sign-in flow, before beginning the standard sign-in flow.

- The contents on the dialog, such as the app name and icon, are customized to the app to that triggers the dialog.

- The login name (blurred out in the images) is the email address that corresponds to the user's app account, and is not stored on Amazon servers. For each linked app account, the app queries the login name from the app server. It then collates and shares the data along with the request to display this dialog.

# Detailed subsequent device sign-in with linked accounts

When a customer tries to sign in to an app on a subsequent device, they have the option to sign in using a previously linked app account. The following sequence diagram shows the flow when a user signs in with a subsequent device.



New device sign in with linked account sequence diagram

# First launch after upgrade

The first time a user launches the app after it's upgraded to a version that supports Simple Sign-in, the app initiates a user consent flow to set up account linking for that logged-in user. The following sequence diagram shows the upgrade flow.



First-time launch after upgrade sequence diagram

| | |
|---|---|
| | https://developer.amazon.com/docs/ssi/faq.html<br>https://developer.amazon.com/docs/ssi/token-mechanism.html<br><br>As another example, Amazon Fire OS devices support Amazon App Store and in-app purchasing. With these features, Amazon devices receive, at the secure execution environment, via the secure control channel, one or more messages from the network service controller, the one or more messages comprising one or more settings; store the one or more settings in the secure memory partition accessible only from the secure execution environment; and control the wireless end-user device using the one or more settings.<br><br>https://developer.amazon.com/docs/in-app-purchasing/iap-overview.html<br><br># What is In-App Purchasing (IAP)?<br><br>With In-App Purchasing (IAP), your app's users can purchase various types of digital items within your app, such as extra lives for a game or a subscription to premium content.<br><br>The following scenarios describe potential use cases for IAP:<br><br>• Create a "freemium" model for your app where the app itself is free, but you charge a premium for advanced services or functionality.<br><br>• Allow your customers to purchase items to enhance their gaming experience, such as currency, extra moves, or lives.<br><br>• Unlock bonus levels or mini-games by allowing customers to purchase access to this content.<br><br>• Enable customers to subscribe to content available within your app. |

The IAP API handles details about purchase flow, payment processing, providing a receipt to your app, and managing rights to the purchasable content, so that you do not have to code these things yourself.

# Amazon's role in IAP

The Amazon Appstore plays an integral part of the IAP API workflow. Amazon runs the purchase workflow, starting when the customer decides to purchase an item and ending when Amazon provides the app either a receipt for the purchase or a status code, in the case of a failed purchase. You do not need to provide purchase dialogs, transaction timeout logic, or "Thank You" dialogs. The Amazon Appstore provides all of these pieces of a transaction.

Once a user initiates a purchase, the Amazon Appstore client app surfaces and presents an Amazon-branded user interface to complete the transaction. This app presents the user interface for all aspects of the purchase workflow:

- Logic to display the purchasable item.

- Perform the purchase.

- Handle any preconditions or error scenarios.

If a purchase is unsuccessful, the Amazon Appstore presents the relevant messaging to the customer; your app should not message the customer. For example, if the customer does not have a valid credit card on file, the Amazon Appstore redirects the customer to a page where they can update their payment information. Do not provide a confirmation or other interstitial dialog to the customer regarding the purchase flow.

The following table summarizes the separation of responsibility between your app and the Amazon Appstore when implementing IAP:

| Responsibility | Your App | Amazon |
|---|---|---|
| Presents the catalog of in-app items to the customer for purchase. | | |
| Unlocks purchasable functionality. | | |
| Manages the purchase flow. | | |
| Performs payment processing. | | |
| Handles secure communication with the Amazon platform, including payment security. | | |
| Verifies entitlements and validates purchase receipts. | | |
| Manages billing for auto-renewing subscriptions. | | |
| Manages billing for revoking of entitlements. | | |

| | |
|---|---|
| | Verifies receipts for subscriptions and entitlements before providing content to user. |
| | Downloads remotely delivered content. |
| | Displays and uses downloaded digital goods. |
| | Tracks customer purchases and consumable inventory. |

# IAP components

If you are new to working with Amazon IAP, familiarize yourself with the following components, which are all involved in implementing this feature:

| Name | Description |
|---|---|
| Appstore SDK IAP API | Your app uses the IAP API from the Appstore SDK to implement and fulfill in-app purchases. |
| Appstore SDK API Reference | Lists and descriptions of the APIs contained in the Appstore SDK, which include the IAP API. |

| | | |
|---|---|---|
| | Amazon Appstore | Handles payment processing, alerts, fulfillment, and other back-end functionality. |
| | App Tester | Test your app locally before publishing to the Amazon Appstore. |
| | Receipt Verification Service (RVS) | Verify the validity of transaction receipts. RVS supports a sandbox environment and a production environment. |
| | Live App Testing | Beta test your app with a select group of users in a production environment. |
| | There is literal infringement. There would also be infringement under the doctrine of equivalents because the accused products are insubstantially different from the claim requirements. For example, the accused products perform substantially the same function of receiving messages from a network service controller in substantially the same way of and receiving messages from Amazon backend for Amazon services (e.g., which comprises a network service controller and which is a server-side backend for controlling Amazon services which use or rely on network connectivity) to achieve substantially the same result. | |