# Exhibit 6

## U.S. Patent No. 8,832,777 ("'777 Patent")

Accused Instrumentalities: Amazon's devices that support Amazon Device Messaging and any/all versions and variations thereof since the issuance of the asserted patent. This includes, without limitation, Fire OS devices, Fire TV devices (including Fire TV Sticks, Fire TV Cubes, etc.), Fire tablets supporting ADM (second-generation Kindle Fire tablets and later) (e.g., Fire 7, Fire HD 8, Fire HD 10, Fire Max 11, Kids Editions of Fire 7, Fire HD 8, Fire HD 10, Fire Max 11), Echo Show devices. See, e.g., https://developer.amazon.com/docs/device-specs/ft-device-specifications-firehd-models.html (identifying Fire HD 8 2024, 12th Gen, Fire HD 10 (2023, 13th Gen.), Fire Max 11 (2023 13 Gen) Fire HD 8 (2022, 12th Gen), Fire HD 10 (2021, 11th Gen), Fire HD 8 (2020, 10th Gen), Fire HD 10 (2019, 9th Gen), Fire HD 8 (2018, 8th Gen), Fire HD 10 (2017, 7th Gen), Fire HD 8 (2015), Fire HD 8 (2016), Fire HD 8 (2017), Fire HD 10 (2015), Fire 7 (2022, 12th Gen), Fire 7 (2017, 7th Gen)). See, e.g., https://developer.amazon.com/docs/fire-tv/fire-os-overview.html:

| Fire TV Device | Build Model | Android Level | OS Version |
| --- | --- | --- | --- |
| TCL QM64L Premium QD-Mini LED TV (2026) | AFTCHE92D8 | Android Level 34 (Android 14) | Fire OS 14 |
| Onida 4K Smart Fire TV (2026) | AFTAR04B9A | Android Level 34 (Android 14) | Fire OS 14 |
| Amazon Fire TV Omni QLED Series (2025) | AFTP0C9BD3 / AFTP09D4D7 | Android Level 30 (Android 11) | Fire OS 8 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Amazon Fire TV 2-Series (2025) | AFTCU864A2 / AFTCUD6595 | Android Level 30 (Android 11) | Fire OS 8 |
| Amazon Fire TV 4-Series (2025) | AFTNA1322D / AFTNA67200 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Stick 4K Plus (2025) | AFTMA08C15 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Stick 4K Select (2025) | AFTCA002 | N/A | Vega OS version: OS 1.1 |
| Fire TV JVC - 4K UHD LCD TV (2025) | AFTWYM01 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Panasonic - W95B/W90B/W80B 4K UHD LCD TV (2025) | AFTWYM01 | Android Level 30 (Android 11) | Fire OS 8 |

| Fire TV Device | Build Model | Android Level | OS Version |
| --- | --- | --- | --- |
| Fire TV Panasonic - Z95B/Z90B Series 4K UHD HDR OLED TV (2025) | AFTTOR001 | Android Level 30 (Android 11) | Fire OS 8 |
| Xiaomi TV 4K HDR TV (2026) | AFTBR92D74 | Android Level 30 (Android 11) | Fire OS 8 |
| TCL 4K Smart Fire TV QLED Panels (2025) | AFTMA475B1 | Android Level 30 (Android 11) | Fire OS 8 |
| Echo Show 21 (2024) | AEOSY | Android Level 28 (Android 9) | Fire OS 7 |
| Echo Show 15 - Gen 2 (2024) | AEOCY | Android Level 28 (Android 9) | Fire OS 7 |
| Regal 4K LED Fire TV (2025) | AFTSH3F7EF | Android Level 30 (Android 11) | Fire OS 8 |

| Fire TV Device | Build Model | Android Level | OS Version |
| --- | --- | --- | --- |
| 4K Fire TV QLED Smart TV (2024) | AFTSH3F7EF | Android Level 30 (Android 11) | Fire OS 8 |
| 4K Ultra HD Smart TV (2024) | AFTPOF46A5 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Stick HD Alexa Voice Remote (2024) | AFTSS | Android Level 28 (Android 9) | Fire OS 7 |
| Funai 4K - Fire TV (2024) | UF560 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Panasonic - W95A/W90A/W80A 4K UHD LCD TV (2024) | AFTWYM01 | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Panasonic - Z85A Series 4K UHD HDR OLED TV (2024) | AFTWYM01 | Android Level 30 (Android 11) | Fire OS 8 |

| Fire TV Device | Build Model | Android Level | OS Version |
| --- | --- | --- | --- |
| Fire TV Panasonic - Z95A/Z93A/Z90A Series 4K UHD HDR OLED TV (2024) | AFTTOR001 | Android Level 30 (Android 11) | Fire OS 8 |
| Panasonic 4K MX800 series with Fire TV (2023) | AFTBOXE1 | Android Level 28 (Android 9) | Fire OS 7 |
| Redmi 108cm (43 inches) 4K Ultra HD smart LED Fire TV (2023) | AFTBTX4 | Android Level 28 (Android 9) | Fire OS 7 |
| TCL Class S3 1080p LED Smart TV with Fire TV (2023) | AFTMD002 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Stick 4K Max - 2nd Gen (2023) - 16 GB | AFTKRT | Android Level 30 (Android 11) | Fire OS 8 |
| Fire TV Stick 4K - 2nd Gen (2023) - 8 GB | AFTKM | Android Level 30 (Android 11) | Fire OS 8 |
| TCL 32" FHD, 40" FHD Fire TV (2023) | AFTSHN02 | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Fire TV - TCL S4 Series 4K UHD HDR LED (2023) | AFTMD001 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV - TCL Q6 4K QLED HDR (2023) | AFTMD001 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV 2-Series (2023) | AFTKA002 / AFTKAUK002 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV - Hisense 4K UHD (2022) | AFTHA004 | Android Level 28 (Android 9) | Fire OS 7 |
| Toshiba 4K UHD - Fire TV (2022) | AFTHA004 | Android Level 28 (Android 9) | Fire OS 7 |
| BMW (2022) | AFTLBT962E2 | Android Level 28 (Android 9) | Fire OS 7 |
| Echo Show 15 (2021) | AEOHY | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Omni QLED Series (2022) | AFTTIFF43 | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Fire TV Cube - 3rd Gen (2022) | AFTGAZL | Android Level 28 (Android 9) | Fire OS 7 |
| Xiaomi F2 4K - Fire TV (2022) | AFTANNA0 | Android Level 28 (Android 9) | Fire OS 7 |
| Hisense U6 4K UHD - Fire TV (2022) | AFTHA001 | Android Level 28 (Android 9) | Fire OS 7 |
| Funai 4K - Fire TV (2022) | AFTMON001, AFTMON002 | Android Level 28 (Android 9) | Fire OS 7 |
| JVC 4K - Fire TV with Freeview Play (2021) | AFTJULI1 | Android Level 28 (Android 9) | Fire OS 7 |
| ok 4K - Fire TV (2021) | AFTANNA0 | Android Level 28 (Android 9) | Fire OS 7 |
| Toshiba 4K Far-field UHD - Fire TV (2021) | AFTHA003 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Stick 4K Max - 1st Gen (2021) | AFTKA | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
| --- | --- | --- | --- |
| Stellantis (Jeep) - Wagoneer/Grand Wagoneer | AFTLFT962X3 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Omni Series (2021) | AFTTIFF43 | Android Level 28 (Android 9) | Fire OS 7 |
| Toshiba V35 Series LED FHD/HD - Fire TV (2021) | AFTHA002 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV 4-Series (2021) | AFTTI43 | Android Level 28 (Android 9) | Fire OS 7 |
| Toshiba 4K UHD - Fire TV (2021) | AFTHA001 | Android Level 28 (Android 9) | Fire OS 7 |
| AmazonBasics 4K - Fire TV (2020) | AFTPR001 | Android Level 28 (Android 9) | Fire OS 7 |
| AmazonBasics HD/FHD - Fire TV (2020) | AFTBU001 | API Level 25 (Android 7.1) | Fire OS 6 |
| Technika 4K - Fire TV (2020) | `` | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| JVC 2K - Fire TV (2020) | AFTWMST22 | Android Level 28 (Android 9) | Fire OS 7 |
| Onida HD/FHD - Fire TV (2020) [Available in two sizes] | AFTTIFF55 | API Level 25 (Android 7.1) | Fire OS 6 |
| ok 4K - Fire TV (2020) | AFTWI001 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Stick - 3rd Gen (2020) | AFTSSS | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Stick Lite - 1st Gen (2020) | AFTSS | Android Level 28 (Android 9) | Fire OS 7 |
| Toshiba 4K UHD - Fire TV (2020) | AFTDCT31 | Android Level 28 (Android 9) | Fire OS 7 |
| Insignia 4K UHD - Fire TV (2020) | AFTDCT31 | Android Level 28 (Android 9) | Fire OS 7 |
| Fire TV Stick - 2nd Gen (2016-2019) | AFTT | Android Level 22 (Android 5.1) | Fire OS 5 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Toshiba HD - Fire TV (2018-2020) | AFTBAMR311 | API Level 25 (Android 7.1) | Fire OS 6 |
| Insignia HD - Fire TV (2018-2020) | AFTEAMR311 | API Level 25 (Android 7.1) | Fire OS 6 |
| Toshiba 4K - Fire TV (2018-2019) | AFTKMST12 | API Level 25 (Android 7.1) | Fire OS 6 |
| Onida HD - Fire TV (2019) | AFTLE | API Level 25 (Android 7.1) | Fire OS 6 |
| Fire TV Cube - 2nd Gen (2019) | AFTR | Android Level 28 (Android 9) | Fire OS 7 |
| Grundig OLED 4K - Fire TV (2019) | AFTEUFF014 | Android Level 28 (Android 9) | Fire OS 7 |
| Grundig Vision 7, 4K - Fire TV (2019) | AFTEU014 | Android Level 28 (Android 9) | Fire OS 7 |
| JVC 4K - Fire TV (2019) | AFTSO001 | Android Level 28 (Android 9) | Fire OS 7 |

| Fire TV Device | Build Model | Android Level | OS Version |
| --- | --- | --- | --- |
| Nebula Soundbar - Fire TV Edition (2019) | AFTMM | API Level 25 (Android 7.1) | Fire OS 6 |
| TCL Soundbar with Built-in Subwoofer - Fire TV Edition (2019) | AFTMM | API Level 25 (Android 7.1) | Fire OS 6 |
| Grundig Vision 6 HD - Fire TV (2019) | AFTEU011 | Android Level 28 (Android 9) | Fire OS 7 |
| Insignia 4K - Fire TV (2018) | AFTJMST12 | API Level 25 (Android 7.1) | Fire OS 6 |
| Fire TV Cube - 1st Gen (2018) | AFTA | API Level 25 (Android 7.1) | Fire OS 6 |
| Fire TV Stick 4K - 1st Gen (2018) | AFTMM | API Level 25 (Android 7.1) | Fire OS 6 |
| Fire TV Stick - Basic Edition (2017) | AFTT | Android Level 22 (Android 5.1) | Fire OS 5 |

| Fire TV Device | Build Model | Android Level | OS Version |
|---|---|---|---|
| Element 4K - Fire TV (2017) | AFTRS | Android Level 22 (Android 5.1) | Fire OS 5 |
| Fire TV - 3rd Gen (2017) | AFTN | API Level 25 (Android 7.1) | Fire OS 6 |
| Fire TV - 2nd Gen (2015) | AFTS | Android Level 22 (Android 5.1) | Fire OS 5 |
| Fire TV Stick - 1st Gen (2014) | AFTM | Android Level 22 (Android 5.1) | Fire OS 5 |
| Fire TV - 1st Gen (2014) | AFTB | Android Level 22 (Android 5.1) | Fire OS 5 |

| Issued Claim(s) | Public Documentation |
|---|---|
| 1. [1pre]. A method performed by a network system comprising: | To the extent the preamble is limiting, Amazon performs a method by a network system. Each of Amazon's devices that support Fire OS and/or Amazon Device Messaging is a end-user device which connects to Amazon's network system over a wireless network. For example, Fire OS devices such as Fire Tablets Fire 7, Fire HD 8, Fire HD 10, Fire Max 11, and Kids Editions |

variants or Fire TVs are end-user devices running Fire OS. Each Fire OS device can be moved to different locations to connect to a wireless network and to the Amazon backend network system. Fire OS is a mobile operating system for devices with wireless connectivity. Each device running Fire OS with ADM (including all identified above) operates in accordance with the Fire OS and ADM functionality described for an exemplary device below and is configured to connect to Amazon's backend system automatically.  *See, e.g.*:

## Message flow

At a high level, the delivery flow for a message that you send by ADM is as follows:

1. **Your server** sends a message containing JSON data to **ADM servers**.

2. **ADM servers** send the message to the **ADM client** on the device on which **your app** is installed.

3. The **ADM client** obtains the JSON message data and passes it to **your app** as a set of extras attached to an Android Intent object.



*Message passage from your server to an instance of your app*

https://developer.amazon.com/docs/adm/overview.html#message-flow

# Fire OS Overview

Fire OS is the operating system that runs Amazon's Fire TV and tablets. Fire OS is a fork of Android, so if your app runs on Android, it will most likely run on Amazon's Fire devices too. As a developer, you might not have to adjust your Android code at all to publish your app on Amazon's OS.

Page 13 of 134

# Fire OS versions

There are multiple versions of Fire OS:

- **Fire OS 14**: Based on Android 14 (API level 34), Android 13 (API level 33), Android 12L (API level 32), and Android 12 (API level 31). For more details, see Developing for Amazon Fire OS 14.

- **Fire OS 8**: Based on Android 10 (API level 29) and Android 11 (API level 30). For more details, see Developing for Amazon Fire OS 8.

- **Fire OS 7**: Based on Android 9 (Pie, API level 28). For more details, see Developing for Amazon Fire OS 7.

- **Fire OS 6**: Based on Android 7.1 (Nougat, API level 25). For more details, see Developing for Amazon Fire OS 6.

- **Fire OS 5**: Based on Android 5.1 (Lollipop, API level 22).

# Differences in services

At the core, both Fire OS and Android share the same foundation. The main way Fire OS differs from Android is in the services. Instead of using Google's services (for activities such as browsing, location, messaging, payments, and so on), Fire OS might use Amazon's services. Most notably, Amazon uses the Amazon Appstore to list your app while Google uses Google Play Store.

If your Android app connects into Google services, porting your Android app to Fire OS might require you to use Amazon services instead.

When you're building your app, follow the standard Android documentation. Where there are differences to account for with Amazon's Fire OS, they're noted in the documentation on this site.

The goal is to provide as much parity as possible with Android (minus Google's services) so that you don't have to learn another development technique or change your existing Android app.

**Tip:** For details on the differences between Android TV development and Fire TV development, see Fire TV Development Versus Android TV Development.

The following table contrasts services from Google with similar services from Amazon.

| Google Android | Fire OS |
|---|---|
| Firebase Cloud Messaging | A3L Messaging or Amazon Device Messaging |
| Google Play In-App Billing | Appstore Billing Compatibility SDK or Amazon In-App Purchasing API |
| Cast SDK | Matter Casting |
| Google Mobile Ads SDK | Amazon Publisher Services |

| | |
|---|---|
| | Sign-In with Google          A3L Authentication<br>                                    or Login with Amazon<br><br>Google Play Developer API    App Submission API<br><br><br><br><br>*Last updated: Mar 30, 2026*<br><br>https://developer.amazon.com/docs/fire-tv/fire-os-overview.html |

Page 16 of 134





https://developer.amazon.com/apps-and-games/services-and-apis

















| | |
|---|---|
| [1a] receiving a device credential from an end-user device communicatively | Amazon performs a method comprising receiving a device credential from an end-user device communicatively coupled to the network system over a wireless access network. *See, e.g.*: |

| coupled to the network system over a wireless access network; | As an example, Amazon receives a device credential from a Fire OS end-user device communicatively coupled to Amazon's network system over a wireless access network, such as a Wi-Fi network. For example, Amazon receives a device credential upon the device first connecting to Wi-Fi and/or before or during the process of registering the Fire device with Amazon. This includes, for example, a device registration identifier, device identifier, device serial number. For example, Amazon receives one or more of a device serial number or registration identifier, and/or Amazon credentials.<br><br>As another example, Amazon can receive a device credential upon the device first being powered on. Amazon uses this to obtain a service policy applicable to the device, such as a policy associated with the Amazon account for the device user.<br><br>As another example, Amazon supports linking a device credential such as a device identifier to a user's account during or after purchase.<br><br>As another example, Amazon receives a device credential during the process of registering the Fire device with Amazon, where a user enters account name/password, or Amazon service credential, as examples, logging into the user's Amazon account, or the device configuring, registering, or being set up for Amazon account services, Amazon Appstore services, Appstore billing, Amazon in-app purchasing, Login with amazon and authentication services, Prime services, privacy services, parental control services, payment services, access control services, Fire OS services, Amazon Kids services, or location services, as examples. |
| --- | --- |







# Fire OS Overview

Fire OS is the operating system that runs Amazon's Fire TV and tablets. Fire OS is a fork of Android, so if your app runs on Android, it will most likely run on Amazon's Fire devices too. As a developer, you might not have to adjust your Android code at all to publish your app on Amazon's OS.

# Fire OS versions

There are multiple versions of Fire OS:

- **Fire OS 14**: Based on Android 14 (API level 34), Android 13 (API level 33), Android 12L (API level 32), and Android 12 (API level 31). For more details, see Developing for Amazon Fire OS 14.

- **Fire OS 8**: Based on Android 10 (API level 29) and Android 11 (API level 30). For more details, see Developing for Amazon Fire OS 8.

- **Fire OS 7**: Based on Android 9 (Pie, API level 28). For more details, see Developing for Amazon Fire OS 7.

- **Fire OS 6**: Based on Android 7.1 (Nougat, API level 25). For more details, see Developing for Amazon Fire OS 6.

- **Fire OS 5**: Based on Android 5.1 (Lollipop, API level 22).

# Differences in services

At the core, both Fire OS and Android share the same foundation. The main way Fire OS differs from Android is in the services. Instead of using Google's services (for activities such as browsing, location, messaging, payments, and so on), Fire OS might use Amazon's services. Most notably, Amazon uses the Amazon Appstore to list your app while Google uses Google Play Store.

If your Android app connects into Google services, porting your Android app to Fire OS might require you to use Amazon services instead.

When you're building your app, follow the standard [Android documentation](#). Where there are differences to account for with Amazon's Fire OS, they're noted in the documentation on this site.

The goal is to provide as much parity as possible with Android (minus Google's services) so that you don't have to learn another development technique or change your existing Android app.

**Tip:** For details on the differences between Android TV development and Fire TV development, see [Fire TV Development Versus Android TV Development](#).

The following table contrasts services from Google with similar services from Amazon.

| Google Android | Fire OS |
| --- | --- |
| [Firebase Cloud Messaging](#) | [A3L Messaging](#)<br>or [Amazon Device Messaging](#) |
| [Google Play In-App Billing](#) | [Appstore Billing Compatibility SDK](#)<br>or [Amazon In-App Purchasing API](#) |
| [Cast SDK](#) | [Matter Casting](#) |
| [Google Mobile Ads SDK](#) | [Amazon Publisher Services](#) |
| [Sign-In with Google](#) | [A3L Authentication](#)<br>or [Login with Amazon](#) |

|  | [Google Play Developer API](#)   [App Submission API](#) <br><br><br> *Last updated: Mar 30, 2026* <br><br> https://developer.amazon.com/docs/fire-tv/fire-os-overview.html |
|---|---|





https://developer.amazon.com/apps-and-games/services-and-apis

















As another example, Amazon receives an Amazon Device Messaging registration ID or ADM-related identifier, token, or key.

| | |
|---|---|
| [1b] obtaining a service policy based at least in part on the device credential, the service policy being applicable to the end-user device; | Amazon performs a method comprising obtaining a service policy based at least in part on the device credential, the service policy being applicable to the end-user device. *See, e.g.*:<br><br>As an example, Amazon receives a device credential from a Fire OS end-user device communicatively coupled to Amazon's network system over a wireless access network, such as a Wi-Fi network. For example, Amazon receives a device credential upon the device first connecting to Wi-Fi and/or before or during the process of registering the Fire device with Amazon. This includes, for example, a device registration identifier, device identifier, device serial number. For example, Amazon receives one or more of a device serial number or registration identifier, and/or Amazon credentials. Amazon uses this to obtain a service policy applicable to the device. For example, Amazon checks if it is a tablet or TV and which version of Fire OS, whether this is the first time the device is registering, etc. As another example, Amazon checks if the device is pre-registered or associated with an Amazon account. As another example, Amazon can receive a device credential upon the device first being powered on. Amazon uses this to obtain a service policy applicable to the device, such as a policy associated with the Amazon account for the device user.<br><br>As another example, Amazon receives a device credential from a Fire OS device communicatively coupled to Amazon's network system over a wireless access network, such as a Wi-Fi network. For example, Amazon receives a device credential during the process of registering the Fire device with Amazon, logging into the user's Amazon account, or the device configuring, registering, or being set up for Amazon account services, Amazon Appstore services, Appstore billing, Amazon in-app purchasing, Login with amazon and authentication services, Prime services, privacy services, parental control services, payment services, access control services, Fire OS services, Amazon Kids services, or location services, as examples. This includes, for example, a device registration identifier, account name/password, or Amazon service credential, as examples. For example, Amazon receives one or more of a device serial number or registration identifier, and/or Amazon account credentials. As another example, Amazon receives an Amazon Device Messaging registration ID or ADM-related identifier, token, or key.<br><br>Amazon obtains a service policy applicable to the end-user device based at least in part on the device credential. For example, Amazon obtains a service policy regarding Amazon Appstore, |

Appstore billing, Amazon in-app purchasing, Prime services, privacy services, parental control services, payment services, access control services, Fire OS services, Amazon Kids services, or location services, as examples. For example, Amazon obtains policy information associated with the registered device, the registered Amazon account, and/or the applicable Amazon service. As another example, Amazon obtains policy information relating to ADM. For example, on receiving the device credential, Amazon's backend obtains an applicable service policy for the device, such as the device's update eligibility, an Amazon account policy (Prime membership, Kids, profiles, subscriptions, regions) which control access to Amazon services, an Amazon active device profile for policy access or content restrictions and parental controls. As another example, on receiving the device credential, Amazon's backend obtains the applicable Appstore policies for the Fire OS device, such as the Fire OS, SDK, regional, and other Appstore-specific policies. As another example, Amazon obtains parental policies for supporting parent versus child profiles.

# Fire OS Overview

Fire OS is the operating system that runs Amazon's Fire TV and tablets. Fire OS is a fork of Android, so if your app runs on Android, it will most likely run on Amazon's Fire devices too. As a developer, you might not have to adjust your Android code at all to publish your app on Amazon's OS.

# Fire OS versions

There are multiple versions of Fire OS:

- **Fire OS 14**: Based on Android 14 (API level 34), Android 13 (API level 33), Android 12L (API level 32), and Android 12 (API level 31). For more details, see Developing for Amazon Fire OS 14.

Page 42 of 134

- **Fire OS 8**: Based on Android 10 (API level 29) and Android 11 (API level 30). For more details, see Developing for Amazon Fire OS 8.

- **Fire OS 7**: Based on Android 9 (Pie, API level 28). For more details, see Developing for Amazon Fire OS 7.

- **Fire OS 6**: Based on Android 7.1 (Nougat, API level 25). For more details, see Developing for Amazon Fire OS 6.

- **Fire OS 5**: Based on Android 5.1 (Lollipop, API level 22).

# Differences in services

At the core, both Fire OS and Android share the same foundation. The main way Fire OS differs from Android is in the services. Instead of using Google's services (for activities such as browsing, location, messaging, payments, and so on), Fire OS might use Amazon's services. Most notably, Amazon uses the Amazon Appstore to list your app while Google uses Google Play Store.

If your Android app connects into Google services, porting your Android app to Fire OS might require you to use Amazon services instead.

When you're building your app, follow the standard Android documentation. Where there are differences to account for with Amazon's Fire OS, they're noted in the documentation on this site.

The goal is to provide as much parity as possible with Android (minus Google's services) so that you don't have to learn another development technique or change your existing Android app.

 **Tip:** For details on the differences between Android TV development and Fire TV development, see Fire TV Development Versus Android TV Development.

The following table contrasts services from Google with similar services from Amazon.

| Google Android | Fire OS |
| --- | --- |
| Firebase Cloud Messaging | A3L Messaging or Amazon Device Messaging |
| Google Play In-App Billing | Appstore Billing Compatibility SDK or Amazon In-App Purchasing API |
| Cast SDK | Matter Casting |
| Google Mobile Ads SDK | Amazon Publisher Services |
| Sign-In with Google | A3L Authentication or Login with Amazon |
| Google Play Developer API | App Submission API |

Page 44 of 134

|  |  |
|---|---|
|  | *Last updated: Mar 30, 2026*<br><br>https://developer.amazon.com/docs/fire-tv/fire-os-overview.html |





https://developer.amazon.com/apps-and-games/services-and-apis















# What are Parent Purchase Approvals?

Remotely approve child purchase and download requests using the Parent Dashboard.

When the Store Access feature is enabled on compatible Fire tablets, parents must manually approve or deny video, ebooks and app purchase and download requests made from a child profile.

An email notification or a text message is sent to the parent account after a download or purchase request is made, with a link to the Parent Dashboard for review.

**Note:** The notification type is based on parental preference setup in the Notifications Settings on the Parent Dashboard.
Once the store request is approved, your child receives a notification on the device Quick Settings tray. Tapping on the notification will bring them directly to the download page. You can also download content from the app overview or Other Stuff folder on the home screen.

To enable this feature from the Parent Dashboard:

1. Go to the Amazon Parent Dashboard.
2. Navigate to the Content tab.
3. Select the child profile that you wish to manage.
4. Select Store Access, then toggle In-App Purchase Requests and/or Store Access on.

Alternatively, on the Parent Dashboard, select the child profile that you wish to manage, click on the gear icon to open Settings, and select In-App Purchasing and Store Access.

**Note:** Enabling Expanded selection will allow kids to see and request access to apps and games that may not be intended for kids, such as Netflix, Zoom, and Minecraft. This excludes mature and adult content.
https://www.primevideo.com/help?nodeId=G26NRYUT8ATMMZRB#

# Parental Controls on Prime Video

| | |
|---|---|
| | Prime Video parental controls allow you to set restrictions for video content that can be viewed or purchased on your account. |
| | Prime Video parental controls work by requiring entry of your Account PIN to bypass the ability to purchase or create subscriptions, as well as bypassing any viewing restrictions that are on your account. |
| | **Note:** Amazon Fire TV devices have their own parental controls settings to restrict access to content and purchasing, and you need to manage these settings directly on the device.<br>For more help, go to:<br><br>• Set up a Prime Video PIN on Android & Android Automotive<br>• Set up a Prime Video PIN on iOS<br>• Set up a Prime Video PIN on Web<br>• Set up Restrictions on Prime Video on Android & Android Automotive<br>• Set up Restrictions on Prime Video on iOS<br>• Set up Restrictions on Prime Video on Web<br><br>https://www.amazon.com/gp/help/customer/display.html?ref_=hp_left_v4_sib&nodeId=GS9GMTVG6HU9CGXF<br><br>## Set Parental Controls for In-App Purchases<br><br>Avoid unwanted in-app purchases by activating parental controls for added security on your device.<br><br>1. Launch the Amazon Appstore on your device.<br>2. Select Account.<br>3. Select Settings. |

| | 4. Select Parental controls.<br>5. Select Enable parental controls and then enter your Amazon account password.<br>Once you activate parental controls, you must verify your Amazon account to complete any in-app purchases on your device.<br><br>https://www.amazon.com/gp/help/customer/display.html?nodeId=GB8P5MQSYFYHPCQ5# |
|---|---|
| [1c] obtaining service processor authentication information associated with a service processor on the end-user device, the service processor comprising one or more device agents at least assisting to implement the service policy; | Amazon performs a method comprising obtaining service processor authentication information associated with a service processor on the end-user device, the service processor comprising one or more device agents at least assisting to implement the service policy. *See, e.g.*:<br><br>For example, Amazon obtains service processor authentication information associated with a service processor on the end-user device.<br><br>As an example, Amazon does so to facilitate Fire OS and/or ADM implementation of one or more service policies offered by Amazon such as those described above. For example, this is done in order to enable or facilitate device-side enforcement of Amazon services policies for Amazon account services, Amazon Appstore services, Appstore billing, Amazon in-app purchasing, Prime services, privacy services, parental control services, payment services, access control services, Fire OS services, Amazon Kids services, Amazon Device Messaging services, as examples. For example, Fire OS comprises one or more on-device software agents that implement Amazon services-related policies, such as the Amazon Fire OS device-side software; Amazon Appstore device-side software; Amazon ADM device-side software; Amazon Kids device-side software; Amazon Prime content or access control device-software; Fire OS content or access device-side software; Simple Sign-in client; as examples.<br><br>As another example, Amazon obtains user account name, password, credentials, and/or profile information, such as to register and/or restore the user's profile for the device which includes the user's Amazon services. Amazon uses this information to facilitate a service processor authentication procedure, such as the registration and restore procedure. |







As another example, based on the device identifier, Amazon obtains authentication information indicating that during or after purchase the device was pre-registered to an Amazon account. Amazon uses this information to facilitate a service processor authentication procedure. Upon the device powering on and/or connecting to Amazon's backend (with or without the assistance of other Amazon devices in the home), Amazon uses this information to facilitate authentication of the Fire OS service processor on the end-user device and set up the device with the Amazon profile, backup, and other Amazon services information for that user, such as a restore, apps, Fire settings, credentials, billing information, and/or profile information. https://www.amazon.com/gp/help/customer/display.html?nodeId=GMPKVYDBR223TRPY (Frustration-Free Setup FAQ) ("If you purchase a compatible device from Amazon.com and link the device to your account during checkout, Frustration-Free Setup can begin as soon as you power on your device.")

As another example, Amazon obtains service processor authentication information associated with a service processor on the end-user device. For example, Amazon receives account credentials and settings indicating that a particular Amazon account is logged into a Fire OS device or updates in log-in status for an Amazon account or profile and a particular Fire OS

device. As an example, changing the user's Amazon account password in a browser or in a smartphone app would log out that account from the Appstore on all linked Fire OS devices. Amazon obtains this example of service processor authentication information. As an example, Amazon backend obtains information that the password was changed for this account, and knows that it's linked to various Fire OS devices. In the event a Fire OS device user tries to download an app or access the Amazon app store or access Amazon services or Prime or Kids+ or other Amazon services, Amazon has obtained information indicating that the Fire OS service processor needs to be re-authenticated, and this facilitates execution of an authentication procedure where the user needs to re-authenticate on the device to restore access to Amazon services.

# Customer Experience

This page describes the Simple Sign-in customer experience.

# First-time sign-in or new customer sign-up

The following diagram shows the high-level process when a customer signs in to a Simple Sign-in enabled app for the first time and completes the account linking process. The same process occurs when a customer creates a new account for the app and completes account linking.



**Simple Sign-in:** First device experience

First-time app sign-in high-level diagram

1. Alice signs in to your app by manually entering her login credentials. Alternatively, Alice creates a new account for your app on her device, "Alice's Fire TV," which is registered to her Amazon account.

2. After Alice successfully signs in (or signs up with her new account), your app sends a request to your app server to issue a token that represents Alice's identity.

3. Your server generates a token and returns it back to the app.

4. Your app sends a message to the Simple Sign-in client to get consent from Alice to link her login identity with her Amazon account. Your app includes the token in the request.

5. The Simple Sign-in client prompts Alice to provide her consent to link accounts.

Page 61 of 134

6. When Alice confirms her approval, the Simple Sign-in client sets up account linking. The token persists on the Simple Sign-in server.

7. The Simple Sign-in client communicates with your app, sharing the customer's consent and the account linking status.

The following images show the dialog that a customer sees when prompted to link their account.

On a Fire TV:

Fire TV dialog

On a Fire tablet:

 Fire tablet dialog

Consent dialog information

- The modal dialog displays on top of your app.

- The dialog displays only when your app sends a request to the Simple Sign-in client.

- The contents on the dialog, such as the app name and icon, are customized to the app to that triggers the dialog.

- The login name (blurred out in the images) is the email address for the user's app account, and is not stored on Amazon servers. The app sends this data along with the request to display the consent dialog. This is not stored or used anywhere beyond this dialog.

# Detailed first-time sign-in and account linking

The following sequence diagram shows the end-to-end flow for various usage scenarios for first-time sign-in.



Account linking setup sequence diagram

# Simplified sign-in on subsequent devices

A customer who has previously linked their app account signs in to the app on a new device and experiences a simplified sign-in flow. The simplified sign-in flow can also occur on the original device if the user signs out. The following diagram shows the simplified flow.



Subsequent device app sign-in high-level diagram

1. Alice installs your app on another device, "Alice's 2nd Fire TV", which is also registered to her Amazon account. Alice launches the app and navigates to the sign-in flow.

2. Before offering the standard login options, your app sends a message to the Simple Sign-in client to look for any linked accounts that can offer Simple Sign-in.

3. Because Alice's login identity for the app is already linked with her Amazon account, the Simple Sign-in client prompts her to confirm Simple Sign-in using a linked account.

4. After Alice confirms Simple Sign-in, the Simple Sign-in client fetches the link token corresponding to the linked account from the Simple Sign-in server, and shares the token with your app.

5. Your app makes a sign-in request to your server using the token. Your server processes and completes the sign-in request by authenticating Alice, using the token. In case of any failures, the Simple Sign-in flow ends and the app gracefully resorts to standard sign-in options.

# Login selection dialog

On devices a user hasn't previously signed in on, the app sign-in flow uses the login selection dialog. When a user has one or more accounts linked, the dialog recommends that the user picks a linked account to sign in to the app. The dialog shows a list of all active linked accounts. Each linked account on the dialog displays a user-recognizable identifier, such as a profile name, login name, or email address.

The following images show the login selection dialog.

On a Fire TV:

Page 66 of 134



Fire TV dialog

On a Fire tablet:

Fire tablet dialog

Login dialog information

- The modal dialog displays on top of your app.

- Your app controls the timing for when this dialog displays. The dialog displays only when your app sends a request to the Simple Sign-in client. As a user navigates through dialogs, it's your app's responsibility to detect a user's intent to sign in and take an eligible user through the Simple Sign-in flow, before beginning the standard sign-in flow.

- The contents on the dialog, such as the app name and icon, are customized to the app to that triggers the dialog.

- The login name (blurred out in the images) is the email address that corresponds to the user's app account, and is not stored on Amazon servers. For each linked app account, the app queries the login name from the app server. It then collates and shares the data along with the request to display this dialog.

# Detailed subsequent device sign-in with linked accounts

When a customer tries to sign in to an app on a subsequent device, they have the option to sign in using a previously linked app account. The following sequence diagram shows the flow when a user signs in with a subsequent device.



New device sign in with linked account sequence diagram

# First launch after upgrade

The first time a user launches the app after it's upgraded to a version that supports Simple Sign-in, the app initiates a user consent flow to set up account linking for that logged-in user. The following sequence diagram shows the upgrade flow.



First-time launch after upgrade sequence diagram

https://developer.amazon.com/docs/ssi/customer-experience.html

https://developer.amazon.com/docs/ssi/faq.html
https://developer.amazon.com/docs/ssi/token-mechanism.html

As another example, including but not limited to during device registration, Amazon receives Amazon account information and profile information. For example, with Amazon Households and/or Amazon Kids, you can connect and share Amazon accounts with another adult profile and manage content for child profiles. Amazon uses this information to facilitate a service processor authentication procedure, such as by configuring the Fire OS device for this user to support the user adding profiles or switching profiles (which requires authentication), or, as another example, adding a child profile and PIN and content or time limits, or, as another example, switching between profiles.









As another example, Amazon obtains service processor authentication information associated with the software agents that implement Amazon services and uses it to authenticate them. As another example, Amazon obtains service processor authentication information associated with a service processor on the end-user device, such as ADM registration identifier.  As another example, ADM registration identifier can expire or be replaced, and Amazon obtains updated registration information associated with a service processor on the end-user device and/or with device-side software agents, such as software agents that implement Amazon services. As another example, at various times and over time, Amazon obtains information to authenticate that versions of its software agents over time are current and registered to receive updates and connectivity to Amazon's backend.

As another example, that the user can log in to restore a previous backup comprising Fire settings and apps and games shows that Amazon obtains service processor authentication

information associated with a service processor on the end-user device to facilitate a service processor authentication.

As another example, Amazon obtains service processor authentication information associated with a service processor on the end-user device, such as where Amazon obtains information indicating or relating to monetized transactions under a restricted policy, such as information relating to the Amazon account, Amazon Appstore, billing state, subscription or purchase state or eligibility, active billing authorization, as examples. Amazon uses information to facilitate end user device authentication procedures (e.g., in-app purchasing authentication by Amazon Appstore client).  For example, Amazon manages the purchase flow, performs payment processing, handles secure communication with the Amazon platform including payment security, verifies entitles, validates receipts, manages billing, etc.

# What is In-App Purchasing (IAP)?

With In-App Purchasing (IAP), your app's users can purchase various types of digital items within your app, such as extra lives for a game or a subscription to premium content.

The following scenarios describe potential use cases for IAP:

- Create a "freemium" model for your app where the app itself is free, but you charge a premium for advanced services or functionality.

- Allow your customers to purchase items to enhance their gaming experience, such as currency, extra moves, or lives.

- Unlock bonus levels or mini-games by allowing customers to purchase access to this content.

Page 75 of 134

- Enable customers to subscribe to content available within your app.

The IAP API handles details about purchase flow, payment processing, providing a receipt to your app, and managing rights to the purchasable content, so that you do not have to code these things yourself.

# Amazon's role in IAP

The Amazon Appstore plays an integral part of the IAP API workflow. Amazon runs the purchase workflow, starting when the customer decides to purchase an item and ending when Amazon provides the app either a receipt for the purchase or a status code, in the case of a failed purchase. You do not need to provide purchase dialogs, transaction timeout logic, or "Thank You" dialogs. The Amazon Appstore provides all of these pieces of a transaction.

Once a user initiates a purchase, the Amazon Appstore client app surfaces and presents an Amazon-branded user interface to complete the transaction. This app presents the user interface for all aspects of the purchase workflow:

- Logic to display the purchasable item.

- Perform the purchase.

- Handle any preconditions or error scenarios.

If a purchase is unsuccessful, the Amazon Appstore presents the relevant messaging to the customer; your app should not message the customer. For example, if the customer does not have a valid credit card on file, the Amazon Appstore redirects the customer to a page where they can update their payment information. Do not provide a confirmation or other interstitial dialog to the customer regarding the purchase flow.

The following table summarizes the separation of responsibility between your app and the Amazon Appstore when implementing IAP:

| Responsibility | Your App | Amazon |
| --- | --- | --- |
| Presents the catalog of in-app items to the customer for purchase. | | |
| Unlocks purchasable functionality. | | |
| Manages the purchase flow. | | |
| Performs payment processing. | | |
| Handles secure communication with the Amazon platform, including payment security. | | |
| Verifies entitlements and validates purchase receipts. | | |
| Manages billing for auto-renewing subscriptions. | | |
| Manages billing for revoking of entitlements. | | |

Verifies receipts for subscriptions and entitlements before providing content to user.

Downloads remotely delivered content.

Displays and uses downloaded digital goods.

Tracks customer purchases and consumable inventory.

# IAP components

If you are new to working with Amazon IAP, familiarize yourself with the following components, which are all involved in implementing this feature:

| Name | Description |
| --- | --- |
| Appstore SDK IAP API | Your app uses the IAP API from the Appstore SDK to implement and fulfill in-app purchases. |
| Appstore SDK API Reference | Lists and descriptions of the APIs contained in the Appstore SDK, which include the IAP API. |

| | | |
|---|---|---|
| Amazon Appstore | Handles payment processing, alerts, fulfillment, and other back-end functionality. | |
| App Tester | Test your app locally before publishing to the Amazon Appstore. | |
| Receipt Verification Service (RVS) | Verify the validity of transaction receipts. RVS supports a sandbox environment and a production environment. | |
| Live App Testing | Beta test your app with a select group of users in a production environment. | |

https://developer.amazon.com/docs/in-app-purchasing/iap-overview.html

As another example, Amazon obtains service processor authentication information associated with a service processor on the end-user device, such as to enable PIN-protected purchases or content restrictions, and/or to require a PIN or parental PIN or passcode for purchases, accessing content, accessing apps, etc., Amazon's backend obtains service processor authentication information, such as information that the device and account is authorized to set parental or Fire OS policy controls, and/or information that the Fire OS is authenticated and securely configured to handle and store PINs, a server-side record of the active policy state for the device, a server-side record of the account or profile, a restore of a backup, or an ADM token, registration ID, or identifier for an on-device agent capable of enforcing Amazon services policies.

The Fire OS service processor comprising one or more device agents at least assisting to implement the service policy. For example, Fire OS has software agents that implement Fire OS and Amazon services policies. As another example, after an account holder enables, sets, or

modifies policy controls or settings, the policy is implemented on the end-user device by software on the device which assists in implementing the policy. For example, Fire OS software checks the current policy restrictions before starting an activity or service. As another example, Amazon Appstore authenticates in several ways before allowing downloads or purchases, such as account credentials, profiles, settings, and/or requires parental PIN before allowing Appstore downloads. As another example, Fire OS authenticates in several ways before allowing in-app purchases, such as account credentials, profiles, settings, and/or parental PIN before allowing in-app purchase. As another example, attempts to exit a profile or access restricted settings prompts a parental PIN.

# Fire OS Overview

Fire OS is the operating system that runs Amazon's Fire TV and tablets. Fire OS is a fork of Android, so if your app runs on Android, it will most likely run on Amazon's Fire devices too. As a developer, you might not have to adjust your Android code at all to publish your app on Amazon's OS.

# Fire OS versions

There are multiple versions of Fire OS:

- **Fire OS 14**: Based on Android 14 (API level 34), Android 13 (API level 33), Android 12L (API level 32), and Android 12 (API level 31). For more details, see Developing for Amazon Fire OS 14.

- **Fire OS 8**: Based on Android 10 (API level 29) and Android 11 (API level 30). For more details, see Developing for Amazon Fire OS 8.

Page 80 of 134

- **Fire OS 7**: Based on Android 9 (Pie, API level 28). For more details, see Developing for Amazon Fire OS 7.

- **Fire OS 6**: Based on Android 7.1 (Nougat, API level 25). For more details, see Developing for Amazon Fire OS 6.

- **Fire OS 5**: Based on Android 5.1 (Lollipop, API level 22).

# Differences in services

At the core, both Fire OS and Android share the same foundation. The main way Fire OS differs from Android is in the services. Instead of using Google's services (for activities such as browsing, location, messaging, payments, and so on), Fire OS might use Amazon's services. Most notably, Amazon uses the Amazon Appstore to list your app while Google uses Google Play Store.

If your Android app connects into Google services, porting your Android app to Fire OS might require you to use Amazon services instead.

When you're building your app, follow the standard Android documentation. Where there are differences to account for with Amazon's Fire OS, they're noted in the documentation on this site.

The goal is to provide as much parity as possible with Android (minus Google's services) so that you don't have to learn another development technique or change your existing Android app.

**Tip:** For details on the differences between Android TV development and Fire TV development, see Fire TV Development Versus Android TV Development.

The following table contrasts services from Google with similar services from Amazon.

| Google Android | Fire OS |
|---|---|
| Firebase Cloud Messaging | A3L Messaging or Amazon Device Messaging |
| Google Play In-App Billing | Appstore Billing Compatibility SDK or Amazon In-App Purchasing API |
| Cast SDK | Matter Casting |
| Google Mobile Ads SDK | Amazon Publisher Services |
| Sign-In with Google | A3L Authentication or Login with Amazon |
| Google Play Developer API | App Submission API |

*Last updated: Mar 30, 2026*

https://developer.amazon.com/docs/fire-tv/fire-os-overview.html





https://developer.amazon.com/apps-and-games/services-and-apis















| | |
|---|---|
| [1d] using the service processor authentication information facilitating | Amazon performs a method comprising using the service processor authentication information facilitating execution of an end-user device service processor authentication procedure. See [1c]. |

| | |
|---|---|
| execution of an end-user device service processor authentication procedure. | As an example, Amazon obtains user account name, password, credentials, and/or profile information, such as to register and/or restore the user's profile for the device which includes the user's Amazon services. Amazon uses this information to facilitate a service processor authentication procedure, such as the registration and restore procedure. *See, e.g.*:<br><br> |

  

As another example, based on the device identifier, Amazon obtains authentication information indicating that during or after purchase the device was pre-registered to an Amazon account. Amazon uses this information to facilitate a service processor authentication procedure. Upon the device powering on and/or connecting to Amazon's backend (with or without the assistance of other Amazon devices in the home), Amazon uses this information to facilitate authentication of the Fire OS service processor on the end-user device and set up the device with the Amazon profile, backup, and other Amazon services information for that user, such as a restore, apps, Fire settings, credentials, billing information, and/or profile information. https://www.amazon.com/gp/help/customer/display.html?nodeId=GMPKVYDBR223TRPY (Frustration-Free Setup FAQ) ("If you purchase a compatible device from Amazon.com and link the device to your account during checkout, Frustration-Free Setup can begin as soon as you power on your device.")

As another example, Amazon obtains service processor authentication information associated with a service processor on the end-user device. For example, Amazon receives account credentials and settings indicating that a particular Amazon account is logged into a Fire OS device or updates in log-in status for an Amazon account or profile and a particular Fire OS

| | |
|---|---|
| | device. As an example, changing the user's Amazon account password in a browser or in a smartphone app would log out that account from the Appstore on all linked Fire OS devices. Amazon obtains service processor authentication information. As an example, Amazon backend obtains information that the password was changed for this account and knows that it's linked to a Fire OS device. In the event a Fire OS device user tries to download an app or access the Amazon app store or access Amazon services or Prime or Kids+ or other Amazon services, Amazon has obtained information indicating that the Fire OS service processor needs to be re-authenticated, and this facilitates execution of an authentication procedure where the user needs to re-authenticate on the device to restore access to Amazon services.<br><br>As another example, Amazon obtains service processor authentication information relating to Simple Sign-In and uses it to facilitate an end-user device service processor authentication procedure. For example, a user can create a new account for an app on a device that is registered to an Amazon account. The app can request that the app server issue a token. The Amazon Simple Sign-in client is prompted to get consent from the user to link their login identify with their Amazon account, providing the token. The Simple Sign-in client sets up account linking. The token persists on the Simple Sign-in server. The Simple sign-in client communicates with the app sharing the customer's consent and the account linking status. As another example, a customer who has previously linked their app account can sign into the app on a new device or on the original device if there is a sign out, and the Simple Sign-in service will also in this example obtains service processor authentication information relating to Simple Sign-In and uses it to facilitate an end-user device service processor authentication procedure.<br><br># Customer Experience<br><br>This page describes the Simple Sign-in customer experience. |

# First-time sign-in or new customer sign-up

The following diagram shows the high-level process when a customer signs in to a Simple Sign-in enabled app for the first time and completes the account linking process. The same process occurs when a customer creates a new account for the app and completes account linking.



First-time app sign-in high-level diagram

1. Alice signs in to your app by manually entering her login credentials. Alternatively, Alice creates a new account for your app on her device, "Alice's Fire TV," which is registered to her Amazon account.

2. After Alice successfully signs in (or signs up with her new account), your app sends a request to your app server to issue a token that represents Alice's identity.

3. Your server generates a token and returns it back to the app.

4. Your app sends a message to the Simple Sign-in client to get consent from Alice to link her login identity with her Amazon account. Your app includes the token in the request.

5. The Simple Sign-in client prompts Alice to provide her consent to link accounts.

6. When Alice confirms her approval, the Simple Sign-in client sets up account linking. The token persists on the Simple Sign-in server.

7. The Simple Sign-in client communicates with your app, sharing the customer's consent and the account linking status.

The following images show the dialog that a customer sees when prompted to link their account.

On a Fire TV:

# Simple Sign-in

Sign-in to SSISampleApplication on your Fire devices with one click!

SSISampleApplication account

Allow

Not now

Not recommended for shared devices.
To manage go to Settings > Applications > Appstore > Simple Sign-in or visit www.amazon.com/mycd > Preferences.

☰  Learn more

Fire TV dialog

On a Fire tablet:

Fire tablet dialog

Consent dialog information

- The modal dialog displays on top of your app.

Page 98 of 134

|  | - The dialog displays only when your app sends a request to the Simple Sign-in client. <br><br> - The contents on the dialog, such as the app name and icon, are customized to the app to that triggers the dialog. <br><br> - The login name (blurred out in the images) is the email address for the user's app account, and is not stored on Amazon servers. The app sends this data along with the request to display the consent dialog. This is not stored or used anywhere beyond this dialog. <br><br> ## Detailed first-time sign-in and account linking <br><br> The following sequence diagram shows the end-to-end flow for various usage scenarios for first-time sign-in. |
|---|---|



Account linking setup sequence diagram

# Simplified sign-in on subsequent devices

A customer who has previously linked their app account signs in to the app on a new device and experiences a simplified sign-in flow. The simplified sign-in flow can also occur on the original device if the user signs out. The following diagram shows the simplified flow.



Subsequent device app sign-in high-level diagram

1. Alice installs your app on another device, "Alice's 2nd Fire TV", which is also registered to her Amazon account. Alice launches the app and navigates to the sign-in flow.

2. Before offering the standard login options, your app sends a message to the Simple Sign-in client to look for any linked accounts that can offer Simple Sign-in.

3. Because Alice's login identity for the app is already linked with her Amazon account, the Simple Sign-in client prompts her to confirm Simple Sign-in using a linked account.

4. After Alice confirms Simple Sign-in, the Simple Sign-in client fetches the link token corresponding to the linked account from the Simple Sign-in server, and shares the token with your app.

5. Your app makes a sign-in request to your server using the token. Your server processes and completes the sign-in request by authenticating Alice, using the token. In case of any failures, the Simple Sign-in flow ends and the app gracefully resorts to standard sign-in options.

# Login selection dialog

On devices a user hasn't previously signed in on, the app sign-in flow uses the login selection dialog. When a user has one or more accounts linked, the dialog recommends that the user picks a linked account to sign in to the app. The dialog shows a list of all active linked accounts. Each linked account on the dialog displays a user-recognizable identifier, such as a profile name, login name, or email address.

The following images show the login selection dialog.

On a Fire TV:



Fire TV dialog

On a Fire tablet:

## Simple Sign-in

Select SSISampleApplication account to sign in

To manage, go to Settings > Apps & Games > Amazon
Application Settings > Appstore > Simple Sign-in or visit
www.amazon.in/mycd > Preferences.

USE A DIFFERENT ACCOUNT

Fire tablet dialog

## Login dialog information

- The modal dialog displays on top of your app.

- Your app controls the timing for when this dialog displays. The dialog displays only when your app sends a request to the Simple Sign-in client. As a user navigates through dialogs, it's your app's responsibility to detect a user's intent to sign in and take an eligible user through the Simple Sign-in flow, before beginning the standard sign-in flow.

- The contents on the dialog, such as the app name and icon, are customized to the app to that triggers the dialog.

- The login name (blurred out in the images) is the email address that corresponds to the user's app account, and is not stored on Amazon servers. For each linked

Page 104 of 134

|  | app account, the app queries the login name from the app server. It then collates and shares the data along with the request to display this dialog.<br><br>## Detailed subsequent device sign-in with linked accounts<br><br>When a customer tries to sign in to an app on a subsequent device, they have the option to sign in using a previously linked app account. The following sequence diagram shows the flow when a user signs in with a subsequent device. |
|---|---|



New device sign in with linked account sequence diagram

# First launch after upgrade

The first time a user launches the app after it's upgraded to a version that supports Simple Sign-in, the app initiates a user consent flow to set up account linking for that logged-in user. The following sequence diagram shows the upgrade flow.



First-time launch after upgrade sequence diagram

https://developer.amazon.com/docs/ssi/customer-experience.html

https://developer.amazon.com/docs/ssi/token-mechanism.html

https://developer.amazon.com/docs/ssi/faq.html

As another example, including but not limited to during device registration, Amazon receives Amazon account information and profile information. For example, with Amazon Households and/or Amazon Kids, you can connect and share Amazon accounts with another adult profile and manage content for child profiles. Amazon uses this information to facilitate a service processor authentication procedure, such as by configuring the Fire OS device for this user to support the user adding profiles or switching profiles (which requires authentication), or, as another example, adding a child profile and PIN and content or time limits, or, as another example, switching between profiles.









As another example, Amazon uses service processor authentication information associated with a service processor on the end-user device to facilitate authentication procedure(s) for the Fire OS and/or ADM implementation of one or more service policies described in [1a]-[1c] above. For example, this is done in order to enable or facilitate device-side enforcement of Amazon services policies for Amazon account services, Amazon Appstore services, Appstore billing, Amazon in-app purchasing, Prime services, privacy services, parental control services, payment services, access control services, Fire OS services, Amazon Kids services, Amazon Device Messaging services, as examples. For example, Fire OS comprises one or more on-device software agents that implement Amazon services-related policies for the particular Fire OS device and user, such as the Amazon Fire OS device-side software; Amazon Appstore device-side software; Amazon ADM device-side software; Amazon Kids device-side software; Amazon Prime content or access control device-software; Fire OS content or access device-side software; simple sign-in client; as examples.

Page 111 of 134

| | |
|---|---|
| | As another example, Amazon obtains service processor authentication information associated with the software agents that implement Amazon services and uses it to authenticate them. As another example, Amazon obtains service processor authentication information associated with a service processor on the end-user device, such as ADM registration identifier.  As another example, ADM registration identifier can expire or be replaced, and Amazon obtains updated registration information associated with a service processor on the end-user device and/or with device-side software agents, such as software agents that implement Amazon services. As another example, at various times and over time, Amazon obtains information to authenticate that versions of its software agents over time are current and registered to receive updates and connectivity to Amazon's backend.<br><br>As another example, that the user can log in to restore a previous backup comprising Fire settings and apps and games shows that Amazon obtains service processor authentication information associated with a service processor on the end-user device to facilitate a service processor authentication.<br><br>As an example, Amazon obtains service processor authentication information associated with a service processor on the end-user device, such as where Amazon obtains information indicating or relating to the Fire OS device's support for monetized transactions under a restricted policy, such as information relating to the Amazon account, Amazon Appstore, billing state, subscription or purchase state or eligibility, active billing authorization, as examples. The authentication information is used by Amazon to verify, for example, eligibility for monetized transactions upon successful authentication on the device (e.g., entering a PIN or passcode) (e.g., in-app purchasing authentication by Amazon Appstore client).  For example, Amazon manages the purchase flow, performs payment processing, handles secure communication with the Amazon platform including payment security, verifies entitles, validates receipts, manages billing, etc. |

# What is In-App Purchasing (IAP)?

With In-App Purchasing (IAP), your app's users can purchase various types of digital items within your app, such as extra lives for a game or a subscription to premium content.

The following scenarios describe potential use cases for IAP:

- Create a "freemium" model for your app where the app itself is free, but you charge a premium for advanced services or functionality.
- Allow your customers to purchase items to enhance their gaming experience, such as currency, extra moves, or lives.
- Unlock bonus levels or mini-games by allowing customers to purchase access to this content.
- Enable customers to subscribe to content available within your app.

The IAP API handles details about purchase flow, payment processing, providing a receipt to your app, and managing rights to the purchasable content, so that you do not have to code these things yourself.

# Amazon's role in IAP

The Amazon Appstore plays an integral part of the IAP API workflow. Amazon runs the purchase workflow, starting when the customer decides to purchase an item and ending when Amazon provides the app either a receipt for the purchase or a status code, in the case of a failed purchase. You do not need to provide purchase dialogs,

transaction timeout logic, or "Thank You" dialogs. The Amazon Appstore provides all of these pieces of a transaction.

Once a user initiates a purchase, the Amazon Appstore client app surfaces and presents an Amazon-branded user interface to complete the transaction. This app presents the user interface for all aspects of the purchase workflow:

- Logic to display the purchasable item.

- Perform the purchase.

- Handle any preconditions or error scenarios.

If a purchase is unsuccessful, the Amazon Appstore presents the relevant messaging to the customer; your app should not message the customer. For example, if the customer does not have a valid credit card on file, the Amazon Appstore redirects the customer to a page where they can update their payment information. Do not provide a confirmation or other interstitial dialog to the customer regarding the purchase flow.

The following table summarizes the separation of responsibility between your app and the Amazon Appstore when implementing IAP:

| Responsibility | Your App | Amazon |
|---|---|---|
| Presents the catalog of in-app items to the customer for purchase. | | |
| Unlocks purchasable functionality. | | |

Page 114 of 134

|  | Manages the purchase flow. |
|  | Performs payment processing. |
|  | Handles secure communication with the Amazon platform, including payment security. |
|  | Verifies entitlements and validates purchase receipts. |
|  | Manages billing for auto-renewing subscriptions. |
|  | Manages billing for revoking of entitlements. |
|  | Verifies receipts for subscriptions and entitlements before providing content to user. |
|  | Downloads remotely delivered content. |
|  | Displays and uses downloaded digital goods. |
|  | Tracks customer purchases and consumable inventory. |

# IAP components

If you are new to working with Amazon IAP, familiarize yourself with the following components, which are all involved in implementing this feature:

| Name | Description |
| --- | --- |
| Appstore SDK IAP API | Your app uses the IAP API from the Appstore SDK to implement and fulfill in-app purchases. |
| Appstore SDK API Reference | Lists and descriptions of the APIs contained in the Appstore SDK, which include the IAP API. |
| Amazon Appstore | Handles payment processing, alerts, fulfillment, and other back-end functionality. |
| App Tester | Test your app locally before publishing to the Amazon Appstore. |
| Receipt Verification Service (RVS) | Verify the validity of transaction receipts. RVS supports a sandbox environment and a production environment. |

| Live App Testing | Beta test your app with a select group of users in a production environment. |
|---|---|

https://developer.amazon.com/docs/in-app-purchasing/iap-overview.html

As another example, Amazon obtains service processor authentication information associated with a service processor on the end-user device, such as ADM registration identifier which is associated with the Fire OS device.  Amazon's ADM backend uses the registration identifier to authenticate the ADM device-side software. The ADM backend validates the registration for ADM and uses ADM registration information to facilitate ADM push messaging. If the registration ID becomes invalid or expires, the Amazon backend supports obtaining updated registration ID and using updated registration information or API key for ADM.

As another example, Amazon obtains service processor authentication information associated with a service processor on the end-user device, such as where Amazon obtains information indicating or relating to the Amazon Appstore and/or the authorized apps or content or subscriptions. Amazon's backend verifies that the Appstore or Appstore client license is valid as to the device and the user account, and facilitates execution of an end user device service processor authentication procedure e.g., allowing access to the Appstore or authorized app or content (e.g., upon user entering a PIN or passcode).

As another example, Amazon obtains service processor authentication information associated with a service processor on the end-user device, such as to enable PIN-protected purchases or content restrictions, and/or to require a PIN or parental PIN or passcode for purchases, accessing content, accessing apps, etc., Amazon's backend obtains service processor authentication information, such as information that the device and account is authorized to set parental or Fire OS policy controls, and/or information that the Fire OS is authenticated and securely configured to handle and store PINs, a server-side record of the active policy state for the device, a server-side record of the account or profile, or an ADM token, registration ID, or identifier for an on-device agent capable of enforcing Amazon services policies. For example, this then facilitates that the Fire OS device can prompt the user for the PIN in accordance to the policy. For

Page 117 of 134

example, Fire OS software checks the current policy restrictions before starting an activity or service. As another example, Amazon Appstore requires parental PIN before allowing Appstore downloads. As another example, Fire OS requires parental PIN before allowing in-app purchase. As another example, attempts to exit a profile or access restricted settings prompts a parental PIN.



# Fire OS Overview

Fire OS is the operating system that runs Amazon's Fire TV and tablets. Fire OS is a fork of Android, so if your app runs on Android, it will most likely run on Amazon's Fire devices too. As a developer, you might not have to adjust your Android code at all to publish your app on Amazon's OS.

# Fire OS versions

There are multiple versions of Fire OS:

- **Fire OS 14**: Based on Android 14 (API level 34), Android 13 (API level 33), Android 12L (API level 32), and Android 12 (API level 31). For more details, see Developing for Amazon Fire OS 14.

- **Fire OS 8**: Based on Android 10 (API level 29) and Android 11 (API level 30). For more details, see Developing for Amazon Fire OS 8.

- **Fire OS 7**: Based on Android 9 (Pie, API level 28). For more details, see Developing for Amazon Fire OS 7.

- **Fire OS 6**: Based on Android 7.1 (Nougat, API level 25). For more details, see Developing for Amazon Fire OS 6.

- **Fire OS 5**: Based on Android 5.1 (Lollipop, API level 22).

# Differences in services

At the core, both Fire OS and Android share the same foundation. The main way Fire OS differs from Android is in the services. Instead of using Google's services (for activities such as browsing, location, messaging, payments, and so on), Fire OS might use Amazon's services. Most notably, Amazon uses the Amazon Appstore to list your app while Google uses Google Play Store.

If your Android app connects into Google services, porting your Android app to Fire OS might require you to use Amazon services instead.

When you're building your app, follow the standard Android documentation. Where there are differences to account for with Amazon's Fire OS, they're noted in the documentation on this site.

The goal is to provide as much parity as possible with Android (minus Google's services) so that you don't have to learn another development technique or change your existing Android app.

**Tip:** For details on the differences between Android TV development and Fire TV development, see Fire TV Development Versus Android TV Development.

The following table contrasts services from Google with similar services from Amazon.

| Google Android | Fire OS |
| --- | --- |
| Firebase Cloud Messaging | A3L Messaging or Amazon Device Messaging |
| Google Play In-App Billing | Appstore Billing Compatibility SDK or Amazon In-App Purchasing API |
| Cast SDK | Matter Casting |
| Google Mobile Ads SDK | Amazon Publisher Services |

Page 121 of 134

| | |
|---|---|
| | Sign-In with Google          A3L Authentication<br>                                      or Login with Amazon<br><br>Google Play Developer API     App Submission API<br><br><br>Last updated: Mar 30, 2026<br><br>https://developer.amazon.com/docs/fire-tv/fire-os-overview.html |

Page 122 of 134





https://developer.amazon.com/apps-and-games/services-and-apis















| | |
|---|---|
| | ## Message flow<br><br>At a high level, the delivery flow for a message that you send by ADM is as follows:<br><br>1. **Your server** sends a message containing JSON data to **ADM servers**.<br>2. **ADM servers** send the message to the **ADM client** on the device on which **your app** is installed.<br>3. The **ADM client** obtains the JSON message data and passes it to **your app** as a set of extras attached to an Android Intent object.<br><br><br><br>*Message passage from your server to an instance of your app*<br><br>https://developer.amazon.com/docs/adm/overview.html#message-flow<br><br><br>## Identification and security<br><br>When working with ADM, you use the following elements to identify your servers, your app, and the destinations for your messages. Each of these works together to help ensure that your data belongs to you alone.<br><br>• **Registration ID.** A registration ID identifies a unique instance of your app, running on a specific device, registered to a specific user. When it is first installed on a given device, your app requests a registration ID from ADM, as described in Integrate Your App. Your servers use the registration ID to direct messages to the correct device/user. If the user uninstalls then re-installs your app on the same device, your app's registration ID might change.<br><br>• **API key.** An API key is metadata that ADM uses to differentiate between your app and other apps on a given device. The API key is assigned to you by Amazon; see Obtain Credentials for details.<br><br>• **OAuth Client Credentials.** Your client credentials are two pieces of data: a "client identifier" and a "client secret" value. These credentials are assigned to you by Amazon; see Obtain Credentials for details. Your servers use both pieces of these credentials in their requests to obtain access tokens.<br><br>• **Access Token.** An access token is short-lived metadata that confirms your server's identity to ADM, so that you can send messages. Your servers obtain their access tokens by providing your client credentials in a request call to ADM Servers. When one of your servers requests an access token, the response to that request includes both the access token and its lifespan in seconds. See Request an Access Token for more information. |

| | |
|---|---|
| | https://developer.amazon.com/docs/adm/overview.html#identification-and-security<br><br>• **Protected.** As a sender, your servers are verified via the OAuth 2.0 client credentials flow. As your message is passed to a device, the endpoint connections are authenticated and protected with industry-standard SSL encryption. And ADM uses Android permissions on the device to direct the message to your app only.<br><br>https://developer.amazon.com/docs/adm/overview.html#adm-architecture<br><br>**ADM client**<br><br>• Handles your app's registration process with ADM servers.<br>• Receives messages from ADM servers and passes them to your app.<br><br>**Your app**<br><br>• Registers with the **ADM client** to receive messages from **your servers**.<br>• Receives incoming messages from the **ADM client** and handles those messages.<br><br>https://developer.amazon.com/docs/adm/overview.html#roles-and-responsibilities<br><br>Registration ID | A specific instance of your app | ADM servers, via the ADM client on the device on which the app instance is installed. | Your servers, ADM servers, and the ADM client, to route messages to the correct instance of your app. | Unique per install of the app, on a given device, for a specific user. If the registration ID becomes invalid or inactive, messages directed to the registration ID fail and ADM returns an appropriate error message. For example, if the user uninstalls then re-installs your app, you might receive a new registration ID.<br><br>https://developer.amazon.com/docs/adm/overview.html#adm-identifiers-and-credentials |

| | |
|---|---|
| | • Data message – key-value pair required. <br><br> • Notification message – title and content required, other fields optional. <br><br> • Data & Notification message – key-value pair and title and content required, other fields optional. <br><br> https://developer.amazon.com/docs/adm/message-types.html |

Page 134 of 134